

Madison Freelance
Reporters, LLC

**In the Matter Of:**

JASON SODEMANN vs JOSHUA MELNICK, et al.

22-CV-374

**JAMES CANSLER**

*February 04, 2026*



2820 Walton Commons Lane, Suite 118 • Madison, WI 53718

Phone: (608) 255-8100 • mfr@madisonfreelance.com
www.madisonfreelance.com

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WISCONSIN
----------------------------------------------------------

JASON SODEMANN,

                 Plaintiff,

vs.                         Case No. 22-CV-374

JOSHUA MELNICK, et al.,

                 Defendants.

----------------------------------------------------------




           Videoconference Deposition of JAMES CANSLER

                Wednesday, February 4, 2026


                     12:17 p.m.




           Reported by:  Shelly A. Loniello, RPR
```

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 3 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    2

                    Videoconference Deposition of JAMES

        CANSLER, a witness in the above-entitled action,

        taken at the instance of the Defendants, pursuant

        to the Federal Rules of Civil Procedure, pursuant

        to Notice, before Shelly Loniello, Registered

        Professional Reporter and Notary Public, State of

        Wisconsin, on the 4th day of February, 2026,

        commencing at 12:17 p.m. and concluding at

        3:05 p.m.

A P P E A R A N C E S:

ATTORNEY ALISON LEFF,
        LOEVY & LOEVY
        311 North Aberdeen Street, Third Floor
        Chicago, Illinois  60607
        312-243-5900
        alison@loevy.com
        Appeared via Zoom on behalf of Plaintiff.

ATTORNEY MARY KATHLIN SICKEL,
        WISCONSIN DEPARTMENT OF JUSTICE
        17 West Main Street
        Madison, Wisconsin  53707
        608-266-1221
        sickelmk@doj.state.wi.us
        Appeared via Zoom on behalf of Defendants.

ALSO PRESENT:  Mr. Jason Sodemann, via Zoom.

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              3

```
                        I N D E X

Examination by:                                          Page

Ms. Sickel ........................................   4
Ms. Leff ......................................... 141
Ms. Sickel ....................................... 147



                     E X H I B I T S

EXHIBIT NO.                              PAGE IDENTIFIED

Exhibit 10    Cansler declaration
              Bates Nos. P26-28 ................... 145


              (Original exhibit attached to the

     original transcript; copies provided to attorneys

     ordering exhibit copies.)
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    4

```
 1                    TRANSCRIPT OF PROCEEDINGS

 2                    JAMES CANSLER, called as a witness

 3        herein, having been first duly sworn on oath, was

 4        examined and testified as follows:

 5                    E X A M I N A T I O N

 6   BY MS. SICKEL:

 7   Q    God afternoon, Mr. Cansler.  My name's Mary Kate

 8        Sickel.  I'm an attorney at the Wisconsin

 9        Department of Justice.  I represent the defendants

10        in this case.  We are here to take your deposition

11        today in Case No. 22-CV-374.  It's Jason Sodemann

12        versus Melnick, et al.

13                    Can you state your name and spell it

14        for the record.

15   A    My name is James John Cansler.  First name is

16        J-A-M-E-S; middle name J-O-H-N; last name is C as

17        in cat, A-N as in Nancy, S-L-E-R.

18   Q    And, Mr. Cansler, have you ever been deposed

19        before?

20   A    I have not, no, ma'am.

21   Q    So I'll give you a little description of what a

22        deposition is and we'll go from there.

23                    So a deposition is a

24        question/answer.  I'll ask you a question, you'll

25        answer.
```

1                      There is a court reporter here, so

2          she is writing down everything we say.  Because

3          she's writing everything down, I ask that you let

4          me answer -- ask my question before you start

5          answering questions.

6                      Mr. Sodemann's attorney is here,

7          Attorney Leff.  She may make an objection; if she

8          does, give her a second to make that objection and

9          then we can move on.

10                     About objections, because there's no

11         judge here, you'll answer the question -- excuse

12         me, regardless of the objection, you'll answer the

13         question, understood?

14    A    I understand what you told me.  You said that I

15         will answer the question even if it is objected.

16                     May I ask a question regarding if --

17         if it was objected and I choose not to answer it,

18         what -- what -- what happens then?

19    Q    So, Mr. Cansler, the rule is that you answer the

20         question unless it's protected by a certain

21         privilege.

22                     Mr. Cansler, are you represented by

23         Attorney Leff?

24    A    I am not.  No, ma'am.

25    Q    Okay.  So there's no reason that I should ask a --

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 7 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          6

```
 1          a question that would implicate privilege, so

 2          there's no reason that you should -- that there

 3          would be a question that you should not answer.

 4                       Do you understand that?

 5   A    Oh.  Okay.  I understand.  I was just curious,

 6          that's all.

 7                       MS. SICKEL:  Of course.

 8                       MS. LEFF:  And I do want to interject

 9          that you -- you have, of course, your rights under

10          the Fifth Amendment, so if you think that answering

11          a question would -- would violate your

12          Fifth Amendment rights, you can assert them -- that

13          right as well.

14                       THE WITNESS:  Okay.  Thank you, Ms. Leff.

15                       MS. LEFF:  Uh-huh.

16   BY MS. SICKEL:

17   Q    So, Mr. Cansler, because -- again, because the

18          court reporter is writing everything down, please

19          answer with -- please answer verbally, so without

20          shaking your head or an uh-huh; do you understand

21          that?

22   A    Oh, yes, I do.  Yes.

23   Q    Okay.  And then, Mr. Cansler, if there's a -- if I

24          ask you a question that you do not understand or if

25          you don't understand something I said, please ask
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              7

```
 1        me to clarify and I will do my best to -- to

 2        clarify the question, okay?

 3   A    Understood.

 4   Q    Okay.  So, Mr. Cansler, you're under oath today,

 5        which means that your answers can be used in court

 6        later; do you understand that?

 7   A    I do.

 8   Q    Okay.  Being under oath means that you're required

 9        to tell the truth at this deposition, just like you

10        would in front of a judge and a jury; do you

11        understand that?

12   A    I understand.

13   Q    You understand that you're legally obligated to

14        tell the truth today, correct?

15   A    I understand that.

16   Q    Is there any reason that you cannot tell the truth

17        today?

18   A    There is no reason that I could think of.  In fact,

19        I think the truth needs to be told.

20   Q    Did you bring any documents with you today?

21   A    I do have documents, or I have paper.  I have stuff

22        to take notes if I feel a need to.

23   Q    Okay.

24   A    Yeah.

25   Q    Do you -- is everything that you have with you, it
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    8

```
 1          -- are those blank pieces of paper or is anything

 2          written on any of them?

 3    A     Oh, I have stuff written on them, for myself.

 4                        Why do you ask?

 5    Q     Because I -- I want to know if you are looking at

 6          something or referencing anything.

 7                        So here in this deposition today,

 8          I'm asking you questions based on your memory; do

 9          you understand?

10    A     Oh, okay.  All right.

11    Q     Okay.

12    A     I understand.

13    Q     So what -- are your notes about what's happened in

14          this case or what is -- or are they personal notes?

15    A     Well, I just wrote down the names that popped up on

16          the screen.

17    Q     Okay.

18    A     And I have -- and I have some notes of -- when I

19          was going through my head, about the date and time

20          of when this meeting was supposed to take place,

21          you know.  And I have -- I have the material that

22          was sent to me a couple years ago.

23    Q     And what material is that?

24    A     Well, it's my -- my affidavit initially.

25    Q     Your declaration in this case; is that correct?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                            9

```
 1   A    I have an affidavit.

 2                   You want me to set it over here?

 3   Q    Sure, that's fine.

 4   A    Yeah.

 5                   Can I still -- can I still take

 6        notes, is that okay, if --

 7   Q    Yeah.

 8   A    -- I have the need?  Okay.

 9   Q    If -- if you'd like to, you're more than welcome

10        to.

11   A    Okay.

12   Q    Did you talk to anyone about your deposition?

13   A    No.  I was told not to.

14   Q    Okay.  And who told you not to talk to anyone?

15   A    Well, that's what the records guy said would be

16        smart.

17   Q    Okay.  Did anyone else tell you what to do or what

18        not to do?

19   A    No.

20   Q    Do you know who Jason Sodemann is?

21   A    Yeah, I was in Fox Lake with him.  I was on the

22        unit with him.

23   Q    Did you talk to Jason Sodemann about your

24        deposition?

25   A    Yeah, we -- well, not like specific details or
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    10

```
 1        anything.

 2   Q    What did you talk about?

 3   A    In regards to after I had made the -- or the --

 4        what do you call it?

 5   Q    The declaration, yes.

 6             MS. LEFF:  I'm just going to object --

 7             MS. STENOGRAPHER:  I'm sorry, I didn't

 8        hear you.

 9             MS. LEFF:  Yeah.  Object to form.

10                  You can answer.

11             THE WITNESS:  Okay.

12                  I know I had wrote a letter just

13        informing him that I was contacted by Roz Dillon or

14        something.  And that's about -- didn't get into

15        specific details or anything of the sort.

16   BY MS. SICKEL:

17   Q    Did Mr. Sodemann write back to you?

18   A    Yeah.  It was very brief.

19   Q    And what did he say?

20   A    Oh.  What did he say?  I think pretty much that it

21        was still being pursued and they were waiting on

22        a -- a court date to get stuff done.

23   Q    Did he tell you anything --

24   A    It wasn't a whole lot of details or anything, no

25        new revelations or anything that's not already been
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                            11

```
 1          stated or shared.

 2   Q      Did he tell you anything about the status of his

 3          case?

 4   A      Yeah, that it's still going forward.

 5   Q      Anything else?

 6   A      And I think -- it was still going forward, they're

 7          -- it was just back and forth or whatever.  I don't

 8          know, like -- like -- ah, man.  There was something

 9          about some -- what was it?  It had been almost a

10          couple years -- has it been a couple years, about a

11          year and a half?

12                    Pretty much that it was going back

13          and forth, there was stall tactics maybe or

14          something, but it was -- it was still being

15          pursued, just the typical legal stuff.

16   Q      Okay.  Did -- did Mr. Sodemann tell you anything

17          about being deposed?

18   A      I thought I was already -- I think his attorney had

19          already informed me of that.

20   Q      Okay.  Did he --

21   A      That there's a possibility -- that it was a

22          possibility of that.

23                    But as far as if he specifically

24          stated -- I don't -- I don't -- yeah, I haven't

25          read that letter.  It's been a while.  I don't -- I
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          12

```
 1        honestly don't -- I don't remember if he did or

 2        not.

 3   Q    But it's your memory that Attorney Dillon told you

 4        that you might be deposed; is that correct?

 5   A    That there was a possibility, yeah.

 6   Q    Okay.  Did she tell you anything else about a

 7        deposition?

 8   A    I can't -- honestly, I can't remember.  I -- I --

 9        not like specifics, just I'll be asked some

10        questions --

11   Q    Okay.

12   A    -- based on what I had shared and offered.

13   Q    Did she give you any --

14   A    I guess --

15   Q    I'm sorry.  I'm sorry, Mr. Cansler.  Go ahead.

16   A    No, I said that I'll be asked questions, pretty

17        much like what's going on right now, that's all.

18   Q    Did she -- did she give you any advice about the

19        deposition?

20   A    Yeah, show up and answer the questions.

21   Q    Okay.

22   A    I mean, pretty much.  It's not like -- it -- it

23        wasn't an overly complicated conversation or

24        scenario.  It's pretty clear-cut dry.

25   Q    Do you know what this case is about?
```

```
 1   A    Yeah.  It was an abuse of authority by a member of

 2        the -- the State, you know, going a little bit

 3        above the -- and beyond, and a lot of harassment,

 4        and a lot of over the top commentary and -- and

 5        physical contact, I -- I believe, was -- ended up

 6        being the straw that broke the camel's back.

 7   Q    Your understanding is that physical contact is the,

 8        quote, straw that broke the camel's back; is that

 9        correct?

10   A    It -- it -- it -- that the nature of a -- a

11        pat-down that occurred, yes.

12   Q    Okay.  Is that something you personally observed?

13   A    Yeah.  I was in the chow -- I was in the chow hall

14        and we turned around and seen it taking place and

15        occurring.

16   Q    Where did -- I'm sorry, what was the last part?

17   A    We seen it occurring from the chow hall.  There's a

18        clear line of sight, you'd be able to review

19        footage if you have a need, and you can time it

20        accordingly, because it was large -- it was -- it

21        was a large -- it was a pretty significant topic of

22        discussion amongst, you know, our peers.

23   Q    And when did that happen?

24   A    I can't give you the exact date at this point, but

25        it's been a couple years, couple few years maybe.
```

1  Q    Do you remember what month?

2  A    I cannot give you the exact month, no.

3  Q    Do you remember what season?

4  A    Hmm.  Yeah, it was such an ongoing process, it was

5       such an ongoing scenario that was developing over

6       the course of a couple seasons, I -- I wouldn't

7       want to pinpoint it in a specific one.  Because it

8       was like -- it was like an ongoing thing, you know.

9       And it wasn't a one-off incident or an one-off

10      season, so I don't -- I don't want to get like

11      bogged down, and I -- I couldn't specify.  Because

12      it was more of the interactions and the incidences

13      that stand out so -- so much because it was -- it

14      was really disconcerting and, you know, a lot of

15      the other stuff is just, I suppose, background.

16  Q   So are -- is it your testimony that you don't --

17      you just don't remember?

18  A   No.  My testimony is that there's several

19      incidences that occurred throughout multiple

20      seasons, and it's difficult to hone in on which

21      incident or which commentary or which instance was

22      -- took place in which season.  That's -- that's a

23      little difficult for me.  I don't want to sit here

24      and -- and say for -- for certain when there --

25      like I said, there's multiple situations, multiple

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          15

```
 1          scenarios throughout multiple seasons.
 2    Q    Okay.  You previously identified a specific
 3          incident, where you said you were in the chow hall
 4          and you could see, I believe, a pat-down happening;
 5          is that correct?
 6    A    Yeah, an aggressive over-the-top pat-down, because
 7          everyone was like asking questions and making
 8          comments about it, so it was pretty significant.
 9    Q    But you can't remember when this significant thing
10          happened?
11                  MS. LEFF:  Object.  Mischaracterizes
12          testimony.  And asked and answered.
13                  MS. SICKEL:  Mr. Cansler, you can answer
14          the question.
15                  THE WITNESS:  If I was going to venture a
16          guess, because it was going on -- I know -- okay --
17          as I said, for multiple seasons.  I would -- I
18          would venture a guess roughly towards the end of --
19          of summer, end of summerish, maybe, because --
20          yeah, there was a lot of shake-up that occurred
21          toward the end of that year, just in the
22          institution in general.  So, again, this is a
23          general thing.  I couldn't give you like a specific
24          month, but I guess season is fair.  I would say
25          towards the end of summer seems a little correct to
```

```
 1        me, if you want to pin me down on that.  I -- I
 2        believe that --
 3   Q    Mr. Cansler --
 4   A    -- because I don't remember like winter coats or
 5        hats or gloves.  I'm -- I'm not -- I'm not
 6        allowing -- I'm not tying that in, you know, as
 7        I -- I sit here and think about it.
 8   Q    You said there was a general shake-up in the
 9        institution; what do you mean?
10   A    Oh, just -- because, you know, you got to remember
11        this was also during the COVID pandemic and, you
12        know, movements and -- and things and changing.
13        You know, so there was a lot of things that were
14        happening.  And -- and I know I had eventually
15        ended up going to a different unit.  They were
16        moving a lot of people around, you know, because of
17        that.  You know, DOC was trying to adjust, so it
18        was an unfortunate time in everyone's lives, and,
19        you know, a lot of stress was, you know, taking
20        place.
21   Q    So the shake-up involved just inmate movement, is
22        that right, people --
23   A    Yeah, yeah.  Completely unrelated to anything
24        that's going on here today.
25   Q    Okay.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    17

```
 1   A   Yeah.

 2   Q   Was it a change in correctional staff as well?

 3   A   Can you please repeat that question.

 4   Q   Sure, of course.

 5               Did the -- the shake-up that you're

 6       talking about, did it involve a change in

 7       correctional staff as well?

 8   A   Well, I remember they -- they went down -- well,

 9       no.  There -- there's a lot of shake-up because

10       there's staff that are moved from units to units,

11       inmates were moving, staff were getting sick and

12       not coming in, so it was -- it was quite a lot of

13       that stuff going on.  You know, it was a time -- it

14       was a time period where a lot of things happened

15       and I think a lot of people just want to kind of

16       forget about some of the -- you know, the confusion

17       and, you know, things that happened, you know,

18       during that time period.

19   Q   Sure.

20               Mr. Cansler, where are you

21       incarcerated right now?

22   A   I'm in Oshkosh Correctional Institution.

23   Q   Okay.  And when did you arrive at Oshkosh?

24   A   In August 2023, I believe it was.

25   Q   And where were you before Oshkosh?
```

```
 1   A    I was in Fox Lake Correctional Institution.

 2   Q    And how long were you at Fox Lake?

 3   A    I want to -- I want to say roughly September 2019,

 4        September I think I got there, till August 2023.

 5   Q    Okay.  Were you incarcerated prior to Fox Lake?

 6   A    I was in Dodge Correctional Institution.

 7   Q    Okay.  And then, do you -- did you live in a bunch

 8        of different cells at Fox Lake?

 9   A    I was in a few.  I was in -- I was in a handful.

10   Q    Okay.  What units were you on, that you remember?

11   A    I was on Unit 9; from 9, I went to 5; from 5, I

12        went to the hole; from the hole, I went back to 5;

13        from 5, I went to 4; 4, I went back to 5; and 5, I

14        went to the hole; from the hole, I went to Unit 2;

15        from 2, I went to 10; from 10, I went to 2; and

16        then I came here --

17   Q    Okay.

18   A    -- if I'm not mistaken.  Yeah, yeah.  It's easy to

19        remember the units than the cells, because, again,

20        during COVID, you know, that -- they had tried to

21        adjust according to, you know, the outbreaks and

22        things and people move from one wing on a unit to

23        another, it's -- it's -- it's kind of hard to --

24   Q    Yeah.

25   A    -- you know, to recall all of that.  Yeah.
```

```
 1   Q    So excluding the hole, did most of the units at Fox

 2        Lake operate similarly?

 3                  MS. LEFF:  Object to foundation.

 4                  THE WITNESS:  I -- I -- I -- can you

 5        define operate similarly for me, so I have a better

 6        understanding of that.

 7                  MS. SICKEL:  Sure.

 8   BY MS. SICKEL:

 9   Q    So, Mr. Cansler, based on your experience, when you

10        were in 9, 5, 4, 2, 10, did the units feel the same

11        or did one unit feel particularly different or did

12        the daily routine change at all?

13                  MS. LEFF:  Object to form.

14                  THE WITNESS:  I know that no matter what

15        unit you were on, you still had to -- you were

16        subjected to the same count times, you still were

17        served the same food, you still had, you know, the

18        same kind of rec and library schedules and

19        opportunity for, you know, school and programs.  On

20        the unit, there -- there's rules that we had to

21        follow, and if we didn't, we were held responsible.

22                       And the same with staff, the staff,

23        no matter what unit they have to work, they have a

24        set of rules that they're supposed to follow, and

25        if they don't, they're -- then, you know, people in
```

```
 1      positions of authority and power should be held

 2      accountable, but that doesn't seem -- that doesn't

 3      necessarily always happen and -- it seems, it's a

 4      little more difficult, but I would say there --

 5      there's a -- similar expectations no matter where

 6      you went, because you're in the Department of

 7      Corrections.

 8              I -- I -- I don't know, as far as

 9      like feelings or, you know, it -- I don't really

10      want to talk about like how I would feel from one

11      unit and say I don't -- I don't -- I -- well, I

12      don't really know how to answer that because, you

13      know, there's a lot that goes into that.

14              It could be things that happen in a

15      personal life or a bad phone call that could change

16      the way things happen or there could be, you know,

17      again, interactions.  You know, staff can create a

18      calm environment or they can create a very hostile

19      kind of environment, you know, that -- that -- and

20      that -- and that would fluctuate, and this is an

21      example of it -- of -- of a -- a very uncomfortable

22      environment being created, you know, and not

23      being -- you know, feeling like you had any real

24      recourse for a period.

25   Q   Do you --
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                          21

```
 1   A    I don't know.  That's -- did that kind of answer?

 2        I don't -- I don't know.  I'm -- I'm trying my --

 3   Q    Yeah.  Thank you, Mr. Cansler.

 4                      And I'll just keep asking

 5        questions and if you don't --

 6   A    Okay.

 7   Q    -- if there -- if you don't give an answer that

 8        makes sense to me, I'll ask another question, okay?

 9   A    Okay.

10   Q    Okay.  Did any of the units that you were on at

11        Fox Lake, did any of them seem hostile?

12                      MS. LEFF:  Object to form.

13                      THE WITNESS:  Well, again, in -- in -- in

14        theory, you know, every unit in -- in all

15        institutional security operations are supposed to

16        be even across the board.  It's the individuals who

17        end up in positions of authority that can either

18        seem to become antagonistic or they can become

19        like -- you know, provide assistance and -- and

20        help and want to provide encouragement or you have

21        people who they also have bad days and they come in

22        and they create, you know, a -- a difficult

23        environment, and also, you know, just reacting to

24        whatever they had to deal with.  I -- I can't

25        imagine, I'm not in their shoes, so I -- I can't
```

```
 1          make like an over general like observation of any

 2          specific unit, you know.  You got some -- you got

 3          some people that are better drivers than others, or

 4          some people that are, you know, better at different

 5          positions in the -- in a football game, you have --

 6          you have some people that don't cut the -- cut the

 7          grade and you got some people in positions that

 8          they shouldn't be in, that's just -- that's how it

 9          goes, and -- and --

10    Q     Okay.  And Mr. Cansler --

11    A     -- Sergeant Melnick created an uncomfortable,

12          hostile environment.

13    Q     Okay.  And, Mr. Cansler, I'm going to ask you to

14          listen to the question I ask and then do your best

15          to -- to answer the -- the question I ask.

16    A     Okay.

17    Q     So is it your testimony that Unit 5 felt hostile

18          based on what Sergeant Melnick was doing; is that

19          fair?

20    A     My testimony is that when Sergeant Melnick would

21          clock in and on shift, he created, for the duration

22          of his shift, in -- in these particular instances,

23          an uncomfortable, you know, antagonistic, like

24          hostile environment, and it was difficult to -- you

25          know, one didn't know what to do or how to react,
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                           23

```
 1        you know.

 2   Q    And was that your feeling, Mr. Cansler?

 3   A    I -- when Sergeant Melnick would clock in and when

 4        he would work on the unit during the duration of

 5        his shift, he had a tendency of creating an

 6        uncomfortable, kind of antagonistic, hostile

 7        environment.  Sergeant Melnick, yes --

 8   Q    Mr. -- sorry.  Mr. Cansler, I -- I am going to stop

 9        you, because we don't want -- I want the transcript

10        record to be clear.

11   A    Okay.

12   Q    So you explained some of that to me.

13                   And then my question was, was that

14        your feeling?

15                   And, I'm sorry, actually --

16   A    Was what my feeling?

17   Q    -- I'll just --

18                   MS. SICKEL:  Shelly, can you read my

19        question.

20                   MS. STENOGRAPHER:  Sure.  One second.

21                   MS. SICKEL:  Thank you.

22                   (Question was read back.)

23                   THE WITNESS:  Unit 5 became uncomfortable

24        and hostile when Sergeant Melnick was working, yes.

25                   MS. SICKEL:  Thank you.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              24

```
 1   BY MS. SICKEL:
 2   Q    Have you talked to anyone about this case?
 3   A    It's nobody's business.
 4   Q    That's not my question.
 5                    Have you talked to anyone about this
 6        case?
 7   A    No.
 8   Q    Okay.  Did you talk to Mr. Sodemann about this
 9        case?
10   A    Other than the -- the one letter that was
11        exchanged, just informing him of hey, I was
12        contacted by your attorney, or whatever, you know,
13        like was said a couple years ago, no.
14   Q    So you talked to Mr. Sodemann about the case, you
15        talked to his attorney about the case; did you talk
16        to anyone else about this case?
17   A    I just said no.
18   Q    Okay.  You signed a declaration in July of 2024, on
19        behalf of Mr. Sodemann; is that correct?
20   A    I did, yes.
21   Q    Okay.  How were you first contacted about signing a
22        declaration?
23   A    I have Roz Dillon.
24   Q    And did -- how did she contact you?
25   A    I had a notification from the records office I
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                                25

```
 1         believe it was, and I showed up and we had the

 2         phone conference and she asked me questions, I

 3         answered, I responded.

 4    Q    When was that phone call?

 5    A    Ah, it's been a -- it's been a couple years, I

 6         believe.  Wasn't it about -- what was it, about a

 7         year and a half ago?  Was it sometime in June,

 8         July, maybe?

 9    Q    How long was that phone call?

10    A    Oh, I don't know.  I don't recall the length.

11    Q    Does it -- 15 minutes?

12    A    I would say -- I don't think it went -- went no

13         more than an hour, but I think maybe a little more

14         than a -- a half an hour though, somewhere theres

15         abouts.

16    Q    Okay.  Did you speak with her again?

17    A    I don't know -- no.  No, I did not.  I don't

18         believe so.

19    Q    Okay.

20    A    Other than receiving a copy of the declaration or

21         whatever.

22    Q    Okay.  Did you read the federal complaint that

23         Mr. Sodemann filed in court?

24    A    I haven't, no.

25    Q    Okay.  Were you asked to read it?
```

1    A    I don't -- I -- no, I don't think so.

2    Q    Did you read any witness interviews or anything

3         related to an investigation into Sergeant Melnick?

4    A    No.  I don't even -- I don't think I even have

5         access to that stuff.  I don't know if -- is that

6         even public record?  I don't -- no.  I haven't, no.

7    Q    Did you have any hesitation about signing a

8         declaration on behalf of Mr. Sodemann?

9    A    Yeah, I -- I -- I did have hesitation, and -- and I

10        have hesitation even when I came in here.  There's

11        a certain amount of anxiety being produced just

12        answering these questions, because, you know, I

13        have -- I have -- I -- I've witnessed retaliatory

14        efforts take place, you know.

15                   And especially here in Oshkosh, they

16        just killed an inmate a couple of -- of weeks ago.

17        You know, there's more people dying in Oshkosh than

18        any other state, you know, with the exception of

19        Dodge, and -- and I am concerned, but I -- I feel

20        like I have to -- I have to do this, because it was

21        -- it was beyond the -- the pale, you know.  And so

22        I -- I do have a little -- I'm -- I'm -- I -- I

23        have concern, but I -- I have to, you know -- I

24        have to do -- I have to do what's right, and, I

25        mean, if -- if he's -- if he's brave enough to do

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    27

```
 1         what he did to pursue it, to -- to -- to advocate
 2         for himself and try to remove a -- a -- essentially
 3         like a -- a predator from the -- the -- the employ
 4         of -- of the state that was taking advantage of the
 5         office, then I have an obligation too to, you know,
 6         show up.  But I feel like I -- I may experience,
 7         you know, some kind of blowback, but, you know,
 8         nevertheless, I -- even with that hesitation, you
 9         know, to do it, I'm -- I'm -- I'm going to do it,
10         because I don't want to get in trouble and feel
11         like what if -- what if I -- you know, if I didn't
12         do and have a regret not, you know -- you know,
13         doing my part.
14    Q    Did you read your declaration before you signed it?
15    A    I did, yeah.  Yeah, yeah.
16    Q    Okay.  And did you review it to make sure that
17         everything was accurate and true?
18    A    Yes, I did.
19    Q    Okay.  Did you sign the declaration to help
20         Mr. Sodemann?
21    A    I signed the declaration because that -- that --
22         that's what needs to be done in a situation like
23         this.  It could -- it could have -- it could be
24         anyone else but Sodemann, it could be whoever.  You
25         know, for -- for -- for too long I've been too
```

```
 1              scared to speak up or -- or, you know, advocate.

 2              We -- we live in an environment that kind of deters

 3              that, you know, it -- it -- but -- it could have

 4              been anybody.  But not -- not necessarily to help

 5              him specifically, but, you know, someone -- we're

 6              -- again, we're subject to rules and when we

 7              violate them, we're held accountable, and -- and

 8              someone in a position of authority like that needs

 9              to be held accountable too, because it was -- it

10              was too much.  You know, I understand one-offs and

11              this and that, but that -- that -- it was -- it was

12              entirely too much.

13      Q       Okay.

14      A       It was unacceptable.

15      Q       Mr. -- sorry.  Mr. Cansler, I'm just going to stop

16              you because I'm going to try to focus us just to

17              answer the question I ask.

18      A       Oh, okay.  I'm sorry.

19      Q       Okay.  No, you're fine.

20      A       All right.

21      Q       Did you -- did you write any of the declaration?

22      A       Yeah, I wrote -- yeah.

23                        Huh?

24                        MS. LEFF:  Sorry.  Go ahead.

25                        THE WITNESS:  I -- I -- I answered the
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    29

1        questions, yeah.

2                    MS. SICKEL:  Okay.

3                    THE WITNESS:  Yeah.

4                    MS. SICKEL:  Okay.  Did you write it?

5                    MS. STENOGRAPHER:  Hang on, hang on.  I'm

6        sorry.

7                        Did you have an objection on that?

8                    MS. LEFF:  The -- in response to the

9        question did you write any of the declaration, I

10       objected to form.

11                   MS. STENOGRAPHER:  Okay.  I'm sorry.  It

12       cut out.

13                   MS. LEFF:  No, that's okay.

14   BY MS. SICKEL:

15   Q    And, Mr. Cansler, your answer to did you write it?

16   A    Well, I signed it, like -- but as far as like -- I

17        answered her questions over the phone.

18   Q    Okay.

19   A    And then she sent me a copy, I signed it and then I

20        sent it back.

21   Q    Okay.  Did you talk to Mr. Sodemann's attorney

22        about anything besides the declaration or

23        deposition?

24                   MS. LEFF:  Object to form.

25                   THE WITNESS:  I plead the Fifth, because

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          30

```
 1          I don't think that's relevant or important --

 2                    MS. SICKEL:  Okay.

 3                    THE WITNESS:  -- what else -- what else I

 4          discussed with that attorney.

 5                    MS. SICKEL:  If it's related to

 6          Mr. Sodemann's case or this litigation, it is

 7          important and relevant.

 8                    THE WITNESS:  Oh, okay.

 9                       I invoke my Fifth Amendment right

10          not to answer that question, what else I might have

11          spoken with her about.

12                    MS. SICKEL:  Okay.

13     BY MS. SICKEL:

14     Q    Have you been asked to testify at trial?

15     A    I invoke my Fifth Amendment right to not have to

16          answer that question.

17     Q    Mr. Cansler, that doesn't apply to whether or not

18          you'd testify at trial.  Mr. Sodemann's case is a

19          civil lawsuit.

20                    MS. LEFF:  Well, I'm going to object to

21          that characterization of the Fifth Amendment.

22                    THE WITNESS:  I'm -- I'm sorry, I didn't

23          hear that or understand what --

24                    MS. LEFF:  Oh.  I said I'm going to

25          object to that characterization of the Fifth
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                31

```
 1          Amendment and the way that your Fifth Amendment
 2          rights work.
 3                  MS. SICKEL:  Okay.  But are you objecting
 4          to whether or not Mr. Cansler's going to ask if
 5          he's testifying at Mr. Sodemann's trial?
 6                  MS. LEFF:  I don't represent Mr. Cansler.
 7                  MS. SICKEL:  Oh, okay.
 8                  MS. LEFF:  But if he's asserting his
 9          Fifth Amendment right, I'm --
10                  MS. SICKEL:  Okay.
11                  MS. LEFF:  -- I'm not here to --
12                  MS. SICKEL:  Okay.
13                  MS. LEFF:  -- get in the way of that.
14     BY MS. SICKEL:
15     Q    So, Mr. Cansler, you understand that Mr. Sodemann's
16          lawsuit is a civil lawsuit?
17     A    Oh, okay.
18     Q    Okay.  And I'm asking you if -- if you are planning
19          to testify at his trial related to the declaration
20          that you wrote?
21     A    Oh.  I -- I wasn't asked and I don't know.  I --
22          you know, I -- I essentially thought this was the
23          end of it and you'll never see me again.
24     Q    Okay.  If there is a trial, would you testify on
25          his behalf?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                     32

```
 1   A    Do you -- would you like me to testify on his

 2        behalf; is that what you're asking?

 3   Q    No.  I'm asking if you are asked --

 4   A    Is that an --

 5   Q    -- would --

 6   A    Oh.

 7   Q    -- would you testify at his trial?

 8   A    I think at -- at this point, because, you know,

 9        there's a good chance that I may have to seek

10        counsel to -- legal consultation on the matter, so

11        I can't answer that in the affirmative or negative

12        at this point.

13   Q    Okay.  Mr. Cansler, how is Fox Lake different than

14        where you're at now, at Oshkosh?

15             MS. LEFF:  Object to form.

16             THE WITNESS:  Well, one of the glaring

17        differences that I -- I just made mention of

18        earlier, there -- there's -- I mean, just this

19        morning, there's two ambulances that I know of that

20        entered this institution and there's more people

21        dying here in Oshkosh Correctional Institution than

22        any other prison within the -- the state, with the

23        exception of Dodge.  That -- that's one really big

24        concern, you know, that -- that things -- you know,

25        that -- that -- I -- I can point out one
```

```
 1        significant difference from Fox Lake to Oshkosh.  I

 2        don't know what it is or why it is.

 3                  And, you know, they just killed an

 4        inmate a couple weeks ago, and that was -- you

 5        know, I -- I don't -- I don't -- I'm not -- this --

 6        this -- so that -- that's a pretty significant

 7        difference.  I don't remember this many people

 8        dying in Oshkosh -- I mean at Fox Lake, excuse me.

 9                  That's the first thing that comes to

10        mind, because it's so fresh and relevant.

11   Q    Do you -- Mr. Cansler, while you were at Fox Lake,

12        are you aware of any inmate who died by assault?

13   A    I -- I -- not that I'm aware of.  I don't -- not

14        that I'm aware of, no.

15   Q    Okay.

16   A    Not at Fox Lake, no.

17   Q    So, Mr. Cansler, I'm going to ask you some

18        questions about Fox Lake.

19                  Did you have a good rapport with any

20        of the Fox Lake Correctional staff?

21   A    Again, please.  I got distracted.

22   Q    Sure.

23                  Did you have a good rapport with any

24        of the Fox Lake Correctional staff?

25   A    I -- I respected staff members that did their job,
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                34

```
 1            because I understood that they had a job with bills

 2            to pay and families to take care of, and I did my

 3            time and attempted to not, you know -- I, you know,

 4            get into -- have to have more interaction with them

 5            than necessary, I suppose, would be a fair

 6            statement.

 7   Q    Is there any --

 8   A    So I -- I had -- I had okay rapport in that sense.

 9   Q    Okay.  Is there any particular staff member at

10            Fox Lake that you did not get along with?

11   A    Well, I did have an incident with a staff member

12            in -- that worked at tower, but -- I wouldn't say

13            -- it -- it wasn't -- I think there's a lot of

14            miscommunication, is what it was, was the incident,

15            you know, what ultimately it boiled down to.  Yeah.

16                      But like nothing personal, nothing

17            -- not that kind of -- you know, again, we have

18            jobs to do, we have time to do, that -- that's the

19            way it goes.  And I understand some -- there's --

20            and they have to do their job when they have to do

21            their job and I expect that and I respect that,

22            but, you know, again, when it comes down to

23            Sergeant Melnick's behaviors, that -- that was --

24            that was the -- that was beyond pale.  That was --

25            that was unacceptable.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          35

```
 1   Q    Mr. Cansler, do you know who Dana Miller is?

 2   A    Dana -- who is she?

 3   Q    So it's Sergeant Dana Miller, a man.  He was a --

 4   A    Oh, Miller.  Yeah, I know Sergeant Miller.

 5              His first name's Dana?

 6   Q    Yep, turns out.

 7   A    Oh, I didn't know -- okay.

 8   Q    So do you know who Sergeant Miller is?

 9   A    Yes, I do.

10   Q    Okay.  How do you know him?

11   A    I was a person in his care --

12   Q    And what was your --

13   A    -- on Unit 5.

14   Q    I'm sorry.

15              What was your first impression of

16        Sergeant Miller?

17   A    Well, I -- my first impression -- I believe the

18        first time I seen him, he was -- is that -- see,

19        because I know he had a knee injury and he was in a

20        cast in some other building or something, but I

21        don't know, I -- I think he's professional.  You

22        know, I -- I don't think he'll -- he'll go out of

23        his way one way or the other, you know.  That was

24        my impression.

25   Q    Did you think he was fair?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    36

```
 1   A   Like from my -- from my impression for the -- I
 2       didn't have any issues with him.  That's the only
 3       thing I can speak of.
 4   Q   Did you think he would write petty conduct reports?
 5   A   Well, he, like anyone else, depending on their mood
 6       and their day and -- and -- and what they have
 7       going on, sometimes it -- you -- you see staff
 8       members come in in not got moods and then people
 9       end up, you know, getting in trouble more than they
10       other, you know, wise would.  I don't think that
11       was a frequent occurrence with him.
12                   He never called anyone a fag or --
13       or -- or talked about having sex with their
14       siblings or their parents or anything like that.  I
15       can say that.  I've never witnessed anything of
16       that sort.
17   Q   Did you think Sergeant Miller was by the book?
18   A   I -- I think for the most part, yeah.  I -- I would
19       say --
20   Q   Did --
21   A   -- I would say for the most part.
22   Q   -- did Sergeant Miller ever write you a conduct
23       report?
24   A   I don't -- I don't think -- I don't -- I don't -- I
25       don't think so.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              37

```
 1   Q    Did you trust him?

 2   A    I don't think -- yeah.

 3                      No, I -- I -- I don't trust anybody.

 4        I don't even trust this process and this line of

 5        questioning.  I'm a little concerned and scared,

 6        I -- but I'm going to try my best to do what you

 7        want me to do, you know.  I -- I have -- you know,

 8        it's just a -- been ingrained in my nature, I

 9        guess, you know.  It's -- it's difficult to trust

10        anyone or anything --

11   Q    Sure.

12   A    -- you know.

13   Q    And, Mr. Cansler, I'll just state that all we're

14        asking for is that you tell the truth and answer

15        the questions asked, okay?

16   A    Yeah.  Yep.

17   Q    All right.  Let's see.

18                      How often did you interact with

19        Sergeant Miller?

20   A    Oh, when he worked and I had -- if I had to.  I was

21        a -- I was a PCW, I was a personal care worker.  I

22        would take care of the -- the inmates who -- you

23        know, that couldn't -- that -- that had physical

24        handicaps or were older and needed to be wheeled to

25        HSU.  You know, part of the duties, you know, are
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                38

```
 1        getting their trays and, you know, making sure
 2        they're all right, you know, so I -- I would have
 3        to interact with him on that because he was my
 4        supervisor, and -- and, you know, so there was
 5        that.
 6    Q   Did you have any bad interactions with
 7        Sergeant Miller?
 8    A   If I did, I've gotten over it since then.  I -- you
 9        know, not that I can recall, you know.
10    Q   Do you know who Sergeant Pollesch is, Melissa
11        Pollesch?
12    A   Didn't she have another name?
13    Q   I believe Logan.
14    A   Oh, yeah.  That's -- I knew her as Logan.
15    Q   Okay.
16    A   Yeah.
17    Q   And you know who she is; is that right?
18    A   Yes.  She was a second-shift sergeant on Unit 5 for
19        a time period.
20    Q   And what was your impression of Sergeant Pollesch,
21        or Logan?
22    A   She -- she was a sergeant, a staff member, that did
23        her job.  She didn't do more than necessary, but
24        she did her job according -- excuse me.  -- she her
25        job accordingly I would say, yeah.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    39

```
 1                              She didn't call anyone fags or talk

 2          about doing, you know, sexually inappropriate

 3          things to anyone's parents or siblings or, you

 4          know, anything of that sort.  She didn't engage in

 5          those kinds of behaviors.

 6    Q     Did you think she was fair?

 7    A     I would say for the most part, yeah.  She was going

 8          to do her job.  That's what's expected of

 9          professionals.

10    Q     Did she ever write you a conduct report?

11    A     I don't -- I don't -- I don't think so.  I'm -- I

12          don't --

13    Q     Did you think that Sergeant Pollesch would write

14          petty conduct reports?

15    A     I -- I don't -- I don't think I -- I didn't get any

16          petty conduct reports by her.  I -- but, again, I

17          don't know her interactions with everybody, you

18          know.  She was fair -- she seemed firm and fair and

19          consistent, you know, no -- she wasn't unstable I

20          would say, no.  Yeah.

21    Q     What do you mean by she's not unstable?

22    A     Well, again, in comparison to Sergeant Melnick and

23          -- and the behaviors he displayed and interactions

24          he would have, that he -- he -- he introduced

25          instability.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          40

```
 1   Q    Okay.  So you characterized Sergeant Melnick as
 2        unstable; is that correct?
 3   A    Well, yeah.  Yeah, I would.  Yes.
 4   Q    Did you have any problems with Sergeant Pollesch?
 5   A    Nothing -- nothing that I could think of, no.
 6   Q    Okay.  And then you know who Joshua Melnick is; is
 7        that correct?
 8   A    That's Sergeant Melnick, right?
 9   Q    Correct.
10   A    Yeah.
11   Q    Okay.  And you just described him as unstable; is
12        that correct?
13   A    Well -- well, he was inconsistent.
14   Q    Okay.
15   A    If that's -- if that's -- what I take as far as
16        like inconsistent and -- and -- and you never know
17        what Melnick you'll be getting from shift to shift
18        at times.
19   Q    And what versions of Melnick would you get?
20   A    Well, he would have attitudes, he would -- he
21        would -- he would get petty.  Yeah, I mean, you
22        know, I -- he would talk a lot of smack, sometimes
23        it's like he -- he's -- is he trying to be one of
24        the fellas, you know -- you know, people were like
25        oh, he's just joking.  Well, yeah if you take
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    41

```
 1            joking to mean that you have someone in authority

 2            with -- saying hey, I have your boot on your neck,

 3            but at least I'm not pushing all the way down, this

 4            is funny, huh?  Ha, ha, ha.  You know, it was

 5            very -- it -- it was uncomfortable.

 6                         And then there'd be -- and -- and

 7            then -- you know, I'd go out of my way to stay out

 8            of his way at times, you know.  It -- it's just,

 9            you know, I'm not going to get caught up or wrapped

10            up or I don't want to be bothered with him, you

11            know.

12    Q   Was there a different version besides the petty

13            version, the smack version or the trying to be one

14            of the fellas?

15    A   Yeah, there's just times when he would just -- he

16            wouldn't interact.  He'll come, he'll clock in and

17            he'll just, you know, sit in the office.  He'll be

18            on the computer doing whatever, you know, he'll do

19            a couple rounds.

20                         So there's times when like he -- he

21            would be withdrawn it seemed himself, you know, so

22            -- you just never know, you know, and then just

23            like anyone else, we're all humans, sometimes, you

24            know, that you -- you know, the humanity comes

25            through or whatever, you know.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              42

```
 1   Q    Did you think he was funny?

 2   A    No, I -- he does his -- he's supposed to be

 3        professional.  You'll do your job and I'll do my

 4        time.  I'm not looking to laugh and joke and play

 5        and hee hee ha ha, you know.  I didn't think the

 6        things he was doing was funny.  I thought some of

 7        it was rather immature, and, again, over the top,

 8        and then some of the rather -- seemingly disturbing

 9        when looking back at it.

10   Q    Did it seem like at the time other inmates thought

11        he was funny?

12                MS. LEFF:  Object to foundation.

13                THE WITNESS:  Yeah, I -- I -- I can't --

14        I don't know what they thought, if they're -- if it

15        was a coping mechanism, you know, you have the

16        flight, fight, freeze or you friend them, you know,

17        when you're in a -- a -- a very -- an uncomfortable

18        scenario, you know, and it's like obviously you

19        can't fight or, you know -- you know, a staff

20        member, because you're a person in their care, and

21        the consequences are vastly far worse, so maybe

22        some people would try to friend him.  I don't know.

23        I -- I can't -- I can't pretend to understand.

24        I -- I didn't.  I think none of that was funny,

25        what he did.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    43

 1   Q    Did it look like from your perspective that some
 2        inmates were trying to friend him?
 3                 MS. LEFF:  Object to foundation.
 4                 THE WITNESS:  I -- I -- I think -- I
 5        think with a large -- when you have so many people,
 6        I think there -- that all the above probably
 7        occurred at -- at various points, you know, that's
 8        just -- but I can't sit here and tell you for sure
 9        what their agenda was or the itinerary, or I don't
10        -- you know, I -- because it wasn't my business,
11        you know, I -- I felt for a while anyways.
12   BY MS. SICKEL:
13   Q    Did you think Sergeant Melnick was smart?
14   A    Well, I mean, I don't know what the requirements
15        anymore are to become a correctional officer, but
16        he -- he was smart enough to become a CO.
17   Q    Okay.  Did you think he was kind?
18   A    What?  Did I think he was kind?
19   Q    Yeah.
20   A    Like in -- in what way kind?  What do you mean?
21   Q    Like did he ever -- if ever did anything that was
22        kind or had a kind disposition?
23   A    Well, if -- if -- a -- a staffer being like kind or
24        overly -- you know, that -- that's a red flag, you
25        know, they -- they -- they tell us that in our PREA

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              44

```
 1          orientations that we do -- or we're supposed to do
 2          every year.  You've got to be mindful of that, you
 3          know, because their -- their job is to do their job
 4          and make sure we're safe, you know, from -- from
 5          harm and stuff like that.  I didn't -- you know,
 6          that -- that -- that -- that would concern me.
 7    Q     Did you see that in Melnick?
 8    A     I didn't experience it.
 9    Q     Okay.
10    A     I -- I don't know.  I didn't see him -- like he
11          wasn't like hey, you guys want to -- one of my
12          chips or my soda or anything.  I -- you know.
13    Q     Did you think Sergeant Melnick --
14    A     Like I don't think he was a social worker.
15    Q     Okay.  Did you think Sergeant Melnick was scary or
16          intimidating?
17    A     I think he would try to be, but then he -- he --
18          you know, depending on who it was he was
19          interacting with.
20                    I mean, for instance, he -- he
21          displayed those behaviors to Mr. Sodemann.  I think
22          other people, he -- he was a little bit more weary
23          and mindful of.
24    Q     Okay.  Did you think Sergeant Melnick was
25          intimidating?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                      45

```
 1   A    I think he -- his position of authority was

 2        intimidating and -- and a deterrent and -- and --

 3        and that is what scared me.

 4   Q    Okay.  Did he -- did you think of him as laid back?

 5   A    I -- at times.

 6   Q    Did you think of him as fair?

 7   A    No.  I -- I -- I -- I thought of him as -- I -- I

 8        -- I don't know.  Again, inconsistent.

 9   Q    Okay.

10   A    It was inconsistent.

11   Q    Did -- did he seem playful?

12   A    Overly playful.

13   Q    Okay.  Did he seem like he was trying to be your

14        friend?

15   A    Mine personally?

16   Q    Yeah.

17   A    Yeah, I -- I -- I don't know.  Again, I -- I have a

18        -- I tend to try to establish boundaries and be

19        mindful.  Yeah.  So I -- I don't -- you know.

20   Q    Was it your impression that Sergeant Melnick was

21        trying to be friends with other inmates on the

22        unit?

23   A    I -- I would -- I would say that yes, that it would

24        seem that way sometimes.  I -- I don't know if it

25        was trying to be their friend.  I don't -- I don't
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                46

```
 1         know what his purpose or motives were.  I cannot

 2         pretend to understand.  But I could definitely say

 3         he was unprofessional in his interactions.

 4   Q     Could you -- did Sergeant Melnick seem honest?

 5   A     No, no.

 6   Q     Okay.  Do you think of any correctional officer as

 7         honest?

 8   A     Yes.

 9   Q     Okay.  Can -- anyone at Fox Lake?

10   A     I think for the most part -- I think for the most

11         part that -- what'd you say her first name was --

12   Q     Melissa?

13   A     -- Pollesch, Logan?

14   Q     Uh-huh.

15   A     Honest in -- in the sense as far as being fair and

16         firm --

17   Q     Okay.

18   A     -- you know, but I -- I almost -- I -- I almost

19         wonder if -- I can't think of anything that was

20         over the top, like going out of their way to

21         provide lies or scenarios or butter anyone up or

22         anything of that kind of nature and then come --

23         come back and penalize them, that I witnessed, you

24         know.  But, again, I tend to try to mind my own

25         business.
```

```
 1   Q    And why did you say you don't think that
 2        Sergeant Melnick is honest?
 3   A    Well, that was -- that was -- that was the general
 4        kind of like reputation, you know, like you -- you
 5        never know what you're getting, you don't know
 6        where he's coming from.  There's been stories, you
 7        know, being friendly, as you say, with people, and
 8        then they ended up getting conduct reports, you
 9        know.  And -- and I -- I just can't take him
10        serious.  I don't know, you know.  It -- it was
11        just an extreme -- if -- not -- dishonest is the
12        appropriate word, then, again, extremely
13        unprofessional in how he conducted himself, you
14        know.
15   Q    Was --
16   A    Those are red flags.
17   Q    -- was there ever a time where you thought
18        Sergeant Melnick was lying to you?
19   A    Again, I can't say if he's lying or if there's
20        miscommunications or -- I -- I -- I don't know.
21        Because -- I don't know.  I'm not a mind reader.
22   Q    Did Sergeant Melnick ever write you a conduct
23        report?
24   A    I'm sure -- he was told -- again, it goes back to
25        that Weideman lady, he was told to.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                            48

```
 1   Q    I'm sorry, Mr. Cansler, who is Weideman?

 2   A    She was -- she was someone that worked in the

 3        tower.

 4                  And, again, I think that's -- when I

 5        said there was miscommunication, I don't want to

 6        chalk it up that -- that parties were being honest

 7        or dishonest, you know.  I think perhaps there was

 8        just miscommunication, because, again, this was the

 9        time period of the COVID pandemic, and there's a

10        lot of moving parts, you know, in what was

11        expected, what wasn't expected and all the other

12        stuff, so --

13   Q    Do you ever recall a time where Sergeant Melnick

14        said something to you and then you found out later

15        that that wasn't true or not accurate?

16   A    I can't remember anything specific at this time,

17        you know, because --

18   Q    Okay.  Were you ever --

19   A    -- no.

20   Q    I'm sorry, Mr. Cansler, go ahead.

21   A    I can't remember the -- a specific time.  It was

22        just the overall over the top, you know.

23                  I know he said -- I remember he said

24        something to me about we were going to have the

25        National Guard come in because of the COVID stuff.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    49

```
 1         I don't know, again, was he was trying to joke,

 2         make a funny, was he being serious, was he -- I --

 3         you know.  It was just one of those -- you dismiss

 4         it and move on, you know, but --

 5    Q    Did you ever -- did you ever think that

 6         Sergeant Melnick was too lenient on the rules?

 7    A    Well, when he wanted to be, I think.  Yeah.

 8    Q    And then --

 9    A    When he wanted to be, yeah.

10    Q    -- on the flip --

11    A    I think that's part of -- that was part of his

12         problem, you know.  And then -- and then, you know,

13         want to come in and, you know, en -- enforce or go

14         over the top or -- or, you know, have his own

15         little temper tantrums or problems, you know.  That

16         -- that seemed to be the -- the general kind of

17         feel.  That's why it was unprofessional and

18         inconsistent.

19    Q    And then you feel like there were times where he

20         was too strict on the rules; is that right?

21    A    Not necessarily like strict on rules, but there --

22         we -- according to how he -- he feels, you know, on

23         the moment.  You know, I don't -- I don't want to

24         say overly strict, but he just had his moments when

25         he would want to -- everyone does whatever, so
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          50

```
 1              there's a general atmosphere of whatever, and then

 2              he'll get angry and start yelling at people, and

 3              then people become defensive or uncomfortable or

 4              create a hostile environment because, you know --

 5              you know, now -- now he wants to be on a tear.

 6    Q    So your testimony is that Sergeant Melnick would

 7              create an atmosphere where everyone could kind of

 8              do whatever they wanted; is that correct?

 9    A    Inconsistently.

10    Q    Okay.  So sometimes --

11    A    There would -- there was -- there was moments when,

12              again, as I said earlier, he would be withdrawn, he

13              would stay in on the computer the whole time, you

14              know, and wouldn't interact with anybody, then

15              there's other times when he's come and -- and --

16              and saying a lot of homosexual, sexual -- overly

17              sexual comments and -- and jokes and -- and -- and

18              things of that nature, if you call them jokes.  And

19              then there's times he'll start, you know, yelling,

20              and he wants to send people to a room, send people

21              to the hole, you know, and -- and make all these

22              threats.  You know, so it's like you -- you --

23              you don't know what to expect, you know.

24    Q    So is it --

25    A    That's my testimony.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                          51

```
 1   Q    -- so is it --

 2   A    Very inconsistent.

 3   Q    Yeah.

 4                 Is it fair to say at times he was

 5        joking, making homosexual comments, and at other

 6        times he was threatening to write conduct reports

 7        or send people to the hole?

 8   A    Again, if you -- if -- my -- my -- my take on being

 9        -- joking a person in his position and authority is

10        like saying hey, I have my boot on your neck but

11        hey, hey, ha, ha, I'm not pushing all the way down,

12        you know.  And so what do you do when you have

13        someone like that, you know?  That's what I take

14        from that.

15   Q    So none of the --

16   A    That's what I mean.

17   Q    Sergeant Melnick's comments did not seem like jokes

18        to you; is that fair?

19   A    No.  No.  No, they seemed like someone who was

20        abusing their authority.  It was an abuse of power.

21        He was -- there's emotional abuse involved.  You

22        know, there's sexual harassment.  It isn't just the

23        physical touching, but the commentary, that's

24        what -- the -- the -- that's what sexual harassment

25        is, it's degrading commentary, you know,
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                52

```
 1          denigrating, it's -- it's talking about people's
 2          body parts, it's -- it's talking -- it's talking
 3          about their lifestyles or their orientations, you
 4          know.  That's -- that's not joking.  That's
 5          unacceptable.  Especially in that climate and this
 6          environment and in this -- that day and age.
 7          That's -- that's not joking.
 8    Q     So you're saying it's not appropriate; is that
 9          right?
10    A     Yeah.  No, by -- not at all is it appropriate.
11    Q     Have you ever heard -- have you ever heard other
12          inmates make comments like that?
13                  MS. LEFF:  Object to form.
14                  THE WITNESS:  Like in -- in what
15          instance, made comments like that with him, to him
16          or just in general, in the course of the day?
17                  MS. SICKEL:  Yeah, in the course of the
18          day, and to him.
19                  MS. LEFF:  Object to --
20                  THE WITNESS:  Well, there's mechanisms in
21          place when people engage in that --
22                  MS. LEFF:  -- objection.
23                  THE WITNESS:  -- kind of commentary, and
24          that's why you see an increase in -- in filings of
25          PREA complaints.  We had -- you know, people are
```

```
 1              becoming more comfortable reporting that stuff, and
 2              I think it's starting to die down.
 3                        But, again, it's a whole different
 4              ball game when you -- when you have to deal with
 5              someone in a position of authority engaged in these
 6              behaviors, you know.
 7    BY MS. SICKEL:
 8    Q    Did you ever hear other inmates make homosexual
 9         comments to each other?
10    A    And then I -- I've seen them not only make
11         homosexual comments and over hypersexualized
12         comments to each other, I've then also seen them
13         file PREA reports afterwards and see people removed
14         and ended up on the PREA investigations.  I see
15         more -- an increase of this more and more as each
16         year passes because that is unacceptable to be
17         subjected to that that kind of behavior and sexual
18         harassment.  It's one thing, again, if it happens
19         within our peer group, and I'm not saying it's okay
20         or acceptable, but it's just a whole different
21         category when you have someone in a position of
22         authority engaged in these behaviors and we're
23         in -- I'm a person in their care.  That's -- that's
24         not -- it's -- that's not appropriate.
25    Q    Mr. Cansler, I'm going to ask you about a number of
```

```
 1          other people who are incarcerated.  If you remember
 2          them, great; and if not, you can just say no and
 3          we'll move on.
 4                    Do you know who Zachary Mays is?
 5   A    Zachary Mays?  I know that name.
 6                    See, this is the problem, I'll
 7          recognize names, but as far as being able to put
 8          the faces on them -- you know, you do -- you --
 9          that's -- that's -- I recognize the name.  I feel
10          like I recognize that name.  I don't remember --
11   Q    That's fine.
12   A    I recognize the name.  I don't remember who exactly
13          the -- which face it is, because, you know, there's
14          a lot of people that come and go.
15   Q    Sure.
16                    And, Mr. Cansler, I'll give you a
17          minute to think about it, but if nothing sticks out
18          or no like interaction pops up, we can just move
19          on, okay?
20   A    Okay.
21   Q    All right.  What about Hayden Gieshen?
22   A    I know -- I know that name.
23                    Is there a nickname you're able to
24          also provide me with, because we're notorious for
25          having nicknames?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    55

```
 1   Q    Yeah.  I -- I don't have a nickname for either
 2        Zachary Mays or Hayden Gieschen.
 3   A    Ah.  Yeah.  It's just -- it's just one of those
 4        things, it's like right there on the peripheral,
 5        you -- you know.
 6   Q    Do you know Casey Thundercloud?
 7   A    I know that name.  I re -- yeah, I can put a face
 8        to him though.  Yeah, yeah, I recall him.
 9   Q    Okay.  And how do you remember him?
10   A    Well, he was a guy -- he -- I -- he liked to play
11        hacky sack.  He was doing his time.  I didn't -- we
12        didn't have like a personal bond or relationship.
13        I was never on the -- the quad or the wing with him
14        that I -- I can recall, because you have, on the
15        units, they're quartered off, you know, they're
16        sectioned off.
17   Q    Did you -- can you remember any interaction with
18        Mr. Thundercloud?
19   A    Yeah, nothing specific.
20   Q    Okay.
21   A    Or -- or, you know, anything -- yeah.
22   Q    Do you recall --
23   A    Or anything -- go ahead.
24   Q    Sorry.
25                    Do you ever recall seeing
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    56

```
 1          Sergeant Melnick and Mr. Thundercloud speaking?

 2    A     No, uh-uh.

 3    Q     Okay.  Do you know who Dayton Mertes is, Mertes,

 4          Mertes?

 5    A     I -- not -- I'm not recalling.

 6    Q     Okay.  Do you know who Michael Bates is?

 7    A     I -- no -- no nicknames with any of these names,

 8          huh?

 9    Q     No, not yet.  I have some for the rest.

10    A     I -- I -- I -- the thing is, is like -- I mean,

11          Melnick would interact with a lot of people on the

12          unit, this was a constant feature, so, you know,

13          all these names at one point or -- in time, I mean,

14          he's interacted, or there's been commentary,

15          there's been -- something, you know.  It's just a

16          -- when -- when -- it's like -- it's so repetitive,

17          you know.  So over the top.  You try to make it

18          like -- it becomes almost background noise at

19          times, you know.

20    Q     Sure.  And, Mr. Cansler, I'm --

21    A     Oh, go ahead.

22    Q     Mr. Cansler, I'm interested in what you remember.

23    A     Okay.

24    Q     So if you -- if I ask -- if I'm asking you a

25          question about your general sense of things, I'll
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                        57

```
 1          say that, but otherwise I'm just asking if you have

 2          specific memories about people or people's

 3          interactions, okay?

 4    A     Okay.

 5    Q     Okay.  And, sorry, going back to Mr. Thundercloud

 6          for a second, you said you do remember him, but you

 7          do not remember him and Sergeant Melnick -- like

 8          you don't remember any particular instance of them

 9          talking; is that correct?

10    A     Like -- if they're interacting, they're

11          interacting, I don't know -- nothing that I was

12          physical -- physically that I, you know, heard a

13          whole conversation or whatever.  I don't --

14    Q     Okay.  And you -- you're -- you do not recall?

15    A     I just -- and I remember who Thundercloud is, his

16          face.  You know, because you're throwing names,

17          and, again, it's difficult at times to remember,

18          but he has such a unique name that I -- I remember

19          who -- who Thundercloud was.

20    Q     Yeah, right.

21                    No, I'm sorry, Mr. Cansler.  If I --

22          I should have had pictures for you, it'd be easier.

23    A     Yes.

24    Q     Do you know -- you said you do not know Michael

25          Bates; is that correct?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              58

1    A    Again, I recognize the names, I just -- I'm having

2         -- I can't -- I can't put the face to them.  I'm

3         having a hard time.

4    Q    Sure.

5                        Do you know who Richard Garcia is,

6         Rich?

7    A    I know he -- I know the name.  Again, I -- but the

8         -- the -- the face, you know.

9    Q    Okay.

10   A    The -- the name sounds familiar, you know, vaguely.

11        But then there's a lot of nicknames too that -- you

12        know.  It's just one of those things, you would

13        hear the names repeated.  I -- I recognize the

14        name, but not the face.

15   Q    And, Mr. Cansler, Mr. Garcia was Mr. Sodemann's

16        cellmate, does that --

17   A    Well, again, it was during the COVID -- the COVID

18        years, when there was a lot of -- there was a lot

19        of celly switches and people coming and going --

20   Q    Okay.

21   A    -- so I -- you know, I can't -- I can't pretend to

22        know every -- remember every celly he ever had in

23        the course of --

24   Q    Sure.  No, I was just saying that to see if that

25        helped you remember.

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    59

```
 1                         Do you know a Justin Van Dera?

 2   A    It's not ringing any bells.

 3   Q    Okay.  What about Anthony Scott, I think his

 4        nickname is Pooh?

 5   A    There's a lot -- I'm not trying to be funny --

 6        there's a lot of Poohs inside of prison, you know,

 7        there's a lot of -- a lot of -- so -- yeah.  At

 8        this time --

 9   Q    That's fine.  And, Mr. --

10   A    -- this time, it's not -- it's not -- it's not

11        drawing anything at this moment.

12   Q    -- Mr. Cansler, I should clarify.  These are all

13        people who would have been at Fox Lake.

14   A    Yeah.  No, no, no, I -- I gathered that.

15   Q    Okay.

16   A    Yeah.

17   Q    All right.  Yeah.  From like 2021 through 2022 --

18   A    Yeah.

19   Q    -- is that fair?  Okay.

20                         Anthony Scott was a peer mentor,

21        does that -- did you know any of the peer mentors

22        at Fox Lake?

23   A    Oh, okay.  Yeah, yeah, yeah.  Okay.  Now -- yeah,

24        yeah.  Yep, yep.  I -- he's bald, I believe.

25   Q    Uh-huh.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    60

```
 1   A    He -- he was bald.  Yeah, I recall -- yeah, I re --
 2        I know him from -- I -- I know who that is now.
 3   Q    Okay.  What was your impression of Mr. Scott?
 4   A    I think -- I think he cared, you know, because he's
 5        done a lot of time and people that become peer
 6        specialists are usually, you know, chosen on that
 7        experience, that incarcerated experience or
 8        significant amount of time and, you know, what --
 9        can talk a kind of, you know, language, but try to
10        help, you know, handle situations.  I -- I think,
11        you know -- I think he was one of the good ones,
12        you know, is my impression.  I never had a bad
13        incident with him.
14   Q    Did you know Eric Prunn?
15   A    Yeah.  He was also a peer specialist.
16   Q    Okay.  And what was your impression of Mr. Prunn?
17   A    Well -- well -- what -- what's the relevance of me
18        answering a question of my impression about Eric
19        Prunn?  I'm just curious.
20   Q    I want to know your impression of Mr. Prunn.  It's
21        the same question for every other inmate, if you
22        knew them, I would ask you.
23   A    All right.  I think -- I think -- I think -- I
24        think Mr. Prunn tries, you know.  He -- he tries to
25        do what he can.  And he's able to admit mistakes
```

```
 1        when he makes them.

 2   Q    Did you have a bad interaction with Mr. Prunn?

 3   A    He ended up being my peer specialist, and so

 4        there's a certain amount of confidentiality.

 5   Q    Sure.  Yeah.

 6   A    So that's why I don't really want to answer

 7        any further questions about him.

 8   Q    Yeah.  I'm not interested in -- in your

 9        conversations about yourself or about Mr. Prunn.

10                    Did -- did you and Mr. Prunn talk

11        about Mr. Sodemann?

12   A    Whatever I -- I spoke with Mr. Prunn about is

13        confidential.

14   Q    Okay.

15   A    Per the peer specialist program and agreements.

16   Q    Did you trust Mr. Prunn?

17   A    I'm going to plead the Fifth for the rest of -- any

18        questions regarding Mr. Prunn, because that was my

19        peer specialist and I'm not comfortable answering

20        anything further about him, ma'am.

21   Q    Okay.  I'm going to ask you some more questions and

22        you can just say yes or -- like you can -- you can

23        raise your objection if you want.

24                    Did you -- did you get along with

25        Mr. Prunn?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                      62

```
 1                      If you want to plead the Fifth, I
 2          want you to -- to say that.
 3    A     I plead the Fifth on any questions to do with my --
 4          my therapy sessions and -- and conversations with
 5          Mr. Eric Prunn, who was a certified peer
 6          specialist, and they have it written into the
 7          program of confidentiality.
 8    Q     Mr. Cansler, did you interact with Mr. Prunn
 9          outside of your -- outside of your appointments
10          related to peer specialists?
11    A     The peer specialists are peer specialists on and
12          off the clock.  There isn't no -- anytime that
13          they're not peer specialists.
14    Q     Okay.  But did you ever interact with him when
15          there were other people around?
16    A     I plead the Fifth on answering any questions about
17          my peer specialist and interactions, because I feel
18          like you're -- you're getting -- you're --
19          you're -- you're touching something that's close to
20          home.
21    Q     Okay.  And, Mr. Cansler, I'm really not interested
22          in your -- your personal business at all, I'm just
23          trying to get your sense of who Mr. Prunn was, what
24          was he like on the unit, how he interacted with
25          other inmates, if you thought he was a good person?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          63

```
 1   A    Mr. Eric Prunn was my peer specialist.  I had

 2        interactions and conversations with Mr. Prunn and

 3        the nature of our interactions and conversations

 4        are my impression of him.  I don't care to share or

 5        divulge, because that's my prerogative.

 6                        I plead the Fifth.

 7   Q    Do you know who Spencer Potts is?

 8   A    Uh-uh.  I -- no, there's a few different Potts over

 9        the years.

10   Q    Do you recall a Spencer Potts that hung out with

11        Mr. Sodemann, Mr. Habram, his roommate was Stephane

12        Kingue -- Stephane Kingue?

13   A    No.  Like I said, I -- I -- I know the names, but

14        nothing specific.  I can't put a face to it.

15   Q    Okay.  Do you know Stephane Kingue, nickname Fetty?

16   A    I mean, there's been a -- there's been a few kings

17        over the years, but --

18   Q    Sure.  His nickname is --

19   A    -- I can't put a -- I can't put a face to it.

20   Q    Does the nickname help, Fetty?

21   A    There's been a -- I believe there's a rapper named

22        Fetty or -- you know, so a lot of people named

23        themselves after Fetty.  There's -- like -- like

24        the Poohs, you know, and if there's Poohs, a lot of

25        Fetties, a lot of -- yeah, there's a lot of names
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                            64

```
 1        that different people share --

 2   Q    Okay.

 3   A    -- so I'm unable to put a face to it.

 4   Q    So you -- you don't have an independent memory of

 5        who Stephane Kingue is?

 6   A    And you said his nickname was Fetty?

 7   Q    Yep.

 8                    And he was Spencer Potts's roommate.

 9   A    I don't remember Potts.

10                    Is -- is -- no, Fetty.  No.  There's

11        a Fetty who had an eye problem.

12                    Did he have an eye problem?

13   Q    I don't know.

14                    So, Mr. Cansler, Fetty is

15        Mr. Kingue.  He filled out an inmate complaint

16        about Mr. -- Sergeant Melnick, he reported

17        Sergeant Melnick's comments to an officer, and then

18        there was an investigation that began, Mr. --

19        Sergeant Melnick was eventually placed on admin

20        leave and was not able to come back into the

21        institution.

22                    Does any of that ring a bell?

23   A    Well, good for Mr. Kingue.

24                    But you gotta understand, he was

25        having these interactions, I -- I'm sure, with
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    65

```
 1          obviously with quite a few people, you know, so --
 2                    As far as like the -- the names,
 3          again, I wish you had the pictures, because you
 4          come across a lot of the names.
 5     Q    Okay.  Do you know who Colin Habram is?
 6     A    I do remember Colin.
 7     Q    Okay.
 8     A    Yes.
 9     Q    Go ahead.
10     A    No, I was just saying I do remember Colin, because
11          he was a barber, and there was a time in my life
12          when I used to shave and cut my hair.
13     Q    Okay.  What was your impression of Mr. Habram?
14     A    He was a good barber.  I think he -- he was a -- I
15          think he was a decent person overall, he had
16          regrets, and I -- I think he was -- you know.  But
17          I also know that -- whether he cared to admit it or
18          not, he's -- he had concerns, again, you know,
19          about the retaliatory nature that happens at times,
20          and, you know, he was in a -- in a coveted single
21          cell position, so I know he was scared about losing
22          that if he shared too much information.  I remember
23          that being a -- a thing.
24     Q    Okay.  And what -- where does -- what do you base
25          that information off of; did you have conversations
```

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 67 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          66

```
 1          with Mr. Habram, how did --

 2     A    Yeah, interactions.  He -- he's one that I -- I --

 3          I interacted with, you know, a little bit more --

 4     Q    Okay.

 5     A    -- at times, you know.

 6     Q    Yeah.

 7     A    Just because of close proximity and shared

 8          interests.  I -- I used to -- again, he used to cut

 9          my hair --

10     Q    Okay.

11     A    -- you know.

12     Q    Mr. Cansler, who was your cellmate in 2021?

13     A    Oh.  You're going to have to go to records or go to

14          some -- you know, figure that out.  I -- I've had

15          -- I -- I can't -- I can't sit here and -- this is

16          kind of like a -- a conversation that we have

17          sometimes about trying to name all your cellies and

18          remember, and like I -- I cannot name all my

19          cellies.  And, again, it was during the COVID.

20          There was a -- I know there was a -- a -- a Tommy

21          something, Thomas, Tommy -- Thomas, I had a -- a

22          Jason -- a Jason someone -- oh.

23                    You said 2021?

24     Q    So I'm specifically interested in the time period

25          where you heard Sergeant Melnick make inappropriate
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              67

```
 1          comments.

 2    A     Yeah.  I know I had a -- a -- a Tom -- a Tommy and

 3          I believe it was Jason, but his nickname that we

 4          called him was Sasquatch, was my celly, was

 5          Squatch, because, you know -- he was a bigger

 6          fella, you know.  So he was -- he was my celly for

 7          a long duration --

 8    Q     Okay.

 9    A     -- of that interaction.

10                    And then -- I remember who the other

11          celly I had was -- oh, I'm trying to --

12          Hilldebrandt or a -- Hilldebrand or Hilldeborn or

13          something like that.

14    Q     Did Sergeant Melnick make inappropriate comments to

15          any of your cellmates?

16                    MS. LEFF:  Object to foundation.

17                    THE WITNESS:  Nowhere near like -- I know

18          Squatch shut him down, I guess.  I -- I don't

19          remember the specific instance.  But, again, the --

20          the -- my celly, Squatch, he was like 6'3", he was

21          a big 'ole 6'3", kind of a -- a bear of a man, so

22          he was able to be more assertive, I -- I think, in

23          the matter.

24                    Again, I forget what the specific --

25          and it wasn't really any much further problems with
```

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 69 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    68

```
 1          that.  He tended to stay in the cell and he did a

 2          lot of reading when he wasn't walking laps and

 3          doing some push-ups, Squatch was.  And he was my

 4          celly I want to say for the -- the large bulk of

 5          that period.

 6    Q     Mr. Cansler, how big do you think Sergeant Melnick

 7          is?

 8    A     6'1"ish maybe, 6'2".  Anywhere between 6-foot and

 9          6'2", roughly.  I don't know.  He -- he was larger

10          too, and -- in -- in body weight at one time.  I

11          don't know, this was a number of years ago too, you

12          know.  He was not a -- a -- a small individual.  He

13          was much bigger than Mr. Sodemann, that is for

14          sure.

15    Q     How much do you think Mr. Melnick weighed at that

16          time?

17                   MS. LEFF:  Object to form.

18                   THE WITNESS:  Oh, I'm not a carny, I'm

19          not good at that.  Sorry.

20    BY MS. SICKEL:

21    Q     Can you give me a guess?

22    A     I -- I -- I -- I -- no, I can't give you a guess,

23          but he was not small.  I -- you know.

24    Q     Did he --

25    A     I don't know if he was pushing 3- or if he was
```

```
 1          between 250 and 3-, I don't -- you know, it's a

 2          large range.  I'm not good at that.  And I -- and I

 3          had -- I had girlfriends in the past that

 4          encouraged me to never do that, so I'm not really

 5          comfortable, you know.  I just -- sorry.

 6    Q     Mr. Cansler, do you think he's bigger or smaller

 7          than you, at that time?

 8    A     I believe he was -- he was wider, he was larger.

 9    Q     Okay.

10    A     I typically say that I'm 5'12", you know.  It's

11          really 5'11" and three -- I mean -- yeah, 5'11" and

12          three-quarters, you know.  I had a -- I had -- add

13          a quarter, but -- I -- I know he -- he was -- he

14          was larger and wider.

15    Q     Okay.

16    A     And, I mean, again, there's something to be said

17          about the -- the -- the presence of the authority

18          figure and the threat and duress of -- of the badge

19          and -- and the uniform that -- that kind of maybe

20          increases like the camera, you know, a couple

21          inches or pounds onto a person in authority, I

22          don't know --

23    Q     Sure.

24    A     -- because you're more weary and leery.

25    Q     And, Mr. Cansler, who did you hang out with, so
```

1          like what inmates, do you remember their names,

2          that you would either socialize with or eat lunch

3          with or otherwise hang around with?

4    A    Oh, I talked to Steven Haas(phonetic) a -- a lot.

5          He was on another unit.

6                    But overall, I tended to -- I

7          interact, but, you know, I don't try to personalize

8          or, you know, have that in-depth relationship.

9          There's a Michael Becker that was there at one

10         time, you know, I interacted with him.  There was a

11         Jeremy Schraufnagel that used to be there, he was

12         also a peer specialist, you know, just because, of

13         shared interests and travels and similar, you know,

14         people know him.  And there was a, you know, I guy

15         called Tuna; I don't recall his government name.

16         But, yeah.  Yeah, I wasn't -- I -- I wouldn't -- I

17         wouldn't say I'm a social butterfly.

18                    Like I would interact with

19         Mr. Sodemann, but, you know -- here and there and

20         in passing, but it wasn't like -- you know, I -- I

21         couldn't tell you what his -- his mother's name was

22         or his -- you know, the -- I couldn't tell you too

23         many specifics.

24                    It's just he kind of stood out

25         because, if truth be told, he -- he -- he -- he's

```
 1        not -- he's not the biggest guy on the block, you

 2        know, and people tend to want to pick on smaller

 3        individuals at times, you know, and he was

 4        subjected to some of that, and I -- and -- and I

 5        think -- and I think, again, I don't know if

 6        Sergeant Melnick also fed off of that, but then

 7        when it started happening from him, I think that's

 8        maybe -- probably when Mr. Sodemann felt, you

 9        know, the -- the need to have to do something.

10   Q    Was there anything else about Mr. Sodemann that

11        stood out to you?

12   A    Yeah.  He -- he -- he looked small and young and

13        innocent initially, but, you know, he's always busy

14        though.  I seen him -- he seemed to try to stay

15        busy and productive and out of trouble.

16   Q    Did he seem social to you?

17   A    I know he would help people and tutor, you know,

18        with the school stuff, because I believe he was --

19        he went to college or is going or something like

20        that.  He was doing college stuff, you know, I -- I

21        -- he wasn't aggressive, and I -- and I think,

22        again, in this kind of environment, you know, there

23        is a certain amount of like predatorial practices

24        of different kinds within this -- the -- the nature

25        of this -- this -- this system, people have
```

```
 1        different coping mechanisms, you know, and -- and,

 2        again, it's not to excuse it and it's not

 3        acceptable, but, you know, it -- and -- and that's

 4        why it's -- it's important that people who we're in

 5        their care of, that they be a little more

 6        professional, you know.

 7   Q    And then -- sorry, Mr. Cansler.

 8                      About Mr. Sodemann, did you -- did

 9        you see him socializing, like playing cards or

10        playing bags, doing other things like that?

11   A    I think he's played -- yeah, I think he played -- I

12        think some kind of cards, I don't know if it was

13        hearts or euchre or stuff before, I don't -- I

14        don't --

15   Q    Did you --

16   A    Or spades, I don't --

17                      Huh?

18   Q    -- did you play cards?

19   A    I -- I didn't play a lot of cards.

20   Q    Okay.

21   A    I have played cards, but it's very -- not a -- a

22        thing.  I can't even tell you the last time I

23        played a card game at this point.  It's just -- you

24        know, just something that I kind of -- a learned

25        behavior for myself to try to -- you know, I'm
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    73

```
 1         not -- I'm just not comfortable --

 2   Q     Sure.

 3   A     -- you know.

 4   Q     Did you crochet?

 5   A     I did not, no.

 6   Q     Did you play bags?

 7   A     I did not, no.

 8   Q     Okay.  Did you -- would you listen to music with

 9         other inmates?

10   A     You -- you can't listen to music -- well, you used

11         to not be able to, because the tablet only had one

12         ear jack though, that tablets we have, so that's

13         not even a possible thing.

14   Q     Okay.  Did you -- where did you spend most of your

15         time --

16   A     I -- I --

17   Q     -- in a day?

18               MS. LEFF:  Object to form.

19               THE WITNESS:  Huh?  I'm sorry, Ms. Leff?

20               MS. LEFF:  I'm sorry.  I said object to

21         form.

22               THE WITNESS:  Oh.

23                    In prison.  On the unit or in the

24         chow hall or in the -- the rec or the courtyard.  I

25         -- you know.  And on the unit probably most of the
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    74

```
 1         time, especially during the COVID pandemic.  The

 2         COVID -- you know, a lot of the things -- again,

 3         there were a lot of lockdowns, there was not a lot

 4         of things happening, the whole -- the whole world

 5         came to a screeching halt, and so did the

 6         Department of Corrections in spades, so there was

 7         not a lot -- so there was a lot of -- of reading

 8         and time in the cell, you know, or walking in the

 9         courtyard.

10    Q    Mr. Cansler, would you say you spent more of your

11         day with people or by yourself?

12    A    By myself.

13    Q    Okay.  And like how much time do you think in your

14         day did you spend by yourself?

15    A    I -- I -- I can't give you an adequate response to

16         that, because, I mean, again, things -- things

17         fluctuate.  You know, there -- there's a time --

18         you -- there's time -- most of the time it's

19         probably more withdrawn.  Most of the time it's

20         withdrawn, not -- not overly interactive, because,

21         again, I don't want to invite too many problems or

22         situations.

23                   But, you know, human nature being

24         what it is, there's times that I -- I feel good or

25         I had an extra cup of coffee and a little bit more
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          75

```
 1            energy and perhaps I would be a little bit more
 2            interactive, so I cannot sit here and provide you
 3            -- I don't know what you're looking for with that,
 4            so I -- I don't know really how to answer that.
 5            I'm sorry.
 6   Q    Mr. Cansler, would you describe yourself as a
 7            social person?
 8   A    I would describe myself as a respectful person.
 9   Q    Okay.  Do you make friends easily?
10   A    When I make friends, they know that -- that they
11            can rely on me.  But I'm not interested in making
12            friends.  I'm interested in -- in providing the
13            respect that's -- to each individual whom I'm
14            surrounded by and respecting their space and what
15            they have going on and minding my business, because
16            that is what is safe to do in a place like in.
17   Q    How many times did you interact with
18            Mr. Sodemann -- Sodemann?
19   A    Yeah, that's an impossible question to -- to -- to
20            answer.  I -- you know, like -- I -- I don't -- I
21            can't --
22   Q    Did you interact with him every day?
23   A    I would not say -- no, no.
24   Q    Did you interact with him twice a week?
25   A    I would -- I would say -- I would say there's
```

```
 1          interactions, like -- like, you know, you -- if you
 2          go to the gas station and you're in line or
 3          wherever you interact, you have little -- you know,
 4          you're friendly, you're cordial, cordial
 5          conversations here and there, then maybe perhaps
 6          you'll, you know, see them in the neighborhood or
 7          something, you know.  It's -- it's not -- we
 8          weren't cooking together, we weren't, you know,
 9          exchanging photos and pictures, you know.  There'd
10          be interactions and then -- and then that wouldn't
11          be.  I -- you know.  Again, I mined my own
12          business, I -- that's just how it is.
13                    I -- part of my -- my -- my
14          protective nature is I was concerned -- I --
15          concerned -- when you see someone of his -- and I
16          mean no disrespect to Mr. Sodemann, you know, the
17          -- the -- his physical stature and -- I don't like
18          bullies on -- I -- I don't like the bully behavior
19          from anybody, you know, and -- and I don't think
20          that's appropriate, and it's unprofessional.  I'm
21          not just talking within staff members, but in our
22          peer groups too, you know.
23     Q    Yeah.  So, Mr. --
24     A    You know, you got people that try to test
25          boundaries.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          77

```
 1   Q    -- Mr. Cansler, did you feel like you were looking
 2        out for Mr. Sodemann?
 3   A    No.  He -- I believe he was able to be assertive or
 4        figure out how to conduct the interactions.  I was
 5        just -- it's just one of those things that kind of
 6        stand out when you're in -- in an environment and
 7        you got a lot of the machismo, peacocking, you
 8        know, people swagging around and working out all
 9        the time and, you know, being all -- again, I don't
10        know, machismo, it's just he -- he was an outlier
11        in the sense that that wasn't what he did, you
12        know.
13   Q    Do you think Mr. Sodemann --
14   A    So -- so it's more -- it was a little bit more, you
15        know, you would notice, you would know who, you
16        know, this guy is, just because you pay attention,
17        you know.  But it wasn't like -- again, like I
18        don't think I'm going to get an invite to his
19        wedding when he gets out or anything like that.
20        I --
21   Q    Do you think Mr. Sodemann needed -- needed to be
22        protected?
23   A    I think we're all people in the care of the
24        correctional system and we all need to be protected
25        from these kind of behaviors and practices,
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          78

```
 1        regardless of our peers or people in positions of

 2        authority, is what I think.

 3   Q    Did you think Mr. Sodemann needed to be protected

 4        in particular?

 5               MS. LEFF:  Objection to form.

 6               THE WITNESS:  I think --

 7               MS. LEFF:  You can answer.

 8               THE WITNESS:  Oh.

 9                  I -- I think it -- it got to a

10        point, it got to a point, and it was a -- a

11        conversation that was taking place within the

12        community of our peers that he seemed to be the

13        recipient of the -- of -- of quite a bit -- a

14        little bit extra attention I guess you could say.

15        I don't know -- again, I can't pretend to

16        understand the reason, rationale or anything of the

17        sort, but, yeah, there -- there was -- there was

18        commentary being had, you know.  It was -- it was a

19        thing.

20               MS. SICKEL:  Sure.

21   BY MS. SICKEL:

22   Q    And then, Mr. Cansler, you said there was a

23        conversation within the community of your peers;

24        tell me the names of those peers, that community.

25   A    Well, I'm sure probably like several people you
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                      79

```
 1          named at one time or another, but, again, a lot --
 2          either nicknames or, you know -- or just people in
 3          general, people that I didn't really have the
 4          interactions with or inclination of --
 5    Q     So, Mr. Cansler -- sorry.  I'm going to stop you,
 6          because I -- I just want you to answer my question.
 7                      So I asked for the names, you can
 8          give me the nicknames, of the people you're saying
 9          are in the community of your peers that had a
10          conversation?
11    A     Yeah, Squatch was one of them.  That was my celly.
12    Q     Okay.  Who else?
13    A     Tommy and -- there was Tuna.  Again, the guys I
14          named.
15    Q     Anyone else?
16    A     There was conversations had with Colin.
17    Q     Okay.
18    A     I remember having the conversation with Colin,
19          because, you know -- but it was just a matter of
20          like -- again, he -- he had a lot to lose and he
21          was scared of the retaliation that takes place in
22          an -- in an environment like this, you know, from
23          people in authority.
24    Q     Okay.  And then anyone else?
25    A     Yeah, just in general passing.  I can't -- I can't
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    80

```
1          recall the names, you know.  But it -- it was -- it

2          was just -- it was a general thing, you know.

3    Q     Okay.

4                    All right.  So, Mr. Cansler, within

5          this community of your peers, what was the

6          conversation you had, about Mr. Sodemann?

7    A     Oh, that he was easy pickings for Melnick.

8    Q     Okay.

9    A     And -- and the observation -- you know, one of the

10         comments being like, you know, Melnick's got a

11         hard-on for him, you know, in a metaphorical sense,

12         you know, when it was stated, you know, like -- he

13         seemed to really become a focal point.

14   Q     Okay.  You said that -- somebody said Melnick has a

15         hard-on for him, but you said that that was

16         metaphorical; is that right?

17   A     Yeah, yeah.  Yeah, he got a hard-on for him, like

18         he's -- he's after him, you know.

19   Q     Okay.

20   A     Yeah.

21   Q     Did you think he was after him literally, sexually?

22                    MS. LEFF:  Object to form.

23                    THE WITNESS:  If -- if I learned

24         anything, you know, being around some of the people

25         I've been around, it -- it's not outside the realm
```

Case: 3:22-cv-00374-wmc   Document #: 124-1   Filed: 03/13/26   Page 82 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    81

```
 1          of possibility in the slightest.

 2                    MS. SICKEL:  Okay.

 3                    THE WITNESS:  I don't know.  I can't --

 4          and, again, I -- I -- I don't know, but it -- you

 5          know.  Yeah, I don't -- I don't know.

 6                    MS. SICKEL:  Okay.

 7                    THE WITNESS:  You know, if he was, well,

 8          thank God it didn't happen or anything further than

 9          what has happened occurred, you know.

10                         Because there's another incident

11          that took place in Fox Lake just not too long

12          before that, of a staff member taking people in the

13          basement and forcing sexual acts on them and being

14          held -- he got held accountable for that after a

15          while, so that was still part of, you know, the --

16          that -- you know, the -- the -- the atmosphere

17          and -- and concern, you know, that this is a real

18          possibility that just took place within the -- the

19          walls of Fox Lake, you know, with staff members

20          already, you know.

21     BY MS. SICKEL:

22     Q    So, Mr. Cansler, is it your testimony that

23          Sergeant Miller -- excuse me, Sergeant Melnick,

24          called Mr. Sodemann gay?

25     A    Yeah, he called him a fag -- well, he would always
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                          82

```
 1         call him a fag, and he'll talk about -- I don't --
 2         I don't know where -- where he -- again, it's --
 3         it's so -- it's so unusual, that's why it's so --
 4    Q    Sorry.  Mr. Cansler, it was just a yes --
 5         Mr. Cansler --
 6                MS. LEFF:  No, I'm going to object to you
 7         interrupting the witness.  He should be allowed to
 8         answer the question.
 9                MS. SICKEL:  I understand.  But my
10         question was, did he call him gay?
11                THE WITNESS:  He -- he called him a
12         faggot, you know, talking about shoving stuff up
13         Sodemann's ass and -- and pills and talking about
14         giving -- going in showers and fucking another
15         inmate and -- and -- and things -- these are -- and
16         this was -- it is -- just remember because it was
17         so over the top, like -- you know, like that's not
18         joking, that's -- that's harassment, that's serious
19         sexual harassment, and -- and it's -- again, it's
20         just so blatantly out of the norm, and why that
21         sticks out so much, you know, witnessing that.  So
22         much that -- that, you know, kind of fades and you
23         don't, you know, care to think about or recall, but
24         it's like it's -- it was so over the top, it was
25         unforget -- unforgettable, you know.  And -- and
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                      83

```
 1          called him a little bitch, and he talked -- talked

 2          about the size of his penis and -- and

 3          Sergeant Melnick said that he couldn't satisfy

 4          women, he would do things to his -- the way he

 5          would do to his -- Sodemann's mother and sister,

 6          like -- I -- I -- you can't even make that stuff up

 7          that was coming out of this individual's mouth.

 8          And that's the gist of all of this, the -- the --

 9          the -- the 127 questions.  That's what matters the

10          most.  That is unacceptable.  That -- that -- that

11          is -- I -- again, so over the top you cannot make

12          that stuff up.  I don't know what was wrong with

13          that man or how he got employed by the DOC, let

14          alone advanced to a sergeant's position.  That's an

15          extreme oversight that needs to be, you know,

16          looked into, you know, within the system.  It's

17          unacceptable.

18   BY MS. SICKEL:

19   Q    Mr. Cansler, do you think Mr. Sodemann is gay?

20   A    I -- I -- I really didn't think about it.  I don't

21          think about it.  I -- I don't know.  I -- I don't

22          -- I don't think he is, but if -- if he were, I --

23          you know, that's his business, as anybody's

24          business.  This is 2026, you can live whatever kind

25          of lifestyle you want, as long as you don't
```

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 85 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                         84

```
 1          infringe on others, the -- the way that
 2          Sergeant Melnick was infringing on others.  I don't
 3          think Sodemann is though.  I -- I don't believe so.
 4    Q     Do you know if anyone in your community of peers,
 5          so I mean Squatch, Tommy or Tuna, do you know if
 6          any of them think of Mr. Sodemann as gay?
 7                    MS. LEFF:  Object to foundation.
 8                    THE WITNESS:  What?  I -- I don't -- I
 9          don't -- no, I don't -- I don't recall that ever
10          even being a thing at -- that's -- it's not a --
11          other than Melnick saying the stupid things that he
12          was saying, you know, and then you asking that line
13          of questioning, I -- that's -- I don't understand,
14          but -- no.
15    BY MS. SICKEL:
16    Q     And, Mr. Cansler, I'm not trying to make you
17          uncomfortable.  There's just -- there's a number of
18          inappropriate things that are alleged to have said
19          or being admitted to have said, so we'll talk
20          through them and --
21    A     Oh, they were said.  They're not --
22    Q     Okay.
23    A     -- alleged.  That definitely happened by
24          Sergeant Melnick.
25    Q     And then --
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                             85

```
 1  A   It definitely happened.  There's no ands, ifs or
 2      buts about that.
 3  Q   Okay.  But, Mr. Cansler, we're going to talk about
 4      them, okay; you understand?
 5  A   Oh.  I've -- I've been waiting.
 6  Q   Okay.  Great.
 7              So at -- at any point, did Squatch,
 8      Tommy or Tuna tell you that they thought
 9      Mr. Sodemann was gay?
10  A   As I previously answered, that was not a -- a topic
11      that came up or anything that I recall, so, again,
12      I will answer no to that question.
13  Q   Did you hear any rumors on the unit or otherwise
14      around Fox Lake that Mr. Sodemann was gay?
15  A   Other than what Sergeant Melnick was saying out of
16      his mouth inappropriately, no.
17  Q   Did it seem like everyone knew that Mr. Sodemann
18      was not gay?
19              MS. LEFF:  Object to foundation.
20              THE WITNESS:  Yeah, I -- I -- I can't
21      pretend to understand that, but I know most
22      everyone, if they're being honest and had the
23      bravery that he's exhibiting to -- to pursue this,
24      and -- and it's got to be uncomfortable for him, I
25      -- I think Sergeant Melnick was the one calling him
```

```
 1        a fag, that was encouraging him to shove
 2        medications and pills up his ass, for -- which is
 3        like -- I don't know where you come up with -- what
 4        that is about.  I can't pretend to understand.
 5        It's not funny, it's very uncomfortable, you know,
 6        to think about.  Again, the commentary that's
 7        issued forth by Sergeant Joshua Melnick.
 8   Q    Did it seem like --
 9   A    And that's -- that's --
10   Q    -- did it seem like any inmates believed the things
11        that Sergeant Joshua Melnick said about
12        Mr. Sodemann?
13   A    I -- I don't -- I -- I don't know.  I mean -- I --
14        I -- I can't pretend to know yes or no, other than
15        that it was done.
16   Q    Okay.
17   A    It was done, it was statements that were issued, it
18        was commentary being given and provided.
19                    Now, what people's thoughts were and
20        what the -- you know, I think probably most
21        anybody, human nature, being they're concerned
22        about avoiding any problems and protecting their
23        own selves and anything they had going on, and --
24        and were too many intimidated or afraid, you know.
25        And understandably so, you know.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              87

```
 1    Q    So is --

 2    A    Or indifferent -- indifferent and didn't care.

 3    Q    So Sergeant Melnick was calling Mr. Sodemann --

 4         Sodemann gay, but you didn't hear anyone else call

 5         him gay; is that correct?

 6    A    He was calling Sodemann a fag too, in addition to

 7         gay, you know what I mean, he -- he used both of

 8         the -- the terms, on several occasions.

 9                        But I didn't hear or witness people,

10         you know, calling Sodemann a -- a fag or a gay or

11         making the -- you know, the -- the suggestive

12         comments and whatever, the predatorial practices

13         anywhere near like Sergeant Melnick was doing.

14    Q    Okay.

15    A    I think he was just trying to do his time, do his

16         schoolwork, I -- I think he was trying -- you know,

17         stay out of the way, and for whatever reason, he

18         became the target and the focal point.

19    Q    Are you aware of Sergeant Melnick making comments

20         like this to any other inmates?

21    A    This was -- this was -- that -- that -- that was --

22         he would make this -- these kind of comments

23         frequently, yeah, to others.  It -- it has

24         happened.  But, again the -- the -- the -- I don't

25         know if they were too scared to say anything --
```

```
 1         well, that one person that you said earlier I guess

 2         filed a complaint, a report, so he must have been

 3         on the receiving end, and he -- he had enough

 4         wherewithal to advocate for himself and bring it to

 5         people's attention, and good for him, you

 6         know, because it takes, you know, a certain amount

 7         of courage to do that in that environment.

 8                   So, yeah, obviously he was making

 9         these kind of comments to -- to other individuals

10         to the point that they did not feel comfortable,

11         you know.  A lot of people didn't feel comfortable,

12         but, again how they cope with it, you know, I don't

13         know.  And the way I do my time is I -- I try and

14         attempt to keep my head down and eyes up and be

15         mindful and aware, you know, but there's things

16         that happen and -- and you just happen to be

17         present, and it's just so over the top, you know, I

18         -- I --

19    Q    So, Mr. Cansler, you're not aware of

20         Sergeant Melnick targeting anyone else with these

21         type of comments?

22    A    No, I said he's made these comments to -- to other

23         individuals, but --

24    Q    And who are they?

25    A    -- Sodemann just happens to stand out --
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                        89

```
 1   Q     Okay.

 2   A     -- you know.

 3   Q     Mr. Cansler, can you remember the names of anyone

 4         else?

 5   A     There was a -- it was so many.  I don't -- I can't

 6         keep track of that.  I wasn't asked to remember,

 7         you know, at -- any other time, I -- you know, it's

 8         a lot of things that happened that you try to leave

 9         left behind during that time period.  But, yeah, it

10         was something that was being done, you know.  And

11         it's unfortunate, I wish those -- those people

12         would have stepped up and reported it, you know,

13         but they didn't and -- but obviously Mr. Sodemann

14         and the other person you mentioned earlier did, and

15         good for them, you know.

16   Q     So as you sit here right now, the only person you

17         can remember, the only person's name you can

18         remember that Sergeant Melnick made inappropriate

19         comments to is Mr. Sodemann?

20   A     Well, the most glaring or whatever.  But he's made

21         it frequently to many other individuals.  I wish

22         there was photographs that could have been attached

23         to some of these names, because I -- I can recall,

24         you know, the little instances, but -- again, he --

25         he does it -- he did it so much, it was like, you
```

```
 1          know -- yeah, I -- I --

 2   Q    And, sorry, Mr. Cansler, is your testimony that

 3          Sergeant Melnick would say like the same things

 4          that he said to Sodemann to all these other people

 5          that you can't remember?

 6   A    Well --

 7                  MS. LEFF:  Object to -- object to the

 8          form of the question.

 9                      Sorry.  Go ahead.

10                  THE WITNESS:  He would call people fags,

11          he would tell gay jokes, he -- he would do little

12          things with his hands and people'd look at him,

13          he'd call them fags, you know.

14                      And hopefully if he had any

15          coworkers that -- that had any integrity, would

16          report the same things, that they were witness

17          of -- you know, of doing that.  You know, I -- I

18          can't pretend to know if they will or not.  This is

19          what he did.

20                      It's not just to Sodemann.  He just

21          happened to again, be willing to pursue it and

22          advocate and -- and -- and try to get corrective

23          action on it.  Good for him on that, you know.

24   BY MS. SICKEL:

25   Q    How many other people -- how many other --
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          91

```
 1   A     More than I can count.

 2   Q     Okay.  More than 10?

 3   A     More than 10.

 4   Q     The entire unit?

 5   A     Unquestionably.

 6                     Huh?

 7   Q     Did it seem like he did to the entire unit?

 8   A     He did a good -- to -- to a good dozen individuals,

 9         you know, frequently.  And, again, over the course

10         of multiple seasons at the beginning of this --

11         this -- this line of questioning, you know, it --

12         it -- it was through multiple seasons.  It was a --

13         it was a long duration of activity and antics, and

14         it seems as if it would increase or accelerate, you

15         know, as we got towards the -- the end of that

16         year, or the end of that -- that summerish I want

17         to say, you know, time, I don't know, summer,

18         beginning of fall.  You know, it's just -- it's a

19         lot going on.  I don't know what he had going on

20         that -- that incentivized or propelled him to have

21         these kind of interactions, but it is definitely

22         what he was -- was happening.

23   Q     Okay.  So you think he said inappropriate comments

24         to about a dozen people; is that right?

25   A     No, I don't think that, I know that.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                            92

```
 1   Q    Okay.  No, I --

 2   A    That's exactly -- that's exactly what he did.

 3   Q    So my -- the think is about the number.

 4                      Are you unclear on the number, or is

 5        it definitely 12?

 6   A    No.  No, I said more than a dozen --

 7   Q    Okay.

 8   A    -- you know.  More than a dozen.

 9   Q    More than a dozen.

10   A    And he -- people would come, he'll do this thing --

11        I don't know if you can see my hand, he'll do this

12        right here, and, you know, have it down below his

13        waist and he says oh, fag, you know.

14   Q    Okay.

15   A    Gotcha, fag.

16   Q    Did he --

17   A    You know, like --

18   Q    -- did he --

19   A    -- I don't care if he was playing or not, you

20        don't -- you don't play like that.

21   Q    -- did he do that to you?

22   A    It has happened, but then it -- then it got done,

23        because I informed him, I -- I asserted and

24        informed him not to play with me like that.

25   Q    How did you tell him not to play with you like
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                            93

```
 1        that?
 2   A    Well, I can't remember the exact words or verbiage
 3        that was utilized, but I can assure you that I -- I
 4        made the impression of the -- not to interact with
 5        me like that.  One and done.
 6   Q    Did you ever joke with Sergeant Melnick?
 7   A    No, because I was not comfortable with
 8        Sergeant Melnick.
 9   Q    Okay.  Did you ever laugh at anything he said?
10   A    There -- there -- there's times like -- even in the
11        course of this questioning, a -- an uncomfortable
12        chuckle or something might emit as -- as a typical,
13        you know, physical response.  Again, as has
14        occurred maybe a time or two, or however many
15        times, I can't even recall, in the last hour and a
16        half of questioning, perhaps, again in passing, I
17        get the -- get out of the proximity of the
18        situation or just astonish at the outburst or
19        commentary.
20   Q    Okay.  Okay.
21   A    Is that fair?
22                   And, again, I -- I respect the --
23        the fact that people have jobs to do, bills to pay,
24        families to take care of, and that -- and -- and I
25        appreciate the service that -- that correctional
```

```
 1            officers and staff members have to provide and

 2            things they have to put up with and endure, you

 3            know.  I -- I want to be crystal clear on that.

 4            But, again, an incident and individual like this,

 5            there is no defense.  There's no defending him.

 6            There -- there's no -- you know, to have the

 7            backing of the whole State of Wisconsin at his

 8            disposal, whatever it is, to try to make sure he's

 9            all right is -- is -- is -- is really a testament

10            to the -- the -- the -- the unfairness of the power

11            dynamics involved in this situation, and -- and I

12            hope there's some kind of systemic changes that

13            happen or further teachings, you know, for new

14            staff members that this doesn't happen again, as

15            unfortunately it does, you know.  This is -- this

16            is not okay.

17    Q    Okay.  So you think -- never mind.

18                        I want to ask you about Mr. Sodemann

19            for a little bit.

20                        Did you think -- did he seem like a

21            happy guy when you first met him?

22    A    Well, again, he -- he had a -- he was involved in

23            school and class and he was moving and it seemed as

24            if, you know, he would be interactive, you know.

25            He -- he wasn't -- he -- he didn't have like -- I
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                      95

```
 1        didn't see him have bad, you know, interactions or
 2        problems, you know.  It seems as if he was -- he
 3        was a lot more social than I am.
 4    Q   Sure.
 5    A   I mean, by far, in spades, you know.  He has a -- a
 6        higher social IQ or whatever, that's -- that's his
 7        nature.
 8                  But I'm assuming because of the
 9        interactions and things he was subjected to, that's
10        why he gradually kind of -- that -- that didn't --
11        that -- that -- is obviously -- visibly there was a
12        response taking place within Mr. Sodemann's -- way
13        he did his time and interacted, because he became
14        more withdrawn.
15    Q   Did he seem like a funny guy to you?
16    A   I -- I think humor at times was -- is an
17        appropriate response within our peer groups, you
18        know.  That's -- that's an -- that's appropriate
19        time.  I think everybody, you know, can crack a
20        good joke and elicit some laughter or something
21        every now and again, you know.  And so he -- the
22        people he communicated with and whoever, you know,
23        he hung out with, that seemed to be fine, you know,
24        they weren't put --
25    Q   Did Mr. --
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                            96

```
 1   A      -- off by his personality.

 2   Q      -- did Mr. Sodemann ever make you laugh?

 3   A      I'm sure he did --

 4   Q      Okay.

 5   A      -- you know.

 6   Q      Did -- what was your relationship like between you

 7          and Mr. Sodemann; were you friends?

 8   A      Again, it's -- it's like -- I couldn't tell you his

 9          favorite color or his zodiac sign, and I doubt I'll

10          be invited to his wedding.  We would interact just

11          because of, you know, close proximity, you know, at

12          times.

13                     Like if -- if you're standing in

14          line at a gas station, you'll -- you'll have a

15          five-minute friend or a conversation because

16          you're -- you're cordial and respectful, you're

17          human, you're engaged in these activities.  But

18          then you'll see them later perhaps and maybe, you

19          know, if you're talking about the game or something

20          or whatever, you know, but I -- yeah.  I -- I

21          wouldn't -- I wouldn't say he was an enemy, but we

22          weren't intimate, you know, in the sense of -- as

23          far as divulging, you know, secrets and dreams and

24          goals and things like that, you know.

25   Q      Who did you see Mr. Sodemann hanging out with the
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                97

```
 1        most?
 2   A    Well, his laptop, when he was doing school --
 3   Q    Okay.
 4   A    -- you know.
 5   Q    And who would be second then?
 6   A    And -- and you got -- you gotta understand, I think
 7        because of -- a lot of other people who were
 8        involved, even though he wasn't necessarily a
 9        certified tutor, you know, he went through the --
10        whatever program that they certify people, he
11        frequently had -- there's -- he had people that
12        would frequently ask him for assistance and help
13        because he knew what to do, and -- and apparently
14        that was in his nature to assist and provide that,
15        so there -- he -- he interacted with a lot of
16        people, you know --
17   Q    Okay.
18   A    -- at one time or another.  But a lot with
19        schoolwork or whatever it is, you know.  And -- and
20        kudos to him for that.
21   Q    Mr. Cansler, it seems like you hold Mr. Sodemann in
22        high regard; is that accurate?
23   A    No.  No, that's -- as far as -- I wouldn't say high
24        regard, but I -- I -- after being -- look, I was
25        sexually molested when I was a child for a number
```

1   of years, and to be witnessing people in positions

2   of authority engaged in these kind of commentaries

3   and behavior is just -- is -- is -- you know, I

4   have my own issues, and -- and that -- it is

5   unacceptable and it kind of provoked and stirred up

6   things, you know, and -- and -- and uncertain how

7   to do anything, you know, what to do about that,

8   you know, and -- and especially when we're, for

9   years -- we're getting -- we're being -- we're

10  being told all these things about PREA and trying

11  to put all these things in places and to still have

12  someone, an individual like this, you know, preying

13  on -- on those of us in a vulnerable population

14  without a lot of resources is unacceptable.

15                  I -- again, as I said earlier, I

16  don't care if it was Sodemann or whoever it was,

17  you know.  And -- and I'm -- and I was hesitant and

18  scared to even -- even get involved in the process,

19  but I -- I don't -- you know, I don't know what

20  else to do.  It -- I -- I don't -- I don't think I

21  would feel good about myself if I were -- you know,

22  if I didn't get involved.

23                  But the -- to hold him in high

24  regard like some pedestal or whatever, no.  No, I'm

25  just answering your questions, and I'm answering

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    99

```
 1            them honestly, you know what I mean.
 2                      There's other individuals that, you
 3      know, conduct themselves in the same -- same
 4      fashion, and good for them.  And then you have
 5      predators.  You have predators amongst our peer
 6      population and you have predators that
 7      unfortunately wear uniforms.
 8                      But I wouldn't say idolize or hold
 9      him in a high position or anything like that.  You
10      know, this -- this could be anybody.
11   Q  Mr. Cansler, I asked you, who did you see
12      Mr. Sodemann hang out with the most, can you --
13   A  Yeah.
14   Q  -- answer that with a name?
15   A  Yeah, and I -- and I told you that he had a lot of
16      people that would interact with him at one time or
17      another, you know, so -- I -- I -- I'm -- I'm
18      sorry, I'm unable to provide you names.
19                      As I stated earlier too, you come
20      across so many, you know, different people over the
21      years, and unless I'm -- you know, I'm -- they're
22      impacting my life or we're involved or we have some
23      kind of shared interests of sorts or something, you
24      know, I just -- it's better not to know names --
25   Q  Sure.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                        100

```
 1   A     -- you know.

 2   Q     Do you use swear words when you speak with other

 3         inmates?

 4   A     I have been known in times past, but it is

 5         something that, you know, I -- I have actually

 6         taken a lot of corrective action on,

 7         conscientiously.  You know, just for -- for myself,

 8         that was something I want to do, you know.  But

 9         yes.

10   Q     Do you hear other inmates use curse words when

11         speaking with each other?

12   A     I -- I -- curse -- curse words have been used from

13         staff members and inmates.

14   Q     Okay.  Do you -- have you heard Mr. Sodemann use

15         curse words with other inmates?

16   A     Well -- should -- should we wait for her to --

17               MS. LEFF:  No, it's okay.  You can go

18         ahead and --

19               THE WITNESS:  Oh, okay.  All right.  I

20         just --

21               Well, I'm sure he has, but, I mean,

22         like -- like anything over -- I -- again, I mean,

23         the -- the -- the questions that I -- I never even

24         thought to think about or thought, you know, would

25         ever be asked, I -- I don't -- I can't recall any
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                               101

```
 1           specific instances.
 2                    Has he said, oh, son of a bitch,
 3           or -- or, you know, goddamn it or anything like --
 4           yeah, probably, you know.  But, it's just one of
 5           those --
 6                    Oh, go ahead.
 7                    MS. SICKEL:  Oh, I'm sorry.
 8    BY MS. SICKEL:
 9    Q    When did you -- you said you're working on not
10         using curse words, when did that -- when did you
11         start that process?
12    A    Well, I would say sometime the middle of last year
13         or something like that, you know.
14    Q    Okay.
15    A    And I'm not saying I don't use them, but, you know,
16         in certain --
17    Q    Sure.
18    A    -- areas and environment.
19    Q    Okay.
20    A    But -- but, again, this is the environment that --
21         I -- I don't know -- it doesn't stand out, because
22         it's -- it's like the banality of evil, or whatever
23         you want to say, it's just -- it's just part of
24         the -- the genetic makeup of -- of -- of such an
25         atmosphere --
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              102

```
 1   Q    Okay.

 2   A    -- you know.  You -- I don't -- can't think about

 3        it, you know.  It's like asking me what I had for

 4        breakfast on Tuesday three weeks, I just -- you

 5        know.

 6   Q    So --

 7   A    I don't know.

 8   Q    -- fair to say it was common to hear curse words

 9        while you were at Fox Lake?

10   A    At -- yeah, at times, it's happened.  Anywhere in

11        life.  You listen to your music, you're going to

12        hear curse words; you watch movies, you know,

13        the -- you're going to hear curse words, you know;

14        you -- you listen to the -- the commander in chief

15        talk sometimes, you're going to hear curse words,

16        you know, that's -- you know.

17   Q    Mr. Cansler, did you, while you were at Fox Lake,

18        use curse words when talking with correctional

19        officers?

20   A    I -- I have -- I have used curse words in times

21        past, but I cannot -- I'm not going to sit here and

22        -- and be -- and say like yeah, I can say with

23        confidence a specific sentence, the specific

24        interaction, the specific -- again, it's -- it's

25        like -- ask me how many times have I said the
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    103

```
 1          throughout my day, I'm not going to be able to
 2          provide you that information or -- you know, the
 3          context in which you said the, because it's -- it's
 4          just -- I'm unable to do that.  I'm sorry.  That's
 5          just not going to happen.  I wish I could.  That
 6          would be amazing, but -- you know.
 7    Q     Do you -- are there any words that you would not
 8          use in prison, specifically at Fox Lake?
 9                    MS. LEFF:  Object to form.
10                    THE WITNESS:
11          Supercalifragilisticexpialidocious, because there's
12          too many syllables involved and I can't think of an
13          appropriate time to use it.
14                    MS. SICKEL:  Sure.
15                    THE WITNESS:  I -- I -- you know.
16    BY MS. SICKEL:
17    Q     And, Mr. Cansler, I specifically mean like curse
18          words; like are there any curse words you consider
19          off limits?
20    A     Well, I can -- there is -- there actually is one
21          that I -- I -- I don't care to indulge with because
22          of -- my reason, and -- and it begins -- it begins
23          with a C and it ends with a T, and I -- and I don't
24          -- and I don't engage in it because I've -- I've
25          been disciplined growing up.  Yeah.  That's --
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              104

```
 1          that's not -- that's -- that's the only one that I
 2          could think of, otherwise I'm -- I -- I don't know.
 3                          And what all constitutes curse words
 4          anymore?  I -- I got -- I have to ask because
 5          there's a conversation that recently occurred about
 6          the use of the word retarded, whether or not that's
 7          now considered a curse word, I don't know how we
 8          categorize that, so I guess I should ask what your
 9          definition of a curse word is.
10   Q   Yeah.  I guess, so, Mr. Cansler, that's a good
11          point.  I'm -- I'm talking about curse words or
12          like inappropriate words, like I'm not sure if --
13          would you call -- would you say that gay is
14          inappropriate or a curse word?
15   A   It depends on the nature of the people's
16          conversation and -- and their relationship with one
17          another and the context, like all other things I --
18          I would say.  And the most things, anyways, in
19          life, there's, you know, the context.
20   Q   So you've heard people at Fox Lake say the word
21          gay?
22   A   Nowhere near as much as I heard Sergeant Melnick
23          use it, the word gay and fag.  You know, it's going
24          to forever be seared in -- you know, into -- into
25          my memory, you know, the -- the -- yeah.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          105

```
 1   Q    Okay.  But you have heard other inmates, maybe

 2        other staff say those words; is that correct?

 3   A    I -- I can't think of any other staff having said

 4        -- calling anyone a fag or a gay or telling anyone

 5        to shove things up their ass or go shower with

 6        other men or talk about the size of their genitalia

 7        or -- or any other manner of things that he did or

 8        -- yeah, no, I cannot recall a single other staff

 9        member having engaged in any of that behavior.

10   Q    Okay.  But can you recall other inmates saying

11        stuff like that?

12   A    Well, again, you asked me if I could recall how

13        many times I've heard the word the used in a

14        sentence throughout the day, and in what context

15        and whom, I -- I'm unable to do that.  That just

16        seems impossible.  I can tell you very generally

17        I'm sure like it was -- it had been done, but I

18        just -- it doesn't stand out.

19                    What stands out is Sergeant Melnick

20        calling Sodemann a fag and calling him gay and

21        talking about the size of his genitalia and then

22        telling him to shower with other men and shove

23        things up his body.

24   Q    Okay.  So you're saying it didn't stand out when

25        inmates would say gay or fag because it's just so
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    106

```
 1        common; is that right?
 2   A    No, I'm not saying it's -- it's --
 3                MS. LEFF:  I'm just going to object as
 4        leading.  And mischaracterizes testimony.
 5                THE WITNESS:  Yeah.  Yeah.  I'm not
 6        saying it was so common.  I'm saying what was
 7        common practice is -- is -- is using my ability to
 8        drown out, allow the stupid on top of dumb that
 9        occurs around me on a -- on a frequent basis, and
10        try to not to be overly involved.  And again, you
11        learn to mind your business, you learn not to look
12        in people's cells, you try to learn not to -- to --
13        what they call air hustle other people's
14        conversations and -- and stuff.
15                But what -- what stands out too is
16        the frequent usage of this terminology, I cannot
17        think of any particular individual who was my peer
18        who has used it anywhere near as much as
19        Sergeant Melnick had used this kind of language.
20        If they had, it's been done, but it's just so
21        glaringly, blatantly, you know, abused, you know,
22        used over the top by Sergeant Melnick.  You know,
23        that -- that's what stands out most.  And most
24        uncomfortably too.
25   BY MS. SICKEL:
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    107

```
 1   Q   Do you use the term gay when speaking to other
 2       people?
 3   A   Yeah, I've used it frequently in the course of this
 4       interview with you, to try to answer your
 5       questions, but it's not a topic that I -- it's --
 6       it's not -- it's nothing that I'm focused on or
 7       fixated on.  It's -- it's not part of my daily, you
 8       know, verbiage, you know, it's just I -- I --
 9   Q   Was it part of your daily verbiage at Fox Lake in
10       2021 and 2022?
11   A   I would not say that at all, no.
12   Q   Okay.  Have you ever called something gay that you
13       thought was annoying or stupid or dumb?
14   A   As in like when you watch like a -- you know,
15       comedies or movies from the '90s, when they -- they
16       use it in that manner and stuff --
17   Q   Yeah.
18   A   -- you know, they -- so it was part of popular
19       culture and everything?  I'm sure I have, you know.
20       I -- I -- I can't say that that did not happen
21       many, many moons ago.
22               But, again, I'm not in a position of
23       authority or power, you know, and -- and at the
24       expense of Wisconsin taxpayer dollars and in charge
25       of the other vulnerable population of peoples in
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    108

```
 1        care, you know.  And that's why we have PREA, you

 2        know, auditing and he have PREA seminaries and we

 3        have it on our tablets and the videos and we sign

 4        these agreements, understanding the dynamics, but

 5        people in positions of authority, they -- they are

 6        held to a higher standard too, it has to be borne

 7        in mind.  And -- and I am aware of that, you know.

 8        I'm -- I'm aware of that, you know, I -- I'm aware

 9        of that --

10   Q    Yeah.

11   A    -- because it -- it made me feel uncomfortable

12        and --

13   Q    Right.

14   A    -- and -- and so -- yeah.

15   Q    And -- yeah.

16                  And, Mr. Cansler, it sounds like

17        this really bothered you; is that right?

18   A    Well, just -- just the -- the -- the whole -- the

19        whole -- hearing it, you know, even if I wasn't on

20        the receiving end, it -- it -- you know, by having

21        to -- to hear these things, and from an individual

22        like this, like if I have a serious problem on the

23        unit with one of my peers or something that's going

24        on, I cannot comfortably or in good conscious

25        approach this person whose care I am in, who's is
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          109

```
 1          in charge of assisting me, you know, with anything,
 2          because I don't trust the professionalism, I
 3          don't -- I don't trust I'll get the -- the --
 4          the -- the necessary treatment or anything, and --
 5          and, yes, it -- it was bothersome to witness that.
 6          And especially when I can accept responsibility for
 7          my actions throughout my life and I've been held
 8          accountable, you know, time and time again, you
 9          know, and to see someone in -- in -- in a position
10          of authority, you know --
11    Q     Yeah.
12    A     -- it's -- it's -- like that, that's -- that --
13          that did bother me, yeah.  I --
14    Q     Okay.  So, Mr. Cansler, did you file an inmate
15          complaint or write an inmate complaint?
16                    MS. LEFF:  Object to form.
17                    THE WITNESS:  Again, I -- I -- go ahead.
18                    MS. STENOGRAPHER:  I'm sorry.
19                    THE WITNESS:  I'm sorry.
20                    MS. LEFF:  Object to form.
21                    MS. STENOGRAPHER:  I'm sorry.  I got the
22          object to form.
23                        Can you -- can you repeat your
24          answer, sir, I'm sorry.
25                    THE WITNESS:  Oh, me?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                        110

```
 1                        No, I -- I -- again, I was concerned
 2         about the retaliation, I was scared about what
 3         would happen.  I -- I was uncomfortable doing it,
 4         you know.
 5    BY MS. SICKEL:
 6    Q    Did you file a PREA report?
 7                   MS. LEFF:  Object to form.
 8                   THE WITNESS:  Are those PREA reports
 9         available to the public; are you able to get copies
10         of the reports if you wanted them?
11                   MS. SICKEL:  Sorry.  Let me --
12    BY MS. SICKEL:
13    Q    Mr. Cansler, my question was, did you file a PREA
14         report?
15    A    Would you be able to --
16                   MS. LEFF:  Object to form.
17                   THE WITNESS:  -- would you be able to
18         obtain the copies if you needed to, the -- the --
19                   MS. SICKEL:  Mr. Cansler --
20                   THE WITNESS:  -- is it available to the
21         public?
22                   MS. SICKEL:  -- so, Mr. Cansler, I'm --
23         I'm asking you a question.
24                   THE WITNESS:  Okay.
25    BY MS. SICKEL:
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    111

```
 1   Q    Did you file a PREA complaint about any of

 2        Sergeant Melnick's actions?

 3   A    I plead the Fifth to that question.  I want to

 4        invoke my constitutional Fifth Amendment right to

 5        not answer that.

 6   Q    Okay.

 7   A    I'm uncomfortable.

 8   Q    Have you ever called somebody gay at Fox Lake?

 9   A    Not that I can recall.

10   Q    Do you see gay as an insult?

11   A    If you're calling a gay person gay or if you want

12        to put down a heterosexual person by attempting to

13        make others think he's gay, I -- I -- I suppose it

14        can be.

15                  It's like when you're -- when you're

16        in your relationship and you tell your spouse,

17        there's a difference between saying I love you and

18        yeah, fine, I love you.  You're saying the same

19        exact words, but what is the context of the

20        interaction, you know.

21   Q    Mr. Cansler, do you know, are there openly gay

22        inmates at Fox Lake, while you were there?

23   A    Yeah, there's transgender --

24                  MS. LEFF:  Object to --

25                  THE WITNESS:  -- individuals.  Oh.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          112

```
 1                    MS. LEFF:  -- foundation.

 2                         I'm sorry, go ahead.

 3                    THE WITNESS:  Yeah, they had -- there was

 4          a transgender population that existed within

 5          Fox Lake, so there's another reason -- thank you

 6          for bringing that up also, because it's important

 7          for people that are in charge of their care to not

 8          engage in those kind of behaviors, which he was

 9          doing, so, I mean, there -- that's a vulnerable

10          inmate population even more so --

11                    MS. SICKEL:  And --

12                    THE WITNESS:  -- you know, having to deal

13          with the stigmas that they have to deal with.

14     BY MS. SICKEL:

15     Q    Mr. Cansler, how many openly gay inmates were at

16          Fox Lake between 2021 and 2022, that you knew of?

17     A    I -- I got to be honest with you, that's not

18          something I kept a tally of.  But I know they were

19          present and I know --

20     Q    Did you know anyone by name?

21     A    I'm trying to figure -- we had a like -- that was a

22          transgender individual, and I'm -- and I'm trying

23          to remember --

24     Q    Do you remember how --

25     A    So he -- he would go and he would see the --
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    113

```
 1                    Huh?
 2   Q    -- do you remember how that inmate was treated?
 3                    MS. LEFF:  Object to form.
 4                    THE WITNESS:  Yeah, I -- I -- I don't --
 5          well, I hope -- I hope that they weren't subjected
 6          to the kind of behavior or commentary that's --
 7          Sergeant Melnick is known to have engaged in.  I
 8          hope that they weren't present at any time.
 9   BY MS. SICKEL:
10   Q    Did you treat any of those openly gay inmates worse
11          because they are gay?
12   A    No.
13                    Again, see, uncomfortable little
14          chuckle because I don't really understand the line
15          of -- of -- of questioning there, about how does
16          that pertain to anything or what is your purpose?
17                    I -- I'm -- I'm going to start just
18          invoking the Fifth Amendment to everything that you
19          ask me, because I'm not really understanding how
20          much -- you know --
21   Q    And so, Mr. --
22   A    -- what else you need from me.
23   Q    Right.
24                    Mr. Cansler, if you don't know, you
25          can say I don't know, right?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              114

```
 1   A    Oh.

 2   Q    So I'm just asking what you know and I'm asking you

 3        to tell the truth.

 4   A    Oh, okay.

 5   Q    So you're legally obligated to tell the truth

 6        today.

 7   A    Yeah.

 8   Q    If you don't, right, that's perjury, so I'm just

 9        asking you to answer the questions I ask, okay?

10   A    Yes, ma'am.

11   Q    Okay.  Do you know how other -- do you know if

12        other inmates treated gay inmates worse because of

13        their sexuality?

14             MS. LEFF:  Object to foundation.

15             THE WITNESS:  I know historically PREA

16        got introduced into all the state institutions

17        because the -- the -- that seemed to have been the

18        trend in these kind of environments, because of the

19        power dynamics, and it was meant to protect these

20        kind of instances and prevent them from happening,

21        and so that's why it is even more egregious that a

22        staff member in a position of authority was engaged

23        in this kind of commentary and behavior, by calling

24        Mr. Sodemann a fag and gay and -- and telling him

25        to shove things up his butt, aggressively patting
```

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 116 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    115

 1   him down, you know.

 2           MS. SICKEL:  Mr. Cansler, that's not

 3   the -- please answer the question I asked.

 4                 Shelly, would you repeat the

 5   question I asked.

 6           MS. STENOGRAPHER:  Sure.  One second.

 7           MS. SICKEL:  Thank you.

 8               (Question was read back.)

 9           MS. LEFF:  Object to foundation.

10           THE WITNESS:  Yeah, I know

11   historically that --

12                 Oh.  Sorry.  Once again, Ms. Leff.

13           MS. LEFF:  Sorry.  Go ahead.

14           MS. SICKEL:  And, sorry, Mr. Cansler,

15   I'll say that is my question, and I want to know if

16   you know that as to Fox Lake in 2021 and 2022.

17           MS. LEFF:  Object to foundation.

18           THE WITNESS:  Yeah, I'm -- I -- because I

19   -- I -- I don't think I'm providing you the

20   response you want, I'm going to invoke my

21   Fifth Amendment right to not answer any further,

22   because I'm becoming confused and uncomfortable.

23           MS. SICKEL:  And, Mr. Cansler, if the --

24   if your answer is you don't know, that's okay, all

25   right?

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                         116

```
 1   BY MS. SICKEL:

 2   Q    So would you ever harass a gay inmate based on

 3        their sexuality?

 4   A    No, I would not.

 5   Q    And at Fox Lake in 2021 and 2022, did you see any

 6        openly gay inmates be harassed?

 7   A    Again, I invoke my constitutionally-protected

 8        Fifth Amendment right to not answer the question

 9        that you've attempted seven different ways to ask

10        me.

11   Q    Would you assault a gay inmate because of their

12        sexuality?

13   A    Again, I almost emitted an uncomfortable chuckle

14        because that's so outrageous -- line of the

15        questioning.

16                     No.  The answer is no.

17   Q    Do you think gay inmates are dangerous at Fox Lake

18        in 2021 and 2022?

19   A    I think staff members that are in authority there

20        making anti -- homophobic and antigay slurs and --

21        and -- and bullying inmates is -- is more dangerous

22        than any other segment of inmate population and

23        more concerning because they're held to higher

24        standards.

25   Q    So is your answer no?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              117

```
 1                    MS. LEFF:  Object to form.
 2                    THE WITNESS:  My answer is I feel that
 3           staff members in positions of authority are far
 4           more dangerous than anything, who are engaged in
 5           these behaviors, you know.
 6                         And what -- what -- what constitutes
 7           a level -- you say more dangerous, I guess I should
 8           ask for clarification, so I -- I can have a better
 9           idea, like well, what -- what -- what do you mean
10           by are gay -- you said are gays individuals more
11           dangerous and --
12                    MS. SICKEL:  Nope.  So, Mr. Cansler, I'll
13           repeat my question.
14      BY MS. SICKEL:
15      Q    I said do you think gay inmates are dangerous at
16           Fox Lake in 2021 and 2022?
17      A    Well, I -- I don't want to categorize or put people
18           into boxes or whatever.  I think just in general,
19           the environment that we are in has a certain amount
20           of tension and dangerous scenarios that can happen
21           no matter their orientation, their color, their
22           class or their creed, you know.  I'm not going to
23           sit here and -- I feel like that would be kind of a
24           discriminatory answer and I don't wish to engage in
25           that kind of practice, ma'am.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          118

```
1   Q   Did you hear Sergeant Melnick make fart jokes?

2   A   Oh, yeah.  That wasn't a -- that was -- yeah.

3       That -- that was minor, you know, compared to

4       everything.  No, he'll fart while you're in the

5       bubble getting request slips or toilet paper.

6   Q   Okay.  Did that make you mad?

7   A   I -- I -- I was not subjected to it, so --

8   Q   Okay.

9                   All right.  You said that you saw

10      Sergeant Melnick make a hand gesture; can you

11      describe what that hand gesture was?

12  A   It looked like this, and he put it below his waist

13      or he'll put in between his -- his legs or he'll,

14      you know, put it off to the side, you know,

15      anywhere and -- you know, and then oh, got you,

16      fag, you know.

17  Q   All right.  What did that --

18  A   And he just --

19                   Huh?

20  Q   -- what did the hand gesture mean?

21  A   I -- that -- I mean, that's a very good question.

22      You should ask your client what the hell he meant.

23      I had no clue.  You know, it's just retarded,

24      that's why I -- I -- I confronted him and I was

25      never subjected to it again.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                119

```
 1   Q    Did it seem immature?

 2   A    Yeah.  Extremely unprofessional also.

 3   Q    Did you see Sergeant Melnick make any other hand

 4        gestures?

 5   A    He flipped people off.

 6   Q    Anything else?

 7   A    I don't -- not that I can recall.  I -- you know.

 8   Q    Did you take any notes on the things that

 9        Sergeant Melnick did?

10   A    What?

11   Q    Did you write anything down about what you observed

12        or what you thought about Sergeant Melnick?

13   A    I invoke my constitutionally-protected

14        Fifth Amendment right to not answer that question.

15   Q    Do you know if other inmates took notes about

16        Sergeant Melnick?

17   A    I invoke my constitutionally-protected Fifth

18        Amendment right to answer that question.

19   Q    Do you know if Colin Habram took notes on

20        Sergeant Melnick?

21   A    I invoke my constitutionally-protected Fifth

22        Amendment right to answer that question.

23   Q    Okay.  Are you worried about -- do you -- I'm

24        sorry.

25                      Mr. Cansler, do you think your
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    120

```
 1        responses are going to like lead to a conduct

 2        report or some sort of violation?

 3   A    I invoke my constitutionally-protected Fifth

 4        Amendment right to answer that question.

 5   Q    Okay.  Did you think Sergeant Melnick would get

 6        written up at some point?

 7   A    Honestly, no, I -- I -- I didn't.  I didn't, you

 8        know.

 9   Q    Why not?

10   A    Because, again, the power dynamics that are just

11        kind of ingrained within this system, the way it

12        operates, they -- they tend to protect their own or

13        move them around to other institutions.  I know --

14   Q    Did you think he would be transferred?

15   A    I -- I --

16              MS. LEFF:  I'm just going to object that

17        you're interrupting the answer.

18              THE WITNESS:  -- I invoke my

19        constitutionally-protected Fifth Amendment right to

20        not answer that question.

21   BY MS. SICKEL:

22   Q    Did you think Sergeant Melnick would lose his job?

23   A    I invoke my constitutionally-protected Fifth

24        Amendment right to answer that question.

25   Q    Mr. Cansler, can you tell me what a conduct report
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                  121

```
 1        is?

 2                    MS. LEFF:  Object to foundation.

 3                    THE WITNESS:  I invoke my

 4        constitutionally-protected right -- Fifth Amendment

 5        right to not answer that question.

 6                    MS. SICKEL:  Okay.  Let's go off the

 7        record for a minute.

 8         (Recess taken from 2:28 p.m. until 2:33 p.m.)

 9                    MS. SICKEL:  All right.  We can go back

10        on the record.

11    BY MS. SICKEL:

12    Q    Right.  So, Mr. Cansler, before we just took a

13        brief break, I was asking you about conduct

14        reports.  I want to ask you about conduct reports,

15        pat searches and cell searches.

16                         Can you tell me what a conduct

17        report is?

18                    MS. LEFF:  Object to foundation.

19                    THE WITNESS:  I invoke my

20        constitutionally-protected Fifth Amendment right

21        not to answer the question.

22    BY MS. SICKEL:

23    Q    Do inmates at Fox Lake, in 2021 and 2022, did they

24        feel that some conduct reports given by security

25        officers were petty?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                         122

```
 1                    MS. LEFF:  Object to foundation.

 2                    THE WITNESS:  I invoke my

 3           constitutionally-protected Fifth Amendment right

 4           not to answer the question.

 5   BY MS. SICKEL:

 6   Q    In your opinion, were all minor conduct reports

 7        petty?

 8   A    I invoke my constitutionally-protected Fifth

 9        Amendment right not to answer that question.

10   Q    Do you know if conduct reports negatively impact an

11        inmate's ability to enroll in programs like ERP or

12        schooling?

13   A    I invoke my constitutionally-protected Fifth

14        Amendment right not to answer that question.

15   Q    Would you be upset if you got a conduct report and

16        it prevented you from getting ERP status?

17   A    I invoke my constitutionally-protected Fifth

18        Amendment right not to answer that question.

19   Q    Do you know if getting a minor conduct report could

20        prevent you going -- from going to a minimum

21        institution?

22   A    I invoke my constitutionally-protected Fifth

23        Amendment right not to answer that question.

24   Q    Do you know if Sergeant Melnick ever wrote petty

25        conduct reports?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    123

```
 1   A    I invoke my constitutionally-protected Fifth
 2        Amendment right not to answer that question.
 3   Q    Did you -- did a CO ever -- excuse me.  Scratch
 4        that.
 5                        While you were at Fox Lake in 2021
 6        and 2022, did a correctional officer ever write you
 7        a petty conduct report?
 8   A    I invoke my constitutionally-protected Fifth
 9        Amendment right not to answer that question.
10   Q    And if you got a petty conduct report, would that
11        have made you mad?
12   A    I invoke my constitutionally-protected Fifth
13        Amendment right not to answer that question.
14   Q    Did you hear other inmates complaining about
15        Sergeant Melnick writing petty conduct reports?
16   A    I invoke my constitutionally-protected Fifth
17        Amendment right not to answer that question.
18   Q    If Sergeant Melnick was writing petty conduct
19        reports, were other -- did you think other inmates
20        would be upset about that?
21   A    I invoke my constitutionally-protected Fifth
22        Amendment right not to answer that question.
23             MS. LEFF:  And I'm also going to assert a
24        foundation objection to that question.
25   BY MS. SICKEL:
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          124

1    Q    Mr. Cansler, do you know what an inmate complaint

2         is?

3    A    I invoke my constitutionally-protected Fifth

4         Amendment right not to answer that question.

5    Q    Did you ever file an inmate complaint about

6         Sergeant Melnick?

7    A    I invoke my constitutionally-protected Fifth

8         Amendment right not to answer that question.

9    Q    Do you know if any other inmates ever wrote a

10        conduct report about Sergeant Melnick?

11   A    I invoke my constitutionally-protected Fifth

12        Amendment right not to answer that question.

13   Q    If you have -- Mr. Cansler, have you ever been pat

14        searched before?

15   A    I invoke my constitutionally-protected Fifth

16        Amendment right not to answer that question.

17   Q    Mr. Cansler, do you know, is there -- is there a

18        typical way that a pat search is conducted?

19   A    I --

20             MS. LEFF:  Object to foundation.

21             THE WITNESS:  -- I invoke my

22        constitutionally-protected Fifth Amendment right

23        not to answer that question.

24   BY MS. SICKEL:

25   Q    Are officers required to check the inside of the

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                     125

```
 1          groin during a pat search?
 2     A    I invoke my constitutionally-protected Fifth
 3          Amendment right not to answer that question.
 4                    MS. LEFF:  And I'm also going to object
 5          a -- assert a foundation objection to that
 6          question.
 7     BY MS. SICKEL:
 8     Q    Mr. Cansler, do you know if officers are supposed
 9          to go up an inmate's groin -- or excuse me, go up
10          an inmate's leg to their groin with a bladed hand
11          during a pat-down search?
12                    MS. LEFF:  Object to form.
13                    THE WITNESS:  I invoke my
14          constitutionally-protected Fifth Amendment right
15          not to answer that question.
16     BY MS. SICKEL:
17     Q    Mr. Cansler, do you know if all officers go all the
18          way up to the groin during a pat search?
19     A    I invoke my constitutionally-protected Fifth
20          Amendment right not to answer that question.
21     Q    Do you know if inmates get upset when some officers
22          do go all the way up to the groin with a bladed
23          hand?
24                    MS. LEFF:  Object to --
25                    THE WITNESS:  I invoke my -- oh.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                126

```
 1                     MS. LEFF:  Go ahead.

 2                     THE WITNESS:  I invoke my

 3         constitutionally-protected Fifth Amendment right

 4         not to answer that question.

 5                     MS. STENOGRAPHER:  I'm sorry, what was

 6         the objection?

 7                     MS. LEFF:  Foundation.

 8                     MS. STENOGRAPHER:  Thank you.

 9    BY MS. SICKEL:

10    Q    Has an officer accidentally -- excuse me.

11                     Has an officer at Fox Lake ever

12         accidentally touched or grazed your genitals when

13         conducting a pat search?

14                     MS. LEFF:  Object to foundation.

15                     THE WITNESS:  I invoke my

16         constitutionally-protected Fifth Amendment right to

17         not answer that question.

18    BY MS. SICKEL:

19    Q    Have you ever been pat searched by

20         Sergeant Melnick?

21    A    I invoke my Fifth Amendment right not to answer

22         that question.

23    Q    Did you ever see Sergeant Melnick conduct a

24         pat-down search of Mr. Sodemann?

25    A    Yeah, very inappropriately and aggressively so, and
```

```
 1          after a string of inappropriate, unprofessional

 2          commentary and harassment that was taking place

 3          previously, so it was just an escalation of the

 4          harassment that he was dealing with.  Yes, I did

 5          witness that.

 6   Q    When did this happen?

 7   A    As of -- I answered you earlier in the beginning of

 8          this interview, it was towards the end of summer,

 9          beginning of autumnish, around that time period,

10          after multiple seasons of -- of consistent

11          escalating sexual harassment and commentary by an

12          officer.

13   Q    And can you tell me what you saw Sergeant Melnick

14          do?

15   A    You can review the camera footage.

16                       I invoke my Fifth Amendment right

17          not to answer the question.

18   Q    Did you see Sergeant Melnick touch Mr. Sodemann?

19                  MS. LEFF:  Objection.  Asked and

20          answered.

21                  THE WITNESS:  I invoke my

22          constitutionally-protected Fifth Amendment right

23          not to answer that question.

24   BY MS. SICKEL:

25   Q    Can you describe what you saw?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    128

```
 1   A    I invoke my constitutionally-protected Fifth

 2        Amendment right not to answer that question.

 3   Q    Did you see Sergeant Melnick conduct a pat-down

 4        search on Mr. Sodemann more than once?

 5   A    I invoke my constitutionally-protected Fifth

 6        Amendment right not to answer that question.

 7   Q    So you -- okay.  Have you ever had your room

 8        searched before?

 9   A    I invoke my constitutionally-protected Fifth

10        Amendment right not to answer that question.

11   Q    Are you present when your room is searched?

12   A    I invoke my constitutionally-protected Fifth

13        Amendment right not to answer that question.

14   Q    Is your room always left exactly how it was before

15        the search?

16   A    No.

17   Q    Okay.  How is it typically left?

18   A    I invoke my constitutionally-protected Fifth

19        Amendment right not to answer that question.

20   Q    Do -- have you ever gotten upset after your cell

21        has been searched?

22   A    I invoke my constitutionally-protected Fifth

23        Amendment right not to answer that question.

24   Q    Do you know if other inmates have ever gotten upset

25        after their room has been searched?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    129

```
 1   A    I invoke my constitutionally-protected Fifth

 2        Amendment right not to answer that question.

 3   Q    Do inmates complain when their room is searched?

 4              MS. LEFF:  I'm going to object to

 5        foundation.

 6              THE WITNESS:  I invoke my

 7        constitutionally-protected Fifth Amendment right

 8        not to answer that question.

 9   BY MS. SICKEL:

10   Q    Mr. Cansler, I want to turn back to the declaration

11        that you signed in support of Mr. Sodemann's legal

12        case.  There's a number of quotations in the

13        declaration.

14                   Do you remember reviewing it?

15   A    I invoke my --

16              MS. LEFF:  Object to form.

17              THE WITNESS:  Go ahead.

18              MS. LEFF:  So it was objection to form.

19                   Go ahead.

20              THE WITNESS:  Oh.  I invoke my

21        constitutionally-protected Fifth Amendment right

22        not to answer the question.

23              MS. SICKEL:  Okay.

24   BY MS. SICKEL:

25   Q    Mr. Cansler, it was your -- ope.  Sorry.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    130

```
 1                        Okay.  Mr. Cansler, it was your
 2          testimony in your declaration that you saw Melnick
 3          say to Sodemann that he was not worried about
 4          his -- excuse me, quote, his little ass, and that
 5          he would, quote, kick the shit out of him, end
 6          quote.
 7                        Is that correct?
 8     A    Yeah, very -- yeah.  Very disturbing behavior,
 9          isn't it?
10     Q    When did that happen?
11     A    Everything that's in that declaration, and -- and
12          I'm sure there's other stuff that -- that was left
13          out, forgotten, anonymous, but I stand by it.
14                        And any further answer, I invoke my
15          Fifth Amendment right not to answer any further.
16     BY MS. SICKEL:
17     Q    So, Mr. Cansler, do you remember when
18          Sergeant Melnick made these statements to
19          Mr. Sodemann, about not being worried about his
20          little ass and kicking the shit out of him?
21     A    I invoke my constitutionally-protected right not to
22          answer that question --
23     Q    Do you --
24     A    -- Fifth Amendment right.
25     Q    -- do you remember where you were when you
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                131

```
 1        overheard this?

 2   A    I invoke my constitutionally-protected Fifth

 3        Amendment right not to answer that question.

 4   Q    Do you remember where either Mr. Sodemann --

 5        Sodemann or Sergeant Melnick were when this

 6        happened?

 7   A    Is his name -- is it Sodemann or Sodemann?

 8   Q    I'm sorry, I'm the worst at this.  It is Sodemann,

 9        and I am --

10   A    Okay.

11   Q    -- doing my best to remember and likely just making

12        the transcript more confusing.

13   A    Yeah, because it almost sounds like you keep saying

14        sodomy the whole course of this interview, and I

15        don't know if that was appropriate, just to let you

16        know.  I just wanted to point that out.  I was

17        getting a little uncomfortable.

18                 But I invoke my Fifth Amendment

19        right not to answer that question.

20   Q    Thank you, Mr. Cansler.

21                 As far as -- your testimony is that

22        you witnessed Melnick say Sodemann is a bitch who

23        likes it up -- likes it up the ass; do you remember

24        that happening?

25   A    If it's in that declaration, it happened.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                    132

```
 1                      And I invoke my

 2        constitutionally-protected Fifth Amendment right to

 3        answer any further.

 4   Q    When did that happen?

 5   A    I invoke my constitutionally-protected Fifth

 6        Amendment right not to answer that question.

 7   Q    Do you remember where you were when you overheard

 8        this?

 9   A    I invoke my constitutionally-protected Fifth

10        Amendment right not to answer that question.

11   Q    Do you remember where Jason or Melnick were?

12   A    I invoke my constitutionally-protected Fifth

13        Amendment right not to answer that question.

14   Q    Do you remember who else was around?

15   A    I invoke my constitutionally-protected Fifth

16        Amendment right not to answer that question.

17   Q    Do you remember why this sticks out to you?

18   A    I invoke my --

19                 MS. LEFF:  Object to form.

20                 THE WITNESS:  -- I invoke my

21        constitutionally-protected Fifth Amendment right

22        not to answer that question.

23   BY MS. SICKEL:

24   Q    So at Paragraph 10, it's your testimony that

25        Melnick, on at least one occasion, stated Sodemann
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                                133

```
 1          gave Habram herpes.

 2                      Do you have an independent memory of

 3          that?

 4    A     I invoke my constitutionally-protected Fifth

 5          Amendment right not to answer that question.

 6    Q     Do you remember when that statement happened?

 7    A     I invoke my constitutionally-protected Fifth

 8          Amendment right not to answer that question.

 9    Q     Do you remember if Colin Habram was there?

10    A     I invoke my constitutionally-protected Fifth

11          Amendment right not to answer that question.

12    Q     Do you remember if -- or, excuse me, do you

13          remember where Sodemann and Melnick were?

14    A     I invoke my constitutionally-protected Fifth

15          Amendment right not to answer that question.

16    Q     Your testimony in this declaration is that Sodemann

17          got very angry; do you remember that?

18    A     I invoke my constitutionally-protected Fifth

19          Amendment right not to answer that question.

20    Q     At Paragraph 11, your testimony is that Melnick

21          said to Habram and Sodemann that they should,

22          quote, take a late night shower together because

23          they're gay anyways, end quote.

24                      Do you remember that -- hearing that

25          statement?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    134

```
 1   A    I invoke my constitutionally-protected Fifth

 2        Amendment right not to answer that question.

 3   Q    Do you remember when that statement was made?

 4   A    I invoke my constitutionally-protected Fifth

 5        Amendment right not to answer that question.

 6   Q    Do you remember where Sodemann and Melnick were

 7        when that statement was made?

 8   A    I invoke my constitutionally-protected Fifth

 9        Amendment right not to answer that question.

10   Q    Do you remember if anyone else was around?

11   A    I invoke my constitutionally-protected Fifth

12        Amendment right not to answer that question.

13   Q    At Paragraph 13, your testimony is that you

14        witnessed Melnick say to Sodemann that he, quote,

15        has a boy's penis, end quote, and that he -- excuse

16        me, and that, quote, he's in to men, end quote.

17                  Do you remember hearing those

18        statements?

19   A    Very inappropriate.

20                  But I invoke my

21        constitutionally-protected Fifth Amendment right

22        not to answer that question any further.

23   Q    And then same questions about -- as to where, do

24        you remember where you were, where Sodemann was,

25        where Melnick was?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                135

```
 1  A    I invoke my constitutionally-protected Fifth

 2       Amendment right not to answer that question.

 3  Q    And do you have any memory of when these statements

 4       would have been made?

 5  A    I invoke my constitutionally-protected Fifth

 6       Amendment right not to answer that question.

 7  Q    In the same paragraph, you said that you also heard

 8       Melnick say to Sodemann that he was going to,

 9       quote, fuck his mother, end quote, or, quote, fuck

10       his sister, end quote.

11                  Do you remember hearing those

12       statements?

13  A    I invoke my constitutionally-protected Fifth

14       Amendment right not to answer that question.

15  Q    Do you remember when those statements were made?

16  A    I invoke my constitutionally-protected Fifth

17       Amendment right not to answer that question.

18  Q    Do you remember where you were, where Sodemann --

19       where -- sorry.  -- where Sodemann and where

20       Melnick were when those statements were made?

21  A    I invoke my constitutionally-protected Fifth

22       Amendment right not to answer that question.

23  Q    At Paragraph 14, you said that you witnessed

24       Sergeant Melnick say things to Sodemann like,

25       quote, cheek his pills so he can shove them up his
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              136

```
 1        ass, end quote.

 2                        Do you remember hearing that

 3        statement?

 4   A    I invoke my constitutionally-protected Fifth

 5        Amendment right not to answer that question.

 6   Q    Do you remember when that statement was made?

 7   A    I invoke my constitutionally-protected Fifth

 8        Amendment right not to answer that question.

 9   Q    Do you remember where you were, where Sodemann was,

10        where Melnick was?

11   A    I invoke my constitutionally-protected Fifth

12        Amendment right not to answer that question.

13   Q    Okay.  At Paragraph 18, it's your testimony that

14        Sodemann almost seemed like a scared dog who had

15        been kicked and abused every time Melnick was

16        working; is that correct?

17   A    I invoke my -- it is correct.

18                        And I invoke my constitutionally --

19        Fifth Amendment right not to answer that question

20        any further.

21   Q    Do you remember when that happened?

22   A    I invoke my constitutionally-protected Fifth

23        Amendment right not to answer that question.

24   Q    Do you remember what Sodemann was doing that gave

25        you that impression?
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                               137

```
 1   A   I invoke my constitutionally-protected Fifth
 2       Amendment right not to answer that question.
 3   Q   Do you remember ever talking to him about your
 4       impression?
 5   A   I invoke my constitutionally-protected Fifth
 6       Amendment right not to answer that question.
 7   Q   At Paragraph 19, your testimony is that around
 8       September of 2021, you witnessed Melnick conduct a
 9       pat-down search on Sodemann that seemed over the
10       top and aggressive.
11                    Do you remember, is this the same
12       pat-down search that you had previously talked
13       about?
14   A   I invoke my Fifth Amendment right not to answer
15       that question.
16   Q   Okay.  Do you remember if you saw Sergeant Melnick
17       giggle?
18   A   I invoke my constitutionally-protected Fifth
19       Amendment right to not answer that question.
20   Q   Okay.  Mr. Cansler, what's the basis of -- excuse
21       me.
22                    What's the basis of your current
23       incarceration?
24   A   I invoke my constitutionally-protected Fifth
25       Amendment right not to answer that question.
```

1  Q   Mr. Cansler, do you think Fox Lake was dangerous in

2      2021 and 2022?

3  A   I invoke my constitutionally-protected Fifth

4      Amendment right not to answer that question.

5  Q   Were you worried about being assaulted at Fox Lake

6      in 2021 and 2022?

7  A   I invoke my constitutionally-protected Fifth

8      Amendment right not to answer that question.

9  Q   Were you worried about being sexually assaulted at

10      Fox Lake in 2021 and 2022?

11  A   I invoke my constitutionally-protected Fifth

12      Amendment right not to answer that question.

13  Q   Did you harass Sodemann in 2021 and 2022?

14  A   I invoke my constitutionally -- no.  No, I didn't.

15  Q   Did you ever call him gay?

16  A   No, I didn't.

17  Q   Did you ever try to intimidate him?

18  A   Again, another uncomfortable, ridiculous emission

19      of some laughter there because no, that did not

20      happen.

21  Q   Did you ever physically assault him?

22  A   No.

23  Q   Did you ever sexually assault him?

24  A   Hey, how much longer is this going on?

25  Q   Not longer, but can you answer the question.

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          139

```
 1   A    Yeah.

 2                        Emphatically no.

 3   Q    Okay.

 4   A    Am I able to just invoke my

 5        constitutionally-protected Fifth Amendment right

 6        for all future questions that you're thinking of

 7        asking?

 8   Q    I'll -- I'll still have to answer the -- excuse me,

 9        ask the questions for the record.

10   A    All right.

11   Q    Did you ever tell Mr. Sodemann that he was going to

12        get fucked?

13   A    I -- I invoke my constitutionally-protected Fifth

14        Amendment right not to answer that question.

15   Q    Did you hear any other inmates tell him that he was

16        going to get fucked?

17   A    I invoke my constitutionally-protected Fifth

18        Amendment right not to answer that question.

19   Q    Okay.  Have you been convicted of fraud?

20   A    I invoke my constitutionally-protected Fifth

21        Amendment right not to answer that question.

22   Q    Have you been convicted of forgery?

23   A    I invoke my constitutionally-protected Fifth

24        Amendment right not to answer that question.

25   Q    Have you been convicted of perjury or any other
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              140

```
 1            crime involving untruthfulness or dishonesty?

 2    A    I invoke my constitutionally-protected Fifth

 3            Amendment right not to answer that question.

 4    Q    Have you ever received a conduct report for lying?

 5    A    I invoke my constitutionally-protected Fifth

 6            Amendment right not to answer that question.

 7    Q    Have you ever lied to get what you want?

 8    A    I invoke my --

 9                    MS. LEFF:  Object to foundation.

10                    THE WITNESS:  Good?  All right.

11                        I invoke my

12            constitutionally-protected Fifth Amendment right

13            not to answer that question.

14    BY MS. SICKEL:

15    Q    Have you filed a lawsuit while you've been

16            incarcerated?

17    A    I invoke my constitutionally-protected Fifth

18            Amendment right not to answer that question.

19    Q    Have you ever testified in court?

20    A    I invoke my constitutionally-protected Fifth

21            Amendment right not to answer that question.

22    Q    Have you provided a declaration or a sworn

23            statement besides the one we've discussed today?

24    A    I invoke my constitutionally-protected Fifth

25            Amendment right not to answer that question.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                                      141

```
 1                    MS. SICKEL:  I don't have any other
 2          questions at the moment.
 3                    MS. LEFF:  Okay.  Mr. Cansler, I have
 4          just a few questions.
 5                        E X A M I N A T I O N
 6     BY MS. LEFF:
 7     Q    I can't -- I can't remember if I introduced myself.
 8          I'm Alison Leff.  I represent Jason Sodemann in
 9          this lawsuit, and I just have a -- a few questions
10          just to clear up some things we talked about
11          earlier today; is that all right?
12     A    Yes, ma'am.
13     Q    Okay.  I wanted to ask you, you testified earlier
14          about your cellmate, Squatch; is that how you
15          pronounce that?  Squatch?
16     A    Yeah, Squatch.  Like Sasquatch.
17     Q    Okay.  And you said he was 6'3", a big man, and
18          that -- he was able to shut down Melnick; do you
19          recall testifying to that?
20     A    Yes.
21     Q    I'm wondering from what you observed, did you
22          notice that Melnick targeted prisoners with any
23          particular physical characteristics?
24                    MS. SICKEL:  Objection.  Form.
25                    THE WITNESS:  Well -- well, it -- it
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                              142

```
 1          seems -- it would seem like people of smaller

 2          stature or who may be perceived as a little bit

 3          more vulnerable in appearance, unfortunately.

 4     BY MS. LEFF:

 5     Q    Did you notice Sergeant Melnick targeting prisoners

 6          who were racial or ethnic minorities?

 7                    MS. SICKEL:  Objection.  Form.

 8                    THE WITNESS:  It didn't seem as if he

 9          discriminated.

10     BY MS. LEFF:

11     Q    It didn't seem as if he discriminated based on race

12          or ethnicity; is that what you're saying?

13     A    Yeah, no.  Just -- no.

14     Q    You also testified earlier about an incident at

15          Fox Lake where a correctional officer took some

16          inmates into the basement and forced sexual acts on

17          them; do you remember that testimony?

18     A    Yes.

19     Q    Did that occur before, after or during the time

20          that you observed Melnick engaging in pervasive

21          sexual harassment against Mr. Sodemann?

22                    MS. SICKEL:  Objection.  Form.

23                    THE WITNESS:  This had happened before

24          these incidences occurred, but you could imagine

25          that being such a -- a significant development and
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    143

```
 1            -- and it still kind of being fresh, even within a
 2            -- you know, a couple few years, you know, so that
 3            -- that was still kind of a topic of discussion.
 4            And many people were still present who were around
 5            when that took place in that institution.
 6  BY MS. LEFF:
 7  Q    Do you know which year the incident occurred where
 8       the correctional officer took inmates at Fox Lake
 9       into the basement and forced sexual acts on them?
10                  MS. SICKEL:  Objection.  Form.
11       Objection.  Foundation.
12                  THE WITNESS:  I cannot provide you the --
13       the year, no.  I'm sorry.
14  BY MS. LEFF:
15  Q    I want to ask you a follow-up question about the
16       hand signal that we talked about earlier that you
17       saw Mr. Melnick give.  We don't have video of your
18       deposition testimony today, so I want to make sure
19       that we make a record, a written record, of what
20       you're signaling.
21                  Is it fair to describe the hand
22       signal as an okay sign, with the middle, index and
23       pinkie fingers pointed downward?
24  A    Yes, downwards or downwards to the side.  Yeah.
25       Whether outside or to the inside, but yeah, always
```

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 145 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    144

```
 1        like that, as if you're -- you're rotating your --

 2        your pointing finger and your thumb around some

 3        cylinder-shaped object, so -- yeah.  But it was

 4        always downwards and just kind of -- wherever his

 5        hand placement at that particular moment was at,

 6        which was anywhere beneath his waist.

 7   Q    And was it your understanding that that hand signal

 8        had a sexual connotation?

 9                  MS. SICKEL:  Object to form.

10                  THE WITNESS:  Well -- well -- well, I --

11        I still don't fully grasp its meaning, but I do

12        understand that it was always below his waist, on

13        his thigh, inside his thigh, on his crotch, on the

14        other side of his nondominant hand -- leg, you

15        know, so it would -- and it was always beneath his

16        waist area, and not far from the genitals either,

17        you know.

18   BY MS. LEFF:

19   Q    I want to show you a copy of the declaration that

20        you signed in this case and just ask you to

21        authenticate it for us.

22                  So I'm going to show you a document

23        that we will mark as Plaintiff's Exhibit 10.  And

24        for the record, this is a three-page document, with

25        Bates label beginning P26 and ending with P28.
```

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                             145

```
 1                    (Exhibit 10 marked for identification.)

 2   BY MS. LEFF:

 3   Q    Mr. Cansler, are you able to see the document on

 4        your screen?

 5   A    Yes, I am.

 6   Q    Okay.  And I'm just going to show you all three

 7        pages, and then once you've seen all three pages,

 8        I'll ask you a couple questions.

 9                    Were you able to see all three

10        pages?

11   A    Yes, ma'am.  Yeah.

12   Q    Do you recognize this document?

13   A    Yeah.  That's my chicken scratch on the bottom.

14   Q    Looking at page 3, on the line above where it says

15        James Cansler, and then it says signed, do you

16        recognize your signature?

17   A    Absolutely.

18   Q    And is that your handwriting with the date?

19   A    It is.

20   Q    And do you recognize this as an accurate and fair

21        copy of the declaration that you signed in this

22        case?

23   A    Can you go to page 2.

24                    Yeah, that's the one that I signed.

25   Q    Okay.  Is there anything that's contained in this
```

1          declaration that is untrue?

2    A    Nothing.

3    Q    Is there anything in this declaration that you

4         would want to change or modify in any way?

5    A    No.

6    Q    Do you stand by all the statements that you made in

7         this declaration?

8    A    Every single one.

9    Q    We can set that document aside.

10                   Mr. Cansler, did you ever hear that

11        there was an internal investigation into

12        Sergeant Melnick that was conducted at the prison?

13   A    I was already off of the unit and -- you know, we

14        have a thing that some people call inmate.com or

15        inmate.dump, so you never know really how much

16        credence to give it.

17   Q    I'm wondering if you were ever asked to participate

18        in the internal investigation into

19        Sergeant Melnick?

20   A    I wasn't approached.

21   Q    Okay.  Nobody at the prison asked you to give a

22        statement; is that right?

23   A    Yeah, no.

24                   MS. LEFF:  Those are all the questions

25        that I have.

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          147

```
 1              MS. SICKEL:  I'm going to ask just a
 2         couple follow-up questions.
 3                    E X A M I N A T I O N
 4    BY MS. SICKEL:
 5    Q    Mr. Cansler, referring to the declaration statement
 6         that Attorney Leff showed you, do you remember any
 7         dates associated with the quotations that are
 8         listed in your declaration that haven't otherwise
 9         been stated in your declaration?
10    A    I invoke my constitutionally-protected Fifth
11         Amendment right not to answer that question.
12    Q    So at this point, you don't remember when those
13         statements were made; is that correct?
14    A    I invoke my constitutionally-protected Fifth
15         Amendment right not to answer that question.
16    Q    Okay.  And do you remember who was around during
17         those statements or -- or any other context with
18         those statements?
19    A    I invoke my constitutionally-protected Fifth
20         Amendment right not to answer that question.
21    Q    So all of your memories related to your declaration
22         are stated in your declaration and you don't have
23         any other memories about those incidents; is that
24         correct?
25              MS. LEFF:  Object to -- I'm going to
```

1          object to form.  Mischaracterizes the testimony.

2                    THE WITNESS:  I invoke my

3          constitutionally-protected Fifth Amendment right

4          not to answer that question.

5     BY MS. SICKEL:

6     Q    Do you have memories about these conversations that

7          go beyond what you have said in your declaration?

8     A    I invoke my constitutionally-protected Fifth

9          Amendment right not to answer that question.

10                    MS. SICKEL:  Okay.  I have no further

11         questions.  Thank you.

12                    THE WITNESS:  You're welcome.

13                    MS. LEFF:  I don't have anything based on

14         that.

15                    MS. SICKEL:  Okay.

16                    MS. LEFF:  Let's go off the record.

17                    MS. STENOGRAPHER:  For counsel, do you

18         guys need these transcripts from today; are you

19         ordering?

20                    MS. SICKEL:  Yes, I will be.

21                    MS. LEFF:  Okay.  We'll take a copy then.

22               (Deposition concluded at 3:05 p.m.)

23                    (Original exhibit attached to the

24         original transcript; copies provided to attorneys

25         ordering exhibit copies.)

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                          149

```
 1        STATE OF WISCONSIN )
                            ) SS:
 2        DANE COUNTY        )

 3

 4                  I, Shelly Loniello, Registered

 5        Professional Reporter and Notary Public in and for

 6        the State of Wisconsin, do hereby certify that the

 7        preceding deposition was recorded by me and reduced

 8        to writing under my personal direction.

 9                  I further certify that said

10        deposition was taken remotely, with all parties

11        appearing by videoconference, on the 4th day of

12        February, 2026, commencing at 12:17 p.m.

13                  I further certify that I am not a

14        relative or employee or attorney or counsel of any

15        of the parties, or a relative or employee of such

16        attorney or counsel, or financially interested,

17        directly or indirectly, in this action.

18                  In witness whereof, I have hereunto

19        set my hand and affixed my seal of office on this

20        20th day of February, 2026.

21

22                  _____
                    SHELLY LONIELLO, RPR
23                  Notary Public

24

25   My commission expires July 01, 2029.
```

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 151 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: 10..Amendment

### Exhibits

**2.4.26 Cansler Exhibit 10** 3:0
144:23 145:1

---

### 1

**10** 18:15 19:10 91:2,3 132:24
144:23 145:1
**11** 133:20
**12** 92:5
**127** 83:9
**13** 134:13
**14** 135:23
**15** 25:11
**18** 136:13
**19** 137:7

---

### 2

**2** 18:14,15 19:10 145:23
**2019** 18:3
**2021** 59:17 66:12,23 107:10
112:16 115:16 116:5,18 117:16
121:23 123:5 137:8 138:2,6,10,13
**2022** 59:17 107:10 112:16 115:16
116:5,18 117:16 121:23 123:6
138:2,6,10,13
**2023** 17:24 18:4
**2024** 24:18
**2026** 83:24
**22-CV-374** 4:11
**250** 69:1
**2:28** 121:8
**2:33** 121:8

---

### 3

**3** 145:14
**3-** 68:25 69:1
**3:05** 148:22

---

### 4

**4** 18:13 19:10

---

### 5

**5** 18:11,12,13 19:10 22:17 23:23
35:13 38:18
**5'11"** 69:11
**5'12"** 69:10

---

### 6

**6'1"ish** 68:8
**6'2"** 68:8,9
**6'3"** 67:20,21 141:17
**6-foot** 68:8

---

### 9

**9** 18:11 19:10
**90s** 107:15

---

### A

**A-N** 4:17
**ability** 106:7 122:11
**abouts** 25:15
**Absolutely** 145:17
**abuse** 13:1 51:20,21
**abused** 106:21 136:15
**accelerate** 91:14
**accept** 109:6
**acceptable** 53:20 72:3
**access** 26:5
**accidentally** 126:10,12
**accountable** 20:2 28:7,9 81:14
109:8
**accurate** 27:17 48:15 97:22
145:20

**action** 90:23 100:6
**actions** 109:7 111:2
**activities** 96:17
**activity** 91:13
**acts** 81:13 142:16 143:9
**add** 69:12
**addition** 87:6
**adequate** 74:15
**adjust** 16:17 18:21
**admin** 64:19
**admit** 60:25 65:17
**admitted** 84:19
**advanced** 83:14
**advantage** 27:4
**advice** 12:18
**advocate** 27:1 28:1 88:4 90:22
**affidavit** 8:24 9:1
**affirmative** 32:11
**afraid** 86:24
**afternoon** 4:7
**age** 52:6
**agenda** 43:9
**aggressive** 15:6 71:21 137:10
**aggressively** 114:25 126:25
**agreements** 61:15 108:4
**ahead** 12:15 28:24 48:20 55:23
56:21 65:9 90:9 100:18 101:6
109:17 112:2 115:13 126:1
129:17,19
**air** 106:13
**Alison** 141:8
**alleged** 84:18,23
**allowed** 82:7
**allowing** 16:6
**amazing** 103:6
**ambulances** 32:19
**Amendment** 6:10,12 30:9,15,21
31:1,9 111:4 113:18 115:21 116:8
119:14,18,22 120:4,19,24 121:4,

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: amount..blank

20 122:3,9,14,18,23 123:2,9,13,
17,22 124:4,8,12,16,22 125:3,14,
20 126:3,16,21 127:16,22 128:2,
6,10,13,19,23 129:2,7,21 130:15,
24 131:3,18 132:2,6,10,13,16,21
133:5,8,11,15,19 134:2,5,9,12,21
135:2,6,14,17,22 136:5,8,12,19,
23 137:2,6,14,19,25 138:4,8,12
139:5,14,18,21,24 140:3,6,12,18,
21,25 147:11,15,20 148:3,9

**amount** 26:11 60:8 61:4 71:23
88:6 117:19

**ands** 85:1

**angry** 50:2 133:17

**annoying** 107:13

**anonymous** 130:13

**answering** 5:5 6:10 26:12 60:18
61:19 62:16 98:25

**answers** 7:5

**antagonistic** 21:18 22:23 23:6

**Anthony** 59:3,20

**anti** 116:20

**antics** 91:13

**antigay** 116:20

**anxiety** 26:11

**anybody's** 83:23

**anymore** 43:15 104:4

**anyone's** 39:3

**anytime** 62:12

**apparently** 97:13

**appearance** 142:3

**apply** 30:17

**appointments** 62:9

**approach** 108:25

**approached** 146:20

**area** 144:16

**areas** 101:18

**arrive** 17:23

**ass** 82:13 86:2 105:5 130:4,20
131:23 136:1

**assault** 33:12 116:11 138:21,23

**assaulted** 138:5,9

**assert** 6:12 123:23 125:5

**asserted** 92:23

**asserting** 31:8

**assertive** 67:22 77:3

**assist** 97:14

**assistance** 21:19 97:12

**assisting** 109:1

**assuming** 95:8

**assure** 93:3

**astonish** 93:18

**atmosphere** 50:1,7 81:16
101:25

**attached** 89:22 148:23

**attempt** 88:14

**attempted** 34:3 116:9

**attempting** 111:12

**attention** 77:16 78:14 88:5

**attitudes** 40:20

**attorney** 4:8 5:6,7,23 11:18 12:3
24:12,15 29:21 30:4 147:6

**attorneys** 148:24

**auditing** 108:2

**August** 17:24 18:4

**authenticate** 144:21

**authority** 13:1 20:1 21:17 28:8
41:1 45:1 51:9,20 53:5,22 69:17,
21 78:2 79:23 98:2 107:23 108:5
109:10 114:22 116:19 117:3

**autumnish** 127:9

**avoiding** 86:22

**aware** 33:12,13,14 87:19 88:15,
19 108:7,8

───────────────

**B**

**back** 10:17 11:7,12 13:6,8 18:12,
13 23:22 29:20 42:9 45:4 46:23
47:24 57:5 64:20 115:8 121:9
129:10

**background** 14:15 56:18

**backing** 94:7

**bad** 20:15 21:21 38:6 60:12 61:2
95:1

**badge** 69:18

**bags** 72:10 73:6

**bald** 59:24 60:1

**ball** 53:4

**banality** 101:22

**barber** 65:11,14

**base** 65:24

**based** 8:8 12:12 19:9 22:18
116:2 142:11 148:13

**basement** 81:13 142:16 143:9

**basis** 106:9 137:20,22

**Bates** 56:6 57:25 144:25

**bear** 67:21

**Becker** 70:9

**began** 64:18

**beginning** 91:10,18 127:7,9
144:25

**begins** 103:22

**behalf** 24:19 26:8 31:25 32:2

**behavior** 53:17 72:25 76:18 98:3
105:9 113:6 114:23 130:8

**behaviors** 34:23 39:5,23 44:21
53:6,22 77:25 112:8 117:5

**believed** 86:10

**bell** 64:22

**bells** 59:2

**beneath** 144:6,15

**big** 32:23 67:21 68:6 141:17

**bigger** 67:5 68:13 69:6

**biggest** 71:1

**bills** 34:1 93:23

**bit** 13:2 44:22 66:3 74:25 75:1
77:14 78:13,14 94:19 142:2

**bitch** 83:1 101:2 131:22

**bladed** 125:10,22

**blank** 8:1

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026

Index: blatantly..class

**blatantly** 82:20 106:21

**block** 71:1

**blowback** 27:7

**board** 21:16

**body** 52:2 68:10 105:23

**bogged** 14:11

**boiled** 34:15

**bond** 55:12

**book** 36:17

**boot** 41:2 51:10

**borne** 108:6

**bother** 109:13

**bothered** 41:10 108:17

**bothersome** 109:5

**bottom** 145:13

**boundaries** 45:18 76:25

**boxes** 117:18

**boy's** 134:15

**brave** 26:25

**bravery** 85:23

**break** 121:13

**breakfast** 102:4

**bring** 7:20 88:4

**bringing** 112:6

**broke** 13:6,8

**bubble** 118:5

**building** 35:20

**bulk** 68:4

**bullies** 76:18

**bully** 76:18

**bullying** 116:21

**bunch** 18:7

**business** 24:3 43:10 46:25 62:22 75:15 76:12 83:23,24 106:11

**busy** 71:13,15

**buts** 85:2

**butt** 114:25

**butter** 46:21

**butterfly** 70:17

---

**C**

---

**call** 10:4 20:15 25:4,9 39:1 50:18 82:1,10 87:4 90:10,13 104:13 106:13 138:15 146:14

**called** 4:2 36:12 67:4 70:15 81:24,25 82:11 83:1 107:12 111:8

**calling** 85:25 87:3,6,10 105:4,20 111:11 114:23

**calm** 20:18

**camel's** 13:6,8

**camera** 69:20 127:15

**Cansler** 4:2,7,15,18 5:19,22 6:17,23 7:4 12:15 15:13 16:3 17:20 19:9 21:3 22:10,13 23:2,8 28:15 29:15 30:17 31:6,15 32:13 33:11,17 35:1 37:13 48:1,20 53:25 54:16 56:20,22 57:21 58:15 59:12 62:8,21 64:14 66:12 68:6 69:6,25 72:7 74:10 75:6 77:1 78:22 79:5 80:4 81:22 82:4,5 83:19 84:16 85:3 88:19 89:3 90:2 97:21 99:11 102:17 103:17 104:10 108:16 109:14 110:13,19, 22 111:21 112:15 113:24 115:2, 14,23 117:12 119:25 120:25 121:12 124:1,13,17 125:8,17 129:10,25 130:1,17 131:20 137:20 138:1 141:3 145:3,15 146:10 147:5

**Cansler's** 31:4

**card** 72:23

**cards** 72:9,12,18,19,21

**care** 34:2 35:11 37:21,22 42:20 53:23 63:4 72:5 77:23 82:23 87:2 92:19 93:24 98:16 103:21 108:1, 25 112:7

**cared** 60:4 65:17

**carny** 68:18

**case** 4:10,11 8:14,25 11:3 12:25 24:2,6,9,14,15,16 30:6,18 129:12 144:20 145:22

**Casey** 55:6

**cast** 35:20

**cat** 4:17

**categorize** 104:8 117:17

**category** 53:21

**caught** 41:9

**cell** 65:21 68:1 74:8 121:15 128:20

**cellies** 66:17,19

**cellmate** 58:16 66:12 141:14

**cellmates** 67:15

**cells** 18:8,19 106:12

**celly** 58:19,22 67:4,6,11,20 68:4 79:11

**certified** 62:5 97:9

**certify** 97:10

**chalk** 48:6

**chance** 32:9

**change** 17:2,6 19:12 20:15 146:4

**changing** 16:12

**characteristics** 141:23

**characterization** 30:21,25

**characterized** 40:1

**charge** 107:24 109:1 112:7

**check** 124:25

**cheek** 135:25

**chicken** 145:13

**chief** 102:14

**child** 97:25

**chips** 44:12

**choose** 5:17

**chosen** 60:6

**chow** 13:13,17 15:3 73:24

**chuckle** 93:12 113:14 116:13

**civil** 30:19 31:16

**clarification** 117:8

**clarify** 7:1,2 59:12

**class** 94:23 117:22

---

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026

Index: clear..coworkers

**clear** 13:18 23:10 94:3 141:10

**clear-cut** 12:24

**client** 118:22

**climate** 52:5

**clock** 22:21 23:3 41:16 62:12

**close** 62:19 66:7 96:11

**clue** 118:23

**coats** 16:4

**coffee** 74:25

**Colin** 65:5,6,10 79:16,18 119:19 133:9

**college** 71:19,20

**color** 96:9 117:21

**comedies** 107:15

**comfortable** 53:1 61:19 69:5 73:1 88:10,11 93:7

**comfortably** 108:24

**commander** 102:14

**commentaries** 98:2

**commentary** 13:4 14:21 51:23, 25 52:23 56:14 78:18 86:6,18 93:19 113:6 114:23 127:2,11

**comments** 15:8 50:17 51:5,17 52:12,15 53:9,11,12 64:17 67:1, 14 80:10 87:12,19,22 88:9,21,22 89:19 91:23

**common** 102:8 106:1,6,7

**communicated** 95:22

**community** 78:12,23,24 79:9 80:5 84:4

**compared** 118:3

**comparison** 39:22

**complain** 129:3

**complaining** 123:14

**complaint** 25:22 64:15 88:2 109:15 111:1 124:1,5

**complaints** 52:25

**Completely** 16:23

**complicated** 12:23

**computer** 41:18 50:13

**concern** 26:23 32:24 44:6 81:17

**concerned** 26:19 37:5 76:14,15 86:21 110:1

**concerns** 65:18

**concluded** 148:22

**conduct** 36:4,22 39:10,14,16 47:8,22 51:6 77:4 99:3 120:1,25 121:13,14,16,24 122:6,10,15,19, 25 123:7,10,15,18 124:10 126:23 128:3 137:8 140:4

**conducted** 47:13 124:18 146:12

**conducting** 126:13

**conference** 25:2

**confidence** 102:23

**confidential** 61:13

**confidentiality** 61:4 62:7

**confronted** 118:24

**confused** 115:22

**confusing** 131:12

**confusion** 17:16

**connotation** 144:8

**conscientiously** 100:7

**conscious** 108:24

**consequences** 42:21

**considered** 104:7

**consistent** 39:19 127:10

**constant** 56:12

**constitutes** 104:3 117:6

**constitutional** 111:4

**constitutionally** 136:18 138:14

**constitutionally-protected** 116:7 119:13,17,21 120:3,19,23 121:4,20 122:3,8,13,17,22 123:1, 8,12,16,21 124:3,7,11,15,22 125:2,14,19 126:3,16 127:22 128:1,5,9,12,18,22 129:1,7,21 130:21 131:2 132:2,5,9,12,15,21 133:4,7,10,14,18 134:1,4,8,11,21 135:1,5,13,16,21 136:4,7,11,22 137:1,5,18,24 138:3,7,11 139:5, 13,17,20,23 140:2,5,12,17,20,24 147:10,14,19 148:3,8

**consultation** 32:10

**contact** 13:5,7 24:24

**contacted** 10:13 24:12,21

**contained** 145:25

**context** 103:3 104:17,19 105:14 111:19 147:17

**conversation** 12:23 57:13 66:16 78:11,23 79:10,18 80:6 96:15 104:5,16

**conversations** 61:9 62:4 63:2,3 65:25 76:5 79:16 106:14 148:6

**convicted** 139:19,22,25

**cooking** 76:8

**cope** 88:12

**copies** 110:9,18 148:24,25

**coping** 42:15 72:1

**copy** 25:20 29:19 144:19 145:21 148:21

**cordial** 76:4 96:16

**correct** 7:14 8:25 12:4 13:9 15:5, 25 24:19 40:2,7,9,12 50:8 57:9,25 87:5 105:2 130:7 136:16,17 147:13,24

**correctional** 17:2,7,22 18:1,6 32:21 33:20,24 43:15 46:6 77:24 93:25 102:18 123:6 142:15 143:8

**Corrections** 20:7 74:6

**corrective** 90:22 100:6

**counsel** 32:10 148:17

**count** 19:16 91:1

**couple** 8:22 11:10 13:25 14:6 24:13 25:5 26:16 33:4 41:19 69:20 143:2 145:8 147:2

**courage** 88:7

**court** 5:1 6:18 7:5 10:22 25:23 140:19

**courtyard** 73:24 74:9

**coveted** 65:20

**COVID** 16:11 18:20 48:9,25 58:17 66:19 74:1,2

**coworkers** 90:15

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: crack..earlier

**crack** 95:19

**create** 20:17,18 21:22 50:4,7

**created** 20:22 22:11,21

**creating** 23:5

**credence** 146:16

**creed** 117:22

**crime** 140:1

**crochet** 73:4

**crotch** 144:13

**crystal** 94:3

**culture** 107:19

**cup** 74:25

**curious** 6:5 60:19

**current** 137:22

**curse** 100:10,12,15 101:10 102:8,12,13,15,18,20 103:17,18 104:3,7,9,11,14

**cut** 22:6 29:12 65:12 66:8

**cylinder-shaped** 144:3

---

**D**

---

**daily** 19:12 107:7,9

**Dana** 35:1,2,3,5

**dangerous** 116:17,21 117:4,7, 11,15,20 138:1

**date** 8:19 10:22 13:24 145:18

**dates** 147:7

**day** 36:6 52:6,16,18 73:17 74:11, 14 75:22 103:1 105:14

**days** 21:21

**Dayton** 56:3

**deal** 21:24 53:4 112:12,13

**dealing** 127:4

**decent** 65:15

**declaration** 8:25 10:5 24:18,22 25:20 26:8 27:14,19,21 28:21 29:9,22 31:19 129:10,13 130:2,11 131:25 133:16 140:22 144:19 145:21 146:1,3,7 147:5,8,9,21,22 148:7

**defendants** 4:9

**defending** 94:5

**defense** 94:5

**defensive** 50:3

**define** 19:5

**definition** 104:9

**degrading** 51:25

**denigrating** 52:1

**Department** 4:9 20:6 74:6

**depending** 36:5 44:18

**depends** 104:15

**deposed** 4:18 11:17 12:4

**deposition** 4:10,22,23 7:9 8:7 9:12,24 12:7,19 29:23 143:18 148:22

**Dera** 59:1

**describe** 75:6,8 118:11 127:25 143:21

**description** 4:21

**details** 9:25 10:15,24

**deterrent** 45:2

**deters** 28:2

**developing** 14:5

**development** 142:25

**die** 53:2

**died** 33:12

**difference** 33:1,7 111:17

**differences** 32:17

**difficult** 14:20,23 20:4 21:22 22:24 37:9 57:17

**Dillon** 10:13 12:3 24:23

**disciplined** 103:25

**disconcerting** 14:14

**discriminated** 142:9,11

**discriminatory** 117:24

**discussed** 30:4 140:23

**discussion** 13:22 143:3

**dishonest** 47:11 48:7

**dishonesty** 140:1

**dismiss** 49:3

**displayed** 39:23 44:21

**disposal** 94:8

**disposition** 43:22

**disrespect** 76:16

**distracted** 33:21

**disturbing** 42:8 130:8

**divulge** 63:5

**divulging** 96:23

**DOC** 16:17 83:13

**document** 144:22,24 145:3,12 146:9

**documents** 7:20,21

**Dodge** 18:6 26:19 32:23

**dog** 136:14

**dollars** 107:24

**doubt** 96:9

**downward** 143:23

**dozen** 91:8,24 92:6,8,9

**drawing** 59:11

**dreams** 96:23

**drivers** 22:3

**drown** 106:8

**dry** 12:24

**duly** 4:3

**dumb** 106:8 107:13

**duration** 22:21 23:4 67:7 91:13

**duress** 69:18

**duties** 37:25

**dying** 26:17 32:21 33:8

**dynamics** 94:11 108:4 114:19 120:10

---

**E**

---

**ear** 73:12

**earlier** 32:18 50:12 88:1 89:14 98:15 99:19 127:7 141:11,13

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: easier..Fetty

142:14 143:16

**easier** 57:22

**easily** 75:9

**easy** 18:18 80:7

**eat** 70:2

**efforts** 26:14

**egregious** 114:21

**elicit** 95:20

**emission** 138:18

**emit** 93:12

**emitted** 116:13

**emotional** 51:21

**Emphatically** 139:2

**employ** 27:3

**employed** 83:13

**en** 49:13

**encouraged** 69:4

**encouragement** 21:20

**encouraging** 86:1

**end** 15:18,19,21,25 21:17 31:23
36:9 88:3 91:15,16 108:20 127:8
130:5 133:23 134:15,16 135:9,10
136:1

**ended** 13:5 16:15 47:8 53:14
61:3

**ending** 144:25

**ends** 103:23

**endure** 94:2

**enemy** 96:21

**energy** 75:1

**enforce** 49:13

**engage** 39:4 52:21 103:24 112:8
117:24

**engaged** 53:5,22 96:17 98:2
105:9 113:7 114:22 117:4

**engaging** 142:20

**enroll** 122:11

**entered** 32:20

**entire** 91:4,7

**environment** 20:18,19,22 21:23
22:12,24 23:7 28:2 50:4 52:6
71:22 77:6 79:22 88:7 101:18,20
117:19

**environments** 114:18

**Eric** 60:14,18 62:5 63:1

**ERP** 122:11,16

**escalating** 127:11

**escalation** 127:3

**essentially** 27:2 31:22

**establish** 45:18

**et al** 4:12

**ethnic** 142:6

**ethnicity** 142:12

**euchre** 72:13

**eventually** 16:14 64:19

**everyone's** 16:18

**evil** 101:22

**exact** 13:24 14:2 93:2 111:19

**examined** 4:4

**exception** 26:18 32:23

**exchanged** 24:11

**exchanging** 76:9

**excluding** 19:1

**excuse** 5:11 33:8 38:24 72:2
81:23 123:3 125:9 126:10 130:4
133:12 134:15 137:20 139:8

**exhibit** 144:23 145:1 148:23,25

**exhibiting** 85:23

**existed** 112:4

**expect** 34:21 50:23

**expectations** 20:5

**expected** 39:8 48:11

**expense** 107:24

**experience** 19:9 27:6 44:8 60:7

**explained** 23:12

**extra** 74:25 78:14

**extreme** 47:11 83:15

**extremely** 47:12 119:2

**eye** 64:11,12

**eyes** 88:14

**F**

**face** 54:13 55:7 57:16 58:2,8,14
63:14,19 64:3

**faces** 54:8

**fact** 7:18 93:23

**fades** 82:22

**fag** 36:12 81:25 82:1 86:1 87:6,10
92:13,15 104:23 105:4,20,25
114:24 118:16

**faggot** 82:12

**fags** 39:1 90:10,13

**fair** 15:24 22:19 34:5 35:25 39:6,
18 45:6 46:15 51:4,18 59:19
93:21 102:8 143:21 145:20

**fall** 91:18

**familiar** 58:10

**families** 34:2 93:24

**fart** 118:1,4

**fashion** 99:4

**favorite** 96:9

**feature** 56:12

**fed** 71:6

**federal** 25:22

**feel** 7:22 19:10,11 20:10 26:19
27:6,10 49:17,19 54:9 62:17
74:24 77:1 88:10,11 98:21 108:11
117:2,23 121:24

**feeling** 20:23 23:2,14,16

**feelings** 20:9

**feels** 49:22

**fella** 67:6

**fellas** 40:24 41:14

**felt** 22:17 43:11 71:8

**Fetties** 63:25

**Fetty** 63:15,20,22,23 64:6,10,11,
14

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: fight..gradually

**fight** 42:16,19

**figure** 66:14 69:18 77:4 112:21

**file** 53:13 109:14 110:6,13 111:1
124:5

**filed** 25:23 88:2 140:15

**filings** 52:24

**filled** 64:15

**fine** 9:3 28:19 54:11 59:9 95:23
111:18

**finger** 144:2

**fingers** 143:23

**firm** 39:18 46:16

**five-minute** 96:15

**fixated** 107:7

**flag** 43:24

**flags** 47:16

**flight** 42:16

**flip** 49:10

**flipped** 119:5

**fluctuate** 20:20 74:17

**focal** 80:13 87:18

**focus** 28:16

**focused** 107:6

**follow** 19:21,24

**follow-up** 143:15 147:2

**food** 19:17

**footage** 13:19 127:15

**football** 22:5

**forced** 142:16 143:9

**forcing** 81:13

**forever** 104:24

**forgery** 139:22

**forget** 17:16 67:24

**forgotten** 130:13

**form** 10:9 19:13 21:12 29:10,24
32:15 52:13 68:17 73:18,21 78:5
80:22 90:8 103:9 109:16,20,22
110:7,16 113:3 117:1 125:12
129:16,18 132:19 141:24 142:7,
22 143:10 144:9 148:1

**forward** 11:4,6

**found** 48:14

**foundation** 19:3 42:12 43:3
67:16 84:7 85:19 112:1 114:14
115:9,17 121:2,18 122:1 123:24
124:20 125:5 126:7,14 129:5
140:9 143:11

**Fox** 9:21 18:1,2,5,8 19:1 21:11
32:13 33:1,8,11,16,18,20,24
34:10 46:9 59:13,22 81:11,19
85:14 102:9,17 103:8 104:20
107:9 111:8,22 112:5,16 115:16
116:5,17 117:16 121:23 123:5
126:11 138:1,5,10 142:15 143:8

**fraud** 139:19

**freeze** 42:16

**frequent** 36:11 106:9,16

**frequently** 87:23 89:21 91:9
97:11,12 107:3

**fresh** 33:10 143:1

**friend** 42:16,22 43:2 45:14,25
96:15

**friendly** 47:7 76:4

**friends** 45:21 75:9,10,12 96:7

**front** 7:10

**fuck** 135:9

**fucked** 139:12,16

**fucking** 82:14

**fully** 144:11

**funny** 41:4 42:1,6,11,24 49:2
59:5 86:5 95:15

**future** 139:6

---

## G

**game** 22:5 53:4 72:23 96:19

**Garcia** 58:5,15

**gas** 76:2 96:14

**gathered** 59:14

**gave** 133:1 136:24

**gay** 81:24 82:10 83:19 84:6 85:9,
14,18 87:4,5,7,10 90:11 104:13,
21,23 105:4,20,25 107:1,12
111:8,10,11,13,21 112:15 113:10,
11 114:12,24 116:2,6,11,17
117:10,15 133:23 138:15

**gays** 117:10

**general** 15:22,23 16:8 22:1 47:3
49:16 50:1 52:16 56:25 79:3,25
80:2 117:18

**generally** 105:16

**genetic** 101:24

**genitalia** 105:6,21

**genitals** 126:12 144:16

**gesture** 118:10,11,20

**gestures** 119:4

**get along** 34:10 61:24

**Gieschen** 55:2

**Gieshen** 54:21

**giggle** 137:17

**girlfriends** 69:3

**gist** 83:8

**give** 4:21 5:8 12:13,18 13:24 14:2
15:23 21:7 54:16 68:21,22 74:15
79:8 143:17 146:16,21

**giving** 82:14

**glaring** 32:16 89:20

**glaringly** 106:21

**gloves** 16:5

**goals** 96:24

**God** 4:7 81:8

**goddamn** 101:3

**good** 32:9 33:19,23 60:11 62:25
64:23 65:14 68:19 69:2 74:24
88:5 89:15 90:23 91:8 95:20
98:21 99:4 104:10 108:24 118:21
140:10

**Gotcha** 92:15

**gotta** 64:24 97:6

**government** 70:15

**grade** 22:7

**gradually** 95:10

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: grasp..implicate

**grasp** 144:11

**grazed** 126:12

**great** 54:2 85:6

**groin** 125:1,9,10,18,22

**group** 53:19

**groups** 76:22 95:17

**growing** 103:25

**Guard** 48:25

**guess** 12:14 15:16,18,24 37:9 67:18 68:21,22 78:14 88:1 104:8, 10 117:7

**guy** 9:15 55:10 70:14 71:1 77:16 94:21 95:15

**guys** 44:11 79:13 148:18

**H**

**ha** 41:4 42:5 51:11

**Haas(phonetic)** 70:4

**Habram** 63:11 65:5,13 66:1 119:19 133:1,9,21

**hacky** 55:11

**hair** 65:12 66:9

**half** 11:11 25:7,14 93:16

**hall** 13:13,17 15:3 73:24

**halt** 74:5

**hand** 92:11 118:10,11,20 119:3 125:10,23 143:16,21 144:5,7,14

**handful** 18:9

**handicaps** 37:24

**handle** 60:10

**hands** 90:12

**handwriting** 145:18

**hang** 29:5 69:25 70:3 99:12

**hanging** 96:25

**happen** 13:23 20:3,14,16 81:8 88:16 94:13,14 103:5 107:20 110:3 117:20 127:6 130:10 132:4 138:20

**happened** 8:13 15:10 17:14,17 81:9 84:23 85:1 87:24 89:8 90:21 92:22 102:10 131:6,25 133:6 136:21 142:23

**happening** 15:4 16:14 71:7 74:4 91:22 114:20 131:24

**happy** 94:21

**harass** 116:2 138:13

**harassed** 116:6

**harassment** 13:3 51:22,24 53:18 82:18,19 127:2,4,11 142:21

**hard** 18:23 58:3

**hard-on** 80:11,15,17

**harm** 44:5

**hats** 16:5

**Hayden** 54:21 55:2

**he'll** 35:22 41:16,17,18 50:2,19 82:1 92:10,11 118:4,13

**head** 6:20 8:19 88:14

**hear** 10:8 30:23 53:8 58:13 85:13 87:4,9 100:10 102:8,12,13,15 108:21 118:1 123:14 139:15 146:10

**heard** 52:11 57:12 66:25 100:14 104:20,22 105:1,13 135:7

**hearing** 108:19 133:24 134:17 135:11 136:2

**hearts** 72:13

**hee** 42:5

**held** 19:21 20:1 28:7,9 81:14 108:6 109:7 116:23

**hell** 118:22

**helped** 58:25

**herpes** 133:1

**hesitant** 98:17

**hesitation** 26:7,9,10 27:8

**heterosexual** 111:12

**hey** 24:11 41:2 44:11 51:10,11 138:24

**high** 97:22,23 98:23 99:9

**higher** 95:6 108:6 116:23

**Hilldeborn** 67:12

**Hilldebrand** 67:12

**Hilldebrandt** 67:12

**historically** 114:15 115:11

**Hmm** 14:4

**hold** 97:21 98:23 99:8

**hole** 18:12,14 19:1 50:21 51:7

**home** 62:20

**homophobic** 116:20

**homosexual** 50:16 51:5 53:8,11

**hone** 14:20

**honest** 46:4,7,15 47:2 48:6 85:22 112:17

**honestly** 12:1,8 99:1 120:7

**hope** 94:12 113:5,8

**hostile** 20:18 21:11 22:12,17,24 23:6,24 50:4

**hour** 25:13,14 93:15

**HSU** 37:25

**human** 74:23 86:21 96:17

**humanity** 41:24

**humans** 41:23

**humor** 95:16

**hung** 63:10 95:23

**hustle** 106:13

**hypersexualized** 53:11

**I**

**idea** 117:9

**identification** 145:1

**identified** 15:2

**idolize** 99:8

**ifs** 85:1

**imagine** 21:25 142:24

**immature** 42:7 119:1

**impact** 122:10

**impacting** 99:22

**implicate** 6:1

Case: 3:22-cv-00374-wmc    Document #: 124-1    Filed: 03/13/26    Page 159 of 170

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: important..itinerary

**important** 30:1,7 72:4 112:6

**impossible** 75:19 105:16

**impression** 35:15,17,24 36:1 38:20 45:20 60:3,12,16,18,20 63:4 65:13 93:4 136:25 137:4

**in-depth** 70:8

**inappropriate** 39:2 66:25 67:1 84:18 89:18 91:23 104:12,14 127:1 134:19

**inappropriately** 85:16 126:25

**incarcerated** 17:21 18:5 54:1 60:7 140:16

**incarceration** 137:23

**incentivized** 91:20

**inches** 69:21

**incidences** 14:12,19 142:24

**incident** 14:9,21 15:3 34:11,14 60:13 81:10 94:4 142:14 143:7

**incidents** 147:23

**inclination** 79:4

**inconsistent** 40:13,16 45:8,10 49:18 51:2

**Inconsistently** 50:9

**increase** 52:24 53:15 91:14

**increases** 69:20

**independent** 64:4 133:2

**index** 143:22

**indifferent** 87:2

**individual** 68:12 75:13 94:4 98:12 106:17 108:21 112:22

**individual's** 83:7

**individuals** 21:16 71:3 88:9,23 89:21 91:8 99:2 111:25 117:10

**indulge** 103:21

**information** 65:22,25 103:2

**informed** 11:19 92:23,24

**informing** 10:13 24:11

**infringe** 84:1

**infringing** 84:2

**ingrained** 37:8 120:11

**initially** 8:24 71:13

**injury** 35:19

**inmate** 16:21 26:16 33:4,12 60:21 64:15 82:15 109:14,15 112:10 113:2 116:2,11,22 124:1,5

**inmate's** 122:11 125:9,10

**inmate.com** 146:14

**inmate.dump** 146:15

**inmates** 17:11 37:22 42:10 43:2 45:21 52:12 53:8 62:25 70:1 73:9 86:10 87:20 100:3,10,13,15 105:1,10,25 111:22 112:15 113:10 114:12 116:6,17,21 117:15 119:15 121:23 123:14,19 124:9 125:21 128:24 129:3 139:15 142:16 143:8

**innocent** 71:13

**inside** 59:6 124:25 143:25 144:13

**instability** 39:25

**instance** 14:21 44:20 52:15 57:8 67:19

**instances** 22:22 89:24 101:1 114:20

**institution** 15:22 16:9 17:22 18:1,6 32:20,21 64:21 122:21 143:5

**institutional** 21:15

**institutions** 114:16 120:13

**insult** 111:10

**integrity** 90:15

**interact** 37:18 38:3 41:16 50:14 56:11 62:8,14 70:7,18 75:17,22, 24 76:3 93:4 96:10 99:16

**interacted** 56:14 62:24 66:3 70:10 95:13 97:15

**interacting** 44:19 57:10,11

**interaction** 34:4 54:18 55:17 61:2 67:9 102:24 111:20

**interactions** 14:12 20:17 38:6 39:17,23 46:3 57:3 62:17 63:2,3 64:25 66:2 76:1,10 77:4 79:4 91:21 95:1,9

**interactive** 74:20 75:2 94:24

**interested** 56:22 61:8 62:21 66:24 75:11,12

**interests** 66:8 70:13 99:23

**interject** 6:8

**internal** 146:11,18

**interrupting** 82:7 120:17

**interview** 107:4 127:8 131:14

**interviews** 26:2

**intimate** 96:22

**intimidate** 138:17

**intimidated** 86:24

**intimidating** 44:16,25 45:2

**introduced** 39:24 114:16 141:7

**investigation** 26:3 64:18 146:11,18

**investigations** 53:14

**invite** 74:21 77:18

**invited** 96:10

**invoke** 30:9,15 111:4 115:20 116:7 119:13,17,21 120:3,18,23 121:3,19 122:2,8,13,17,22 123:1, 8,12,16,21 124:3,7,11,15,21 125:2,13,19,25 126:2,15,21 127:16,21 128:1,5,9,12,18,22 129:1,6,15,20 130:14,21 131:2,18 132:1,5,9,12,15,18,20 133:4,7,10, 14,18 134:1,4,8,11,20 135:1,5,13, 16,21 136:4,7,11,17,18,22 137:1, 5,14,18,24 138:3,7,11,14 139:4, 13,17,20,23 140:2,5,8,11,17,20, 24 147:10,14,19 148:2,8

**invoking** 113:18

**involve** 17:6

**involved** 16:21 51:21 94:11,22 97:8 98:18,22 99:22 103:12 106:10

**involving** 140:1

**IQ** 95:6

**issued** 86:7,17

**issues** 36:2 98:4

**itinerary** 43:9

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: J-A-M-E-S..losing

**J**

**J-A-M-E-S** 4:16

**J-O-H-N** 4:16

**jack** 73:12

**James** 4:2,15 145:15

**Jason** 4:11 9:20,23 66:22 67:3 132:11 141:8

**Jeremy** 70:11

**job** 33:25 34:1,20,21 38:23,24,25 39:8 42:3 44:3 120:22

**jobs** 34:18 93:23

**John** 4:15

**joke** 42:4 49:1 93:6 95:20

**jokes** 50:17,18 51:17 90:11 118:1

**joking** 40:25 41:1 51:5,9 52:4,7 82:18

**Joshua** 40:6 86:7,11

**judge** 5:11 7:10

**July** 24:18 25:8

**June** 25:7

**jury** 7:10

**Justice** 4:9

**Justin** 59:1

**K**

**Kate** 4:7

**kick** 130:5

**kicked** 136:15

**kicking** 130:20

**killed** 26:16 33:3

**kind** 17:15 18:23 19:18 20:19 21:1 23:6 27:7 28:2 34:17 43:17, 18,20,22,23 46:22 47:4 49:16 50:7 52:23 53:17 60:9 66:16 67:21 69:19 70:24 71:22 72:12,24 77:5,25 82:22 83:24 87:22 88:9 91:21 94:12 95:10 98:2,5 99:23 106:19 112:8 113:6 114:18,20,23 117:23,25 120:11 143:1,3 144:4

**kinds** 39:5 71:24

**kings** 63:16

**Kingue** 63:12,15 64:5,15,23

**knee** 35:19

**knew** 38:14 60:22 85:17 97:13 112:16

**kudos** 97:20

**L**

**label** 144:25

**lady** 47:25

**laid** 45:4

**Lake** 9:21 18:1,2,5,8 19:2 21:11 32:13 33:1,8,11,16,18,20,24 34:10 46:9 59:13,22 81:11,19 85:14 102:9,17 103:8 104:20 107:9 111:8,22 112:5,16 115:16 116:5,17 117:16 121:23 123:5 126:11 138:1,5,10 142:15 143:8

**language** 60:9 106:19

**laps** 68:2

**laptop** 97:2

**large** 13:20,21 43:5 68:4 69:2

**larger** 68:9 69:8,14

**late** 133:22

**laugh** 42:4 93:9 96:2

**laughter** 95:20 138:19

**lawsuit** 30:19 31:16 140:15 141:9

**lead** 120:1

**leading** 106:4

**learn** 106:11,12

**learned** 72:24 80:23

**leave** 64:20 89:8

**leery** 69:24

**Leff** 5:7,23 6:8,14,15 10:6,9 15:11 19:3,13 21:12 28:24 29:8,13,24 30:20,24 31:6,8,11,13 32:15 42:12 43:3 52:13,19,22 67:16 68:17 73:18,19,20 78:5,7 80:22 82:6 84:7 85:19 90:7 100:17 103:9 106:3 109:16,20 110:7,16

111:24 112:1 113:3 114:14 115:9, 12,13,17 117:1 120:16 121:2,18 122:1 123:23 124:20 125:4,12,24 126:1,7,14 127:19 129:4,16,18 132:19 140:9 141:3,6,8 142:4,10 143:6,14 144:18 145:2 146:24 147:6,25 148:13,16,21

**left** 89:9 128:14,17 130:12

**leg** 125:10 144:14

**legal** 11:15 32:10 129:11

**legally** 7:13 114:5

**legs** 118:13

**length** 25:10

**lenient** 49:6

**letter** 10:12 11:25 24:10

**level** 117:7

**library** 19:18

**lied** 140:7

**lies** 46:21

**life** 20:15 65:11 99:22 102:11 104:19 109:7

**lifestyle** 83:25

**lifestyles** 52:3

**likes** 131:23

**limits** 103:19

**listed** 147:8

**listen** 22:14 73:8,10 102:11,14

**literally** 80:21

**litigation** 30:6

**live** 18:7 28:2 83:24

**lives** 16:18

**lockdowns** 74:3

**Logan** 38:13,14,21 46:13

**long** 18:2 25:9 27:25 67:7 81:11 83:25 91:13

**longer** 138:24,25

**looked** 71:12 83:16 118:12

**lose** 79:20 120:22

**losing** 65:21

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026

Index: lot..moving

**lot** 10:24 13:3,4 14:14 15:20 16:13,16,19 17:9,12,14,15 20:13 34:13 40:22 48:10 50:16 54:14 56:11 58:11,18 59:5,6,7 60:5 63:22,24,25 65:4 68:2 70:4 72:19 74:2,3,7 77:7 79:1,20 88:11 89:8 91:19 95:3 97:7,15,18 98:14 99:15 100:6

**love** 111:17,18

**lunch** 70:2

**lying** 47:18,19 140:4

---

**M**

**machismo** 77:7,10

**mad** 118:6 123:11

**made** 10:3 32:17 52:15 88:22 89:18,20 93:4 108:11 123:11 130:18 134:3,7 135:4,15,20 136:6 146:6 147:13

**make** 5:7,8 22:1 27:16 44:4 49:2 50:21 52:12 53:8,10 56:17 66:25 67:14 75:9,10 83:6,11 84:16 87:22 94:8 96:2 111:13 118:1,6, 10 119:3 143:18,19

**makes** 21:8 61:1

**makeup** 101:24

**making** 15:7 38:1 51:5 75:11 87:11,19 88:8 116:20 131:11

**man** 11:8 35:3 67:21 83:13 141:17

**manner** 105:7 107:16

**mark** 144:23

**marked** 145:1

**Mary** 4:7

**material** 8:21,23

**matter** 19:14,23 20:5 32:10 67:23 79:19 117:21

**matters** 83:9

**Mays** 54:4,5 55:2

**meaning** 144:11

**means** 7:5,8

**meant** 114:19 118:22

**mechanism** 42:15

**mechanisms** 52:20 72:1

**medications** 86:2

**meeting** 8:20

**Melissa** 38:10 46:12

**Melnick** 4:12 22:11,18,20 23:3,7, 24 26:3 39:22 40:1,6,8,17,19 43:13 44:7,13,15,24 45:20 46:4 47:2,18,22 48:13 49:6 50:6 56:1, 11 57:7 64:16,19 66:25 67:14 68:6,15 71:6 80:7,14 81:23 83:3 84:2,11,24 85:15,25 86:7,11 87:3, 13,19 88:20 89:18 90:3 93:6,8 104:22 105:19 106:19,22 113:7 118:1,10 119:3,9,12,16,20 120:5, 22 122:24 123:15,18 124:6,10 126:20,23 127:13,18 128:3 130:2, 18 131:5,22 132:11,25 133:13,20 134:6,14,25 135:8,20,24 136:10, 15 137:8,16 141:18,22 142:5,20 143:17 146:12,19

**Melnick's** 34:23 51:17 64:17 80:10 111:2

**member** 13:1 34:9,11 38:22 42:20 81:12 105:9 114:22

**members** 33:25 36:8 76:21 81:19 94:1,14 100:13 116:19 117:3

**memories** 57:2 147:21,23 148:6

**memory** 8:8 12:3 64:4 104:25 133:2 135:3

**men** 105:6,22 134:16

**mention** 32:17

**mentioned** 89:14

**mentor** 59:20

**mentors** 59:21

**Mertes** 56:3,4

**met** 94:21

**metaphorical** 80:11,16

**Michael** 56:6 57:24 70:9

**middle** 4:16 101:12 143:22

**Miller** 35:1,3,4,8,16 36:17,22 37:19 38:7 81:23

**mind** 33:10 46:24 47:21 94:17

106:11 108:7

**mindful** 44:2,23 45:19 88:15

**minding** 75:15

**Mine** 45:15

**mined** 76:11

**minimum** 122:20

**minor** 118:3 122:6,19

**minorities** 142:6

**minute** 54:17 121:7

**minutes** 25:11

**mischaracterizes** 15:11 106:4 148:1

**miscommunication** 34:14 48:5, 8

**miscommunications** 47:20

**mistaken** 18:18

**mistakes** 60:25

**modify** 146:4

**molested** 97:25

**moment** 49:23 59:11 141:2 144:5

**moments** 49:24 50:11

**month** 14:1,2 15:24

**mood** 36:5

**moods** 36:8

**moons** 107:21

**morning** 32:19

**mother** 83:5 135:9

**mother's** 70:21

**motives** 46:1

**mouth** 83:7 85:16

**move** 5:9 18:22 49:4 54:3,18 120:13

**moved** 17:10

**movement** 16:21

**movements** 16:12

**movies** 102:12 107:15

**moving** 16:16 17:11 48:10 94:23

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026

Index: multiple..parents

**multiple** 14:19,25 15:1,17 91:10, 12 127:10

**music** 73:8,10 102:11

---

**N**

**name's** 4:7 35:5

**named** 63:21,22 79:1,14

**names** 8:15 54:7 56:7,13 57:16 58:1,13 63:13,25 65:2,4 70:1 78:24 79:7 80:1 89:3,23 99:18,24

**Nancy** 4:17

**National** 48:25

**nature** 13:10 37:8 46:22 50:18 63:3 65:19 71:24 74:23 76:14 86:21 95:7 97:14 104:15

**necessarily** 20:3 28:4 49:21 97:8

**neck** 41:2 51:10

**needed** 37:24 77:21 78:3 110:18

**negative** 32:11

**negatively** 122:10

**neighborhood** 76:6

**nickname** 54:23 55:1 59:4 63:15, 18,20 64:6 67:3

**nicknames** 54:25 56:7 58:11 79:2,8

**night** 133:22

**nobody's** 24:3

**noise** 56:18

**nondominant** 144:14

**norm** 82:20

**notes** 7:22 8:13,14,18 9:6 119:8, 15,19

**notice** 77:15 141:22 142:5

**notification** 24:25

**notorious** 54:24

**number** 53:25 68:11 84:17 92:3, 4 97:25 129:12

---

**O**

**oath** 4:3 7:4,8

**object** 10:6,9 15:11 19:3,13 21:12 29:24 30:20,25 32:15 42:12 43:3 52:13,19 67:16 68:17 73:18, 20 80:22 82:6 84:7 85:19 90:7 103:9 106:3 109:16,20,22 110:7, 16 111:24 113:3 114:14 115:9,17 117:1 120:16 121:2,18 122:1 124:20 125:4,12,24 126:14 129:4, 16 132:19 140:9 144:3,9 147:25 148:1

**objected** 5:15,17 29:10

**objecting** 31:3

**objection** 5:7,8,12 29:7 52:22 61:23 78:5 123:24 125:5 126:6 127:19 129:18 141:24 142:7,22 143:10,11

**objections** 5:10

**obligated** 7:13 114:5

**obligation** 27:5

**observation** 22:1 80:9

**observed** 13:12 119:11 141:21 142:20

**obtain** 110:18

**occasion** 132:25

**occasions** 87:8

**occur** 142:19

**occurred** 13:11 14:19 15:20 43:7 81:9 93:14 104:5 142:24 143:7

**occurrence** 36:11

**occurring** 13:15,17

**occurs** 106:9

**offered** 12:12

**office** 24:25 27:5 41:17

**officer** 43:15 46:6 64:17 123:6 126:10,11 127:12 142:15 143:8

**officers** 94:1 102:19 121:25 124:25 125:8,17,21

**older** 37:24

**ole** 67:21

---

**one-off** 14:9

**one-offs** 28:10

**ongoing** 14:4,5,8

**ope** 129:25

**openly** 111:21 112:15 113:10 116:6

**operate** 19:2,5

**operates** 120:12

**operations** 21:15

**opinion** 122:6

**opportunity** 19:19

**ordering** 148:19,25

**orientation** 117:21

**orientations** 44:1 52:3

**original** 148:23,24

**Oshkosh** 17:22,23,25 26:15,17 32:14,21 33:1,8

**outbreaks** 18:21

**outburst** 93:18

**outlier** 77:10

**outrageous** 116:14

**over-the-top** 15:6

**overheard** 131:1 132:7

**overly** 12:23 43:24 45:12 49:24 50:16 74:20 106:10

**oversight** 83:15

---

**P**

**p.m.** 121:8 148:22

**P26** 144:25

**P28** 144:25

**pages** 145:7,10

**pale** 26:21 34:24

**pandemic** 16:11 48:9 74:1

**paper** 7:21 8:1 118:5

**paragraph** 132:24 133:20 134:13 135:7,23 136:13 137:7

**parents** 36:14 39:3

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: part..predator

**part** 13:16 27:13 36:18,21 37:25 39:7 46:10,11 49:11 76:13 81:15 101:23 107:7,9,18

**participate** 146:17

**parties** 48:6

**parts** 48:10 52:2

**passes** 53:16

**passing** 70:20 79:25 93:16

**past** 69:3 100:4 102:21

**pat** 121:15 124:13,18 125:1,18 126:13,19

**pat-down** 13:11 15:4,6 125:11 126:24 128:3 137:9,12

**patting** 114:25

**pay** 34:2 77:16 93:23

**PCW** 37:21

**peacocking** 77:7

**pedestal** 98:24

**peer** 53:19 59:20,21 60:5,15 61:3, 15,19 62:5,10,11,13,17 63:1 70:12 76:22 95:17 99:5 106:17

**peers** 13:22 78:1,12,23,24 79:9 80:5 84:4 108:23

**penalize** 46:23

**penis** 83:2 134:15

**people** 16:16,22 17:15 18:22 19:25 21:21 22:3,4,6,7 26:17 32:20 33:7 36:8 40:24 42:22 43:5 44:22 47:7 50:2,3,20 51:7 52:21, 25 53:13 54:1,14 56:11 57:2 58:19 59:13 60:5 62:15 63:22 64:1 65:1 70:14 71:2,17,25 72:4 74:11 76:24 77:8,23 78:1,25 79:2, 3,8,23 80:24 81:12 87:9 88:11 89:11 90:4,10,25 91:24 92:10 93:23 95:22 97:7,10,11,16 98:1 99:16,20 104:20 107:2 108:5 112:7 117:17 119:5 142:1 143:4 146:14

**people'd** 90:12

**people's** 52:1 57:2 86:19 88:5 104:15 106:12,13

**peoples** 107:25

**perceived** 142:2

**period** 17:14,18 20:24 38:19 48:9 66:24 68:5 89:9 127:9

**peripheral** 55:4

**perjury** 114:8 139:25

**person** 35:11 42:20 51:9 53:23 62:25 65:15 69:21 75:7,8 88:1 89:14,16 108:25 111:11,12

**person's** 89:17

**personal** 8:14 20:15 34:16 37:21 55:12 62:22

**personality** 96:1

**personalize** 70:7

**personally** 13:12 45:15

**perspective** 43:1

**pertain** 113:16

**pervasive** 142:20

**petty** 36:4 39:14,16 40:21 41:12 121:25 122:7,24 123:7,10,15,18

**phone** 20:15 25:2,4,9 29:17

**photographs** 89:22

**photos** 76:9

**physical** 13:5,7 37:23 51:23 57:12 76:17 93:13 141:23

**physically** 57:12 138:21

**pick** 71:2

**pickings** 80:7

**pictures** 57:22 65:3 76:9

**pieces** 8:1

**pills** 82:13 86:2 135:25

**pin** 16:1

**pinkie** 143:23

**pinpoint** 14:7

**place** 8:20 13:14 14:22 16:20 26:14 52:21 75:16 78:11 79:21 81:11,18 95:12 127:2 143:5

**placement** 144:5

**places** 98:11

**Plaintiff's** 144:23

**planning** 31:18

**play** 42:4 55:10 72:18,19 73:6 92:20,24,25

**played** 72:11,21,23

**playful** 45:11,12

**playing** 72:9,10 92:19

**plead** 29:25 61:17 62:1,3,16 63:6 111:3

**point** 13:24 32:8,12,25 56:13 72:23 78:10 80:13 85:7 87:18 88:10 104:11 120:6 131:16 147:12

**pointed** 143:23

**pointing** 144:2

**points** 43:7

**Pollesch** 38:10,11,20 39:13 40:4 46:13

**Pooh** 59:4

**Poohs** 59:6 63:24

**popped** 8:15

**pops** 54:18

**popular** 107:18

**population** 98:13 99:6 107:25 112:4,10 116:22

**position** 28:8 45:1 51:9 53:5,21 65:21 83:14 99:9 107:22 109:9 114:22

**positions** 20:1 21:17 22:5,7 78:1 98:1 108:5 117:3

**possibility** 11:21,22 12:5 81:1, 18

**Potts** 63:7,8,10 64:9

**Potts's** 64:8

**pounds** 69:21

**power** 20:1 51:20 94:10 107:23 114:19 120:10

**practice** 106:7 117:25

**practices** 71:23 77:25 87:12

**PREA** 43:25 52:25 53:13,14 98:10 108:1,2 110:6,8,13 111:1 114:15

**predator** 27:3

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026

**predatorial** 71:23 87:12

**predators** 99:5,6

**prerogative** 63:5

**presence** 69:17

**present** 88:17 112:19 113:8
128:11 143:4

**pretend** 42:23 46:2 58:21 78:15
85:21 86:4,14 90:18

**pretty** 10:20 11:12 12:16,22,24
13:21 15:8 33:6

**prevent** 114:20 122:20

**prevented** 122:16

**previously** 15:2 85:10 127:3
137:12

**preying** 98:12

**prior** 18:5

**prison** 32:22 59:6 73:23 103:8
146:12,21

**prisoners** 141:22 142:5

**privilege** 5:21 6:1

**problem** 49:12 54:6 64:11,12
108:22

**problems** 40:4 49:15 67:25
74:21 86:22 95:2

**PROCEEDINGS** 4:1

**process** 14:4 37:4 98:18 101:11

**produced** 26:11

**productive** 71:15

**professional** 35:21 42:3 72:6

**professionalism** 109:2

**professionals** 39:9

**program** 61:15 62:7 97:10

**programs** 19:19 122:11

**pronounce** 141:15

**propelled** 91:20

**protect** 114:19 120:12

**protected** 5:20 77:22,24 78:3

**protecting** 86:22

**protective** 76:14

**provide** 21:19,20 46:21 54:24
75:2 94:1 97:14 99:18 103:2
143:12

**provided** 86:18 140:22 148:24

**providing** 75:12 115:19

**provoked** 98:5

**proximity** 66:7 93:17 96:11

**Prunn** 60:14,16,19,20,24 61:2,9,
10,12,16,18,25 62:5,8,23 63:1,2

**public** 26:6 110:9,21

**purpose** 46:1 113:16

**pursue** 27:1 85:23 90:21

**pursued** 10:21 11:15

**push-ups** 68:3

**pushing** 41:3 51:11 68:25

**put** 54:7 55:7 58:2 63:14,19 64:3
94:2 95:24 98:11 111:12 117:17
118:12,13,14

**quad** 55:13

**quarter** 69:13

**quartered** 55:15

**question** 4:24 5:4,11,13,15,16,
20 6:1,3,11,24 7:2 15:14 17:3
21:8 22:14,15 23:13,19,22 24:4
28:17 29:9 30:10,16 56:25 60:18,
21 75:19 79:6 82:8,10 85:12 90:8
110:13,23 111:3 115:3,5,8,15
116:8 117:13 118:21 119:14,18,
22 120:4,20,24 121:5,21 122:4,9,
14,18,23 123:2,9,13,17,22,24
124:4,8,12,16,23 125:3,6,15,20
126:4,17,22 127:17,23 128:2,6,
10,13,19,23 129:2,8,22 130:22
131:3,19 132:6,10,13,16,22
133:5,8,11,15,19 134:2,5,9,12,22
135:2,6,14,17,22 136:5,8,12,19,
23 137:2,6,15,19,25 138:4,8,12,
25 139:14,18,21,24 140:3,6,13,
18,21,25 143:15 147:11,15,20
148:4,9

**question/answer** 4:24

**questioning** 37:5 84:13 91:11
93:11,16 113:15 116:15

**questions** 5:5 8:8 12:10,16,20
15:7 21:5 25:2 26:12 29:1,17
33:18 37:15 61:7,18,21 62:3,16
83:9 98:25 100:23 107:5 114:9
134:23 139:6,9 141:2,4,9 145:8
146:24 147:2 148:11

**quotations** 129:12 147:7

**quote** 13:8 130:4,5,6 133:22,23
134:14,15,16 135:9,10,25 136:1

### R

**race** 142:11

**racial** 142:6

**raise** 61:23

**range** 69:2

**rapper** 63:21

**rapport** 33:19,23 34:8

**rationale** 78:16

**react** 22:25

**reacting** 21:23

**read** 11:25 23:18,22 25:22,25
26:2 27:14 115:8

**reader** 47:21

**reading** 68:2 74:7

**real** 20:23 81:17

**realm** 80:25

**reason** 5:25 6:2 7:16,18 78:16
87:17 103:22 112:5

**rec** 19:18 73:24

**recall** 18:25 25:10 38:9 48:13
55:8,14,22,25 57:14 60:1 63:10
70:15 80:1 82:23 84:9 85:11
89:23 93:15 100:25 105:8,10,12
111:9 119:7 141:19

**recalling** 56:5

**received** 140:4

**receiving** 25:20 88:3 108:20

**recently** 104:5

**recess** 121:8

**recipient** 78:13

**recognize** 54:7,9,10,12 58:1,13

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: record..security

145:12,16,20

**record**  4:14 23:10 26:6 121:7,10
139:9 143:19 144:24 148:16

**records**  9:15 24:25 66:13

**recourse**  20:24

**red**  43:24 47:16

**referencing**  8:6

**referring**  147:5

**regard**  97:22,24 98:24

**regret**  27:12

**regrets**  65:16

**related**  26:3 30:5 31:19 62:10
147:21

**relationship**  55:12 70:8 96:6
104:16 111:16

**relevance**  60:17

**relevant**  30:1,7 33:10

**rely**  75:11

**remember**  12:1,8 14:1,3,17 15:9
16:4,10 17:8 18:10,19 33:7 48:16,
21,23 54:1,10,12 55:9,17 56:22
57:6,7,8,15,17,18 58:22,25 64:9
65:6,10,22 66:18 67:10,19 70:1
79:18 82:16 89:3,6,17,18 90:5
93:2 112:23,24 113:2 129:14
130:17,25 131:4,11,23 132:7,11,
14,17 133:6,9,12,13,17,24 134:3,
6,10,17,24 135:11,15,18 136:2,6,
9,21,24 137:3,11,16 141:7 142:17
147:6,12,16

**remove**  27:2

**removed**  53:13

**repeat**  17:3 109:23 115:4 117:13

**repeated**  58:13

**repetitive**  56:16

**report**  36:23 39:10 47:23 88:2
90:16 110:6,14 120:2,25 121:17
122:15,19 123:7,10 124:10 140:4

**reported**  64:16 89:12

**reporter**  5:1 6:18

**reporting**  53:1

**reports**  36:4 39:14,16 47:8 51:6
53:13 110:8,10 121:14,24 122:6,

10,25 123:15,19

**represent**  4:9 31:6 141:8

**represented**  5:22

**reputation**  47:4

**request**  118:5

**required**  7:8 124:25

**requirements**  43:14

**resources**  98:14

**respect**  34:21 75:13 93:22

**respected**  33:25

**respectful**  75:8 96:16

**respecting**  75:14

**responded**  25:3

**response**  29:8 74:15 93:13
95:12,17 115:20

**responses**  120:1

**responsibility**  109:6

**responsible**  19:21

**rest**  56:9 61:17

**retaliation**  79:21 110:2

**retaliatory**  26:13 65:19

**retarded**  104:6 118:23

**revelations**  10:25

**review**  13:18 27:16 127:15

**reviewing**  129:14

**Rich**  58:6

**Richard**  58:5

**ridiculous**  138:18

**rights**  6:9,12 31:2

**ring**  64:22

**ringing**  59:2

**room**  50:20 128:7,11,14,25 129:3

**roommate**  63:11 64:8

**rotating**  144:1

**roughly**  15:18 18:3 68:9

**rounds**  41:19

**routine**  19:12

**Roz**  10:13 24:23

**rule**  5:19

**rules**  19:20,24 28:6 49:6,20,21

**rumors**  85:13

─────────────

                S

─────────────

**S-L-E-R**  4:17

**sack**  55:11

**safe**  44:4 75:16

**Sasquatch**  67:4 141:16

**satisfy**  83:3

**scared**  28:1 37:5 45:3 65:21
79:21 87:25 98:18 110:2 136:14

**scary**  44:15

**scenario**  12:24 14:5 42:18

**scenarios**  15:1 46:21 117:20

**schedules**  19:18

**school**  19:19 71:18 94:23 97:2

**schooling**  122:12

**schoolwork**  87:16 97:19

**Schraufnagel**  70:11

**Scott**  59:3,20 60:3

**scratch**  123:3 145:13

**screeching**  74:5

**screen**  8:16 145:4

**search**  124:18 125:1,11,18
126:13,24 128:4,15 137:9,12

**searched**  124:14 126:19 128:8,
11,21,25 129:3

**searches**  121:15

**seared**  104:24

**season**  14:3,10,22 15:24

**seasons**  14:6,20 15:1,17 91:10,
12 127:10

**second-shift**  38:18

**secrets**  96:23

**sectioned**  55:16

**security**  21:15 121:24

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: seek..spades

**seek** 32:9

**seemingly** 42:8

**segment** 116:22

**seminaries** 108:2

**send** 50:20 51:7

**sense** 21:8 34:8 46:15 56:25 62:23 77:11 80:11 96:22

**sentence** 102:23 105:14

**September** 18:3,4 137:8

**sergeant** 22:11,18,20 23:3,7,24 26:3 34:23 35:3,4,8,16 36:17,22 37:19 38:7,10,18,20,22 39:13,22 40:1,4,8 43:13 44:13,15,24 45:20 46:4 47:2,18,22 48:13 49:6 50:6 51:17 56:1 57:7 64:16,17,19 66:25 67:14 68:6 71:6 81:23 83:3 84:2,24 85:15,25 86:7,11 87:3,13, 19 88:20 89:18 90:3 93:6,8 104:22 105:19 106:19,22 111:2 113:7 118:1,10 119:3,9,12,16,20 120:5,22 122:24 123:15,18 124:6, 10 126:20,23 127:13,18 128:3 130:18 131:5 135:24 137:16 142:5 146:12,19

**sergeant's** 83:14

**served** 19:17

**service** 93:25

**sessions** 62:4

**set** 9:2 19:24 146:9

**sex** 36:13

**sexual** 50:16,17 51:22,24 53:17 81:13 82:19 127:11 142:16,21 143:9 144:8

**sexuality** 114:13 116:3,12

**sexually** 39:2 80:21 97:25 138:9, 23

**shake-up** 15:20 16:8,21 17:5,9

**shaking** 6:20

**share** 63:4 64:1

**shared** 11:1 12:12 65:22 66:7 70:13 99:23

**shave** 65:12

**Shelly** 23:18 115:4

**shift** 22:21,22 23:5 40:17

**shit** 130:5,20

**shoes** 21:25

**shove** 86:1 105:5,22 114:25 135:25

**shoving** 82:12

**show** 12:20 27:6 144:19,22 145:6

**showed** 25:1 147:6

**shower** 105:5,22 133:22

**showers** 82:14

**shut** 67:18 141:18

**siblings** 36:14 39:3

**sick** 17:11

**Sickel** 4:6,8 6:7,16 10:16 15:13 19:7,8 23:18,21,25 24:1 29:2,4,14 30:2,5,12,13 31:3,7,10,12,14 43:12 52:17 53:7 68:20 78:20,21 81:2,6,21 82:9 83:18 84:15 90:24 101:7,8 103:14,16 106:25 110:5, 11,12,19,22,25 112:11,14 113:9 115:2,7,14,23 116:1 117:12,14 120:21 121:6,9,11,22 122:5 123:25 124:24 125:7,16 126:9,18 127:24 129:9,23,24 130:16 132:23 140:14 141:1,24 142:7,22 143:10 144:9 147:1,4 148:5,10, 15,20

**side** 118:14 143:24 144:14

**sight** 13:18

**sign** 27:19 96:9 108:3 143:22

**signal** 143:16,22 144:7

**signaling** 143:20

**signature** 145:16

**signed** 24:18 27:14,21 29:16,19 129:11 144:20 145:15,21,24

**significant** 13:21 15:8,9 33:1,6 60:8 142:25

**signing** 24:21 26:7

**similar** 20:5 70:13

**similarly** 19:2,5

**single** 65:20 105:8 146:8

**sir** 109:24

**sister** 83:5 135:10

**sit** 14:23 16:7 41:17 43:8 66:15 75:2 89:16 102:21 117:23

**situation** 27:22 93:18 94:11

**situations** 14:25 60:10 74:22

**size** 83:2 105:6,21

**slightest** 81:1

**slips** 118:5

**slurs** 116:20

**smack** 40:22 41:13

**small** 68:12,23 71:12

**smaller** 69:6 71:2 142:1

**smart** 9:16 43:13,16

**social** 44:14 70:17 71:16 75:7 95:3,6

**socialize** 70:2

**socializing** 72:9

**soda** 44:12

**Sodemann** 4:11 9:20,23 10:17 11:16 24:8,14,19 25:23 26:8 27:20,24 44:21 61:11 63:11 68:13 70:19 71:8,10 72:8 75:18 76:16 77:2,13,21 78:3 80:6 81:24 83:19 84:3,6 85:9,14,17 86:12 87:3,4,6, 10 88:25 89:13,19 90:4,20 94:18 96:2,7,25 97:21 98:16 99:12 100:14 105:20 114:24 126:24 127:18 128:4 130:3,19 131:4,5,7, 8,22 132:25 133:13,16,21 134:6, 14,24 135:8,18,19,24 136:9,14,24 137:9 138:13 139:11 141:8 142:21

**Sodemann's** 5:6 29:21 30:6,18 31:5,15 58:15 82:13 83:5 95:12 129:11

**sodomy** 131:14

**son** 101:2

**sort** 10:15 36:16 39:4 78:17 120:2

**sorts** 99:23

**sounds** 58:10 108:16 131:13

**space** 75:14

**spades** 72:16 74:6 95:5

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: speak..tended

**speak** 25:16 28:1 36:3 100:2

**speaking** 56:1 100:11 107:1

**specialist** 60:15 61:3,15,19 62:6, 17 63:1 70:12

**specialists** 60:6 62:10,11,13

**specific** 9:25 10:15 14:7 15:2,23 22:2 48:16,21 55:19 57:2 63:14 67:19,24 101:1 102:23,24

**specifically** 11:23 28:5 66:24 103:8,17

**specifics** 12:9 70:23

**spell** 4:13

**Spencer** 63:7,10 64:8

**spend** 73:14 74:14

**spent** 74:10

**spoke** 61:12

**spoken** 30:11

**spouse** 111:16

**Squatch** 67:5,18,20 68:3 79:11 84:5 85:7 141:14,15,16

**staff** 17:2,7,10,11 19:22 20:17 33:20,24,25 34:9,11 36:7 38:22 42:19 76:21 81:12,19 94:1,14 100:13 105:2,3,8 114:22 116:19 117:3

**staffer** 43:23

**stall** 11:13

**stand** 14:13 77:6 88:25 101:21 105:18,24 130:13 146:6

**standard** 108:6

**standards** 116:24

**standing** 96:13

**stands** 105:19 106:15,23

**start** 5:4 50:2,19 101:11 113:17

**started** 71:7

**starting** 53:2

**state** 4:13 13:2 26:18 27:4 32:22 37:13 94:7 114:16

**stated** 11:1,24 80:12 99:19 132:25 147:9,22

**statement** 34:6 133:6,25 134:3,7

136:3,6 140:23 146:22 147:5

**statements** 86:17 130:18 134:18 135:3,12,15,20 146:6 147:13,17, 18

**station** 76:2 96:14

**stature** 76:17 142:2

**status** 11:2 122:16

**stay** 41:7 50:13 68:1 71:14 87:17

**STENOGRAPHER** 10:7 23:20 29:5,11 109:18,21 115:6 126:5,8 148:17

**Stephane** 63:11,12,15 64:5

**stepped** 89:12

**Steven** 70:4

**sticks** 54:17 82:21 132:17

**stigmas** 112:13

**stirred** 98:5

**stood** 70:24 71:11

**stop** 23:8 28:15 79:5

**stories** 47:6

**straw** 13:6,8

**stress** 16:19

**strict** 49:20,21,24

**string** 127:1

**stuff** 7:21 8:3 10:22 11:15 14:15 17:13 26:5 44:5 48:12,25 53:1 71:18,20 72:13 82:12 83:6,12 105:11 106:14 107:16 130:12

**stupid** 84:11 106:8 107:13

**subject** 28:6

**subjected** 19:16 53:17 71:4 95:9 113:5 118:7,25

**suggestive** 87:11

**summer** 15:19,25 91:17 127:8

**summerish** 15:19 91:16

**Supercalifragilisticexpialidoci ous** 103:11

**supervisor** 38:4

**support** 129:11

**suppose** 14:15 34:5 111:13

**supposed** 8:20 19:24 21:15 42:2 44:1 125:8

**surrounded** 75:14

**swagging** 77:8

**swear** 100:2

**switches** 58:19

**sworn** 4:3 140:22

**syllables** 103:12

**system** 71:25 77:24 83:16 120:11

**systemic** 94:12

——————————————

T

**tablet** 73:11

**tablets** 73:12 108:3

**tactics** 11:13

**takes** 79:21 88:6

**taking** 13:14 16:19 27:4 78:11 81:12 95:12 127:2

**talk** 9:12,14,23 10:2 20:10 24:8, 15 29:21 39:1 40:22 60:9 61:10 82:1 84:19 85:3 102:15 105:6

**talked** 24:2,5,14,15 36:13 70:4 83:1 137:12 141:10 143:16

**talking** 17:6 52:1,2 57:9 76:21 82:12,13 96:19 102:18 104:11 105:21 137:3

**tally** 112:18

**tantrums** 49:15

**target** 87:18

**targeted** 141:22

**targeting** 88:20 142:5

**taxpayer** 107:24

**teachings** 94:13

**tear** 50:5

**telling** 105:4,22 114:24

**temper** 49:15

**tend** 45:18 46:24 71:2 120:12

**tended** 68:1 70:6

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: tendency..understand

tendency 23:5

tension 117:20

term 107:1

terminology 106:16

terms 87:8

test 76:24

testament 94:9

testified 4:4 140:19 141:13
142:14

testify 30:14,18 31:19,24 32:1,7

testifying 31:5 141:19

testimony 14:16,18 15:12 22:17,
20 50:6,25 81:22 90:2 106:4
130:2 131:21 132:24 133:16,20
134:13 136:13 137:7 142:17
143:18 148:1

theory 21:14

therapy 62:4

there'd 41:6 76:9

thigh 144:13

thing 14:8 15:9,23 33:9 36:3
53:18 56:10 65:23 72:22 73:13
78:19 80:2 84:10 92:10 146:14

things 16:12,13 17:14,17 18:22
20:14,16 32:24 39:3 42:6 50:18
55:4 56:25 58:12 72:10 74:2,4,16
77:5 82:15 83:4 84:11,18 86:10
88:15 89:8 90:3,12,16 94:2 95:9
96:24 98:6,10,11 104:17,18
105:5,7,23 108:21 114:25 119:8
135:24 141:10

thinking 139:6

Thomas 66:21

thought 11:18 31:22 42:6,10,14
45:7 47:17 62:25 85:8 100:24
107:13 119:12

thoughts 86:19

threat 69:18

threatening 51:6

threats 50:22

three-page 144:24

three-quarters 69:12

throwing 57:16

thumb 144:2

Thundercloud 55:6,18 56:1
57:5,15,19

till 18:4

time 8:19 13:19 16:18 17:13,14,
18 34:3,18 35:18 38:19 42:4,10
47:17 48:9,13,16,21 50:13 55:11
56:13 58:3 59:8,10 60:5,8 65:11
66:24 68:10,16 69:7 70:10 72:22
73:15 74:1,8,13,17,18,19 77:9
79:1 87:15 88:13 89:7,9 91:17
93:14 95:13,19 97:18 99:16
103:13 109:8 113:8 127:9 136:15
142:19

times 19:16 40:18 41:8,15,20
45:5 49:19 50:15,19 51:4,6 56:19
57:17 65:19 66:5 71:3 74:24
75:17 93:10,15 95:16 96:12 100:4
102:10,20,25 105:13

today 4:11 7:4,14,17,20 8:7
16:24 114:6 140:23 141:11
143:18 148:18

toilet 118:5

told 5:14 7:19 9:13,14 12:3 47:24,
25 70:25 98:10 99:15

Tom 67:2

Tommy 66:20,21 67:2 79:13 84:5
85:8

top 13:4 42:7 46:20 48:22 49:14
56:17 82:17,24 83:11 88:17
106:8,22 137:10

topic 13:21 85:10 107:5 143:3

touch 127:18

touched 126:12

touching 51:23 62:19

tower 34:12 48:3

track 89:6

transcript 4:1 23:9 131:12
148:24

transcripts 148:18

transferred 120:14

transgender 111:23 112:4,22

travels 70:13

trays 38:1

treat 113:10

treated 113:2 114:12

treatment 109:4

trend 114:18

trial 30:14,18 31:5,19,24 32:7

trouble 27:10 36:9 71:15

true 27:17 48:15

trust 37:1,3,4,9 61:16 109:2,3

truth 7:9,14,16,19 37:14 70:25
114:3,5

Tuesday 102:4

Tuna 70:15 79:13 84:5 85:8

turn 129:10

turned 13:14

turns 35:6

tutor 71:17 97:9

tying 16:6

type 88:21

typical 11:15 93:12 124:18

typically 69:10 128:17

U

uh-huh 6:15,20 46:14 59:25

uh-uh 56:2 63:8

ultimately 34:15

unable 64:3 99:18 103:4 105:15

unacceptable 28:14 34:25 52:5
53:16 83:10,17 98:5,14

uncertain 98:6

unclear 92:4

uncomfortable 20:21 22:11,23
23:6,23 41:5 42:17 50:3 84:17
85:24 86:5 93:11 108:11 110:3
111:7 113:13 115:22 116:13
131:17 138:18

uncomfortably 106:24

understand 5:14 6:4,5,20,24,25
7:6,11,12,13,15 8:9,12 28:10
30:23 31:15 34:19 42:23 46:2

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026                                    Index: understandably..young

64:24 78:16 82:9 84:13 85:4,21
86:4 97:6 113:14 144:12

**understandably** 86:25

**understanding** 13:7 19:6 108:4
113:19 144:7

**understood** 5:13 7:3 34:1

**unfairness** 94:10

**unforget** 82:25

**unforgettable** 82:25

**unfortunate** 16:18 89:11

**uniform** 69:19

**uniforms** 99:7

**unique** 57:18

**unit** 9:22 16:15 18:11,14,22
19:11,15,20,23 20:11 21:14 22:2,
17 23:4,23 35:13 38:18 45:22
56:12 62:24 70:5 73:23,25 85:13
91:4,7 108:23 146:13

**units** 17:10 18:10,19 19:1,10
21:10 55:15

**unprofessional** 46:3 47:13
49:17 76:20 119:2 127:1

**Unquestionably** 91:5

**unrelated** 16:23

**unstable** 39:19,21 40:2,11

**untrue** 146:1

**untruthfulness** 140:1

**unusual** 82:3

**upset** 122:15 123:20 125:21
128:20,24

**usage** 106:16

**utilized** 93:3

**V**

**vaguely** 58:10

**Van** 59:1

**vastly** 42:21

**venture** 15:15,18

**verbally** 6:19

**verbiage** 93:2 107:8,9

**version** 41:12,13

**versions** 40:19

**versus** 4:12

**video** 143:17

**videos** 108:3

**violate** 6:11 28:7

**violation** 120:2

**visibly** 95:11

**vulnerable** 98:13 107:25 112:9
142:3

**W**

**waist** 92:13 118:12 144:6,12,16

**wait** 100:16

**waiting** 10:21 85:5

**walking** 68:2 74:8

**walls** 81:19

**wanted** 49:7,9 50:8 110:10
131:16 141:13

**watch** 102:12 107:14

**ways** 116:9

**wear** 99:7

**weary** 44:22 69:24

**wedding** 77:19 96:10

**week** 75:24

**weeks** 26:16 33:4 102:4

**Weideman** 47:25 48:1

**weighed** 68:15

**weight** 68:10

**what'd** 46:11

**wheeled** 37:24

**wherewithal** 88:4

**wider** 69:8,14

**wing** 18:22 55:13

**winter** 16:4

**Wisconsin** 4:8 94:7 107:24

**wise** 36:10

**withdrawn** 41:21 50:12 74:19,20
95:14

**witnessed** 26:13 36:15 46:23
131:22 134:14 135:23 137:8

**witnessing** 82:21 98:1

**women** 83:4

**wondering** 141:21 146:17

**word** 47:12 104:6,7,9,14,20,23
105:13

**words** 93:2 100:2,10,12,15
101:10 102:8,12,13,15,18,20
103:7,18 104:3,11,12 105:2
111:19

**work** 19:23 23:4 31:2

**worked** 34:12 37:20 48:2

**worker** 37:21 44:14

**working** 23:24 77:8 101:9 136:16

**world** 74:4

**worried** 119:23 130:3,19 138:5,9

**worse** 42:21 113:10 114:12

**worst** 131:8

**wrapped** 41:9

**write** 10:17 28:21 29:4,9,15 36:4,
22 39:10,13 47:22 51:6 109:15
119:11 123:6

**writing** 5:2,3 6:18 123:15,18

**written** 8:2,3 62:6 120:6 143:19

**wrong** 83:12

**wrote** 8:15 10:12 28:22 31:20
122:24 124:9

**Y**

**year** 11:11 15:21 25:7 44:2 53:16
91:16 101:12 143:7,13

**years** 8:22 11:10 13:25 24:13
25:5 58:18 63:9,17 68:11 98:1,9
99:21 143:2

**yelling** 50:2,19

**young** 71:12

JASON SODEMANN vs JOSHUA MELNICK, et al.
CANSLER, JAMES on 02/04/2026

## Z

**Zachary**  54:4,5 55:2

**zodiac**  96:9