## TLU Placement

**From:** "Scheidt, Gregory S - DOC" <gregory.scheidt@wisconsin.gov>
**To:** "Sanchez, Nicholas J - DOC" <nicholas.sanchez@wisconsin.gov>, "Schultz, April M - DOC" <april.schultz@wisconsin.gov>
**Date:** Mon, 01 Aug 2022 23:16:01 -0500

Hello Nick and April,

PIOC's ▋▋▋▋▋▋▋▋ and Sodemann, Jason #495599 can be released back to GP from TLU status. The item they both got placed in TLU for tested negative for any kind of intoxicants and their cause UA's both came back clean. There was also insufficient evidence via institution cameras to justify any major ticket. Unit 10 staff with be writing a minor ticket for PIOC ▋▋▋ for being in an unassigned area.
Thanks.

Supervising Officer 1: Lt. Gregory Scheidt
Fox Lake Correctional Institutuion

