# RE: ?

**From:** "Miller, Dana P - DOC" <dana.miller@wisconsin.gov>
**To:** "Jones, Jesse J - DOC" <jesse.jones@wisconsin.gov>
**Date:** Wed, 21 Jun 2023 13:57:41 -0500

Ok I will, thanks for figuring it out for me though. Ill look into it on my end. And if you guys have reason to search those guys it wouldn't be a bad idea.

---

**From:** Jones, Jesse J - DOC <Jesse.Jones@wisconsin.gov>
**Sent:** Wednesday, June 21, 2023 1:56 PM
**To:** Miller, Dana P - DOC <Dana.Miller@wisconsin.gov>
**Subject:** RE: ?

Let me know if there is anything you would like me to do. Makes a lot of sense with those two

---

**From:** Miller, Dana P - DOC <Dana.Miller@wisconsin.gov>
**Sent:** Wednesday, June 21, 2023 1:54 PM
**To:** Jones, Jesse J - DOC <Jesse.Jones@wisconsin.gov>
**Subject:** RE: ?

Ok thanks, rumor is he might be running drugs along with Sodemann.

---

**From:** Jones, Jesse J - DOC <Jesse.Jones@wisconsin.gov>
**Sent:** Wednesday, June 21, 2023 1:52 PM
**To:** Miller, Dana P - DOC <Dana.Miller@wisconsin.gov>
**Subject:** RE: ?

They are both in VOC school, [redacted] going to masonry and sodeman is in Cad. They are on opposite ends of the unit, but I am pretty certain that I have seen them speaking in the center hallway, and have seen them walk back into the unit together from voc school. I will keep a better eye on it and pass it along to Pollasch and Kimball

---

**From:** Miller, Dana P - DOC <Dana.Miller@wisconsin.gov>
**Sent:** Wednesday, June 21, 2023 1:34 PM
**To:** Jones, Jesse J - DOC <Jesse.Jones@wisconsin.gov>
**Subject:** RE: ?

Thanks, do you know if he hangs out with Sodemann

---

**From:** Jones, Jesse J - DOC <Jesse.Jones@wisconsin.gov>
**Sent:** Wednesday, June 21, 2023 1:30 PM
**To:** Miller, Dana P - DOC <Dana.Miller@wisconsin.gov>
**Subject:** ?

I believe the JT your looking for is [redacted]

## [No Subject]

**From:** "St. Louis, John T - DOC" <john.stlouis@wisconsin.gov>
**To:** "Schueler, Brian J - DOC" <brian.schueler@wisconsin.gov>
**Date:** Tue, 17 Aug 2021 14:59:57 -0500

Spoke to ▓▓▓▓▓▓▓▓ again today and he informed me that there is Weed, Heroin, and Cocaine coming off of unit 5. I was informed that Sodemann #495599 is the one running stuff.